FOUNDATIONS INS & FIN
200 UNION BLVD STE 200
LAKEWOOD, CO 80228
0000 0DLC67

JEFF DIEM
JEFF DIEM
12180 W 18TH DR
LAKEWOOD, CO 80215-2563

PL-50003 (03-12)

TRAVELERS

FOUNDATIONS INS & FIN
200 UNION BLVD STE 200
LAKEWOOD, CO 80228

June 11, 2019

**Your Policy**

**602864992-653-1**
**4565 ELM CT**
07/29/2019 to 07/29/2020

Log in to MyTravelers.com to manage your policy and billing details.

JEFF DIEM
JEFF DIEM
12180 W 18TH DR
LAKEWOOD, CO 80215-2563

# Thank you for choosing Travelers!

As a Travelers insurance customer, you have more than 150 years of experience, financial stability and superior claim service behind you, so you can feel protected – especially when you need us most.

## Review your policy renewal package

No one understands your needs better than you. So please take a moment to review and confirm your insurance policy details and documents, including:

- Your Declarations page, listing the coverage you purchased, your coverage limits and deductibles
- Other important documents, including our privacy notice, billing options and more

If you decide to rent, sell, vacate or remodel this property, please notify your agent or Travelers representative immediately to maintain the coverage you need.

## Superior Service

At Travelers, we provide fast, efficient claim service and 24/7 claim reporting. We're proud to put our talent, expertise andresolution excellence to work for you.

Sincerely,

Michael Klein
President
Travelers Personal Insurance

## Contact Information

Policy questions or changes: 1.303.974.6983
24-hour claim service: 1.800.252.4633
Online and Mobile: MyTravelers.com

## Go Digital

MyTravelers.com is your source for quick, easy, paperless service on any device:

- Manage your payments
- Submit a claim
- Review all the documents in this package online

**Sign up today at MyTravelers.com!**

## Additional Benefits

As a valued customer, you may be eligible for certain programs for which you may receive goods, services, or other types of benefits. Visit travelers.com/additionalbenefits to learn more!

**Take advantage of our other coverage options and multi-policy discount**

AUTO BOAT & YACHT UMBRELLA VALUABLES

**Call your agent or Travelers representative at 1.303.974.6983 to find out more!**

YOUR AGENCY
**FOUNDATIONS INS & FIN**
200 UNION BLVD STE 200
LAKEWOOD, CO 80228
PHONE: 1.303.974.6983 | FAX: (303) 835-7975

TRAVELERS

**YOUR POLICY**

**602864992-653-1**
**4565 ELM CT**
Jul 29, 2019 to Jul 29, 2020

**Log in to MyTravelers.com to manage your policy and billing details.**

# You're insured!

This document is intended to help you better understand your landlord insurance. Your policy is effective from **July 29, 2019** to **July 29, 2020**. For a complete description of your coverage, please refer to your policy.



COVERAGE A
**Dwelling** and attached structures such as garages and decks
YOUR LIMIT
**$197,000**

COVERAGE B
**Other structures** such as detached garages and sheds
YOUR LIMIT *
**$19,700**

COVERAGE C
**Household furnishings** such as furniture and appliances
YOUR LIMIT *
**$10,362**

COVERAGE E
**Premises liability** for property damage and bodily injury to others
YOUR LIMIT
**$500,000**

COVERAGE F
**Medical payments** to others
YOUR LIMIT
**$5,000**

COVERAGE D
**Loss of use** for fair rental value losses
YOUR LIMIT *
**$19,700**

**Deductibles**
Amount of a covered claim that is your responsibility

| | |
|---|---|
| **All Perils** | **$1,000** |

## You're receiving four discounts for a total savings of $307.00

- ✔ **Multi-Policy**
- ✔ **Loss Free**
- ✔ **Good Payer**
- ✔ **Fire Protective Device**
- ○ **Theft Protective Device**
- ○ **Water Protective Device**

**12-month total premium**

**$925.00**

Go to **MyTravelers.com/discounts** and use product code QH2 to learn about all the discounts available to you.

* Your Coverage B, C, and D limits are maintained as a percentage of your Coverage A limit. If your Coverage A limit changes, your Coverage B, C, and D limits will be adjusted accordingly.

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

TRAVELERS

As of June 11, 2019

**What does your policy typically cover?**

Your policy helps protect you from a number of things that can go wrong. Here are some of the most common:

**Weather**

Hail, lightning, and other weather events can damage your roof, windows, siding, and more – so can falling branches and other debris.

**Fire**

Whether it's smoke damage from a small kitchen fire or extensive damage from a large, accidental fire, your policy can help you repair or rebuild your property.

**Vandalism**

Your policy typically covers willful or malicious damage to your property.

**Take steps to protect your property and call us as soon as damage occurs.**
**For more tips, go to MyTravelers.com/prepare-prevent.**

**What isn't covered?**

Your policy covers you for many types of loss or damage, but it can't protect you from everything. Some examples:

**Floods are not covered**

Your policy does not cover flood damage. Please review the Important Information About Flood Damage page for more details and resources.

**Earthquake coverage is optional**

Damage from earthquakes is not covered, unless you specifically purchase coverage for it. Check under the Optional Coverages and Packages section of your Policy Declarations. If you do not see this coverage listed and think you need it, please contact your agent or Travelers representative.

**Theft**

Your policy typically does not cover theft of your property.

ⓘ *Your renter's personal belongings are not covered by this policy.*

**When circumstances change, we need to know**

Review your Policy Declarations to be sure the information we have is accurate. If your property, circumstances, or needs change, let us know immediately to maintain the coverage you need. Not informing us may result in a denied claim.

Contact your agent or Travelers representative if:

- Your mailing address changes
- Someone named on the policy passes away
- You sell the property or the property is vacant
- You renovate or build an addition
- You replace your roof
- You rent your property for shorter periods of time
- You stop renting your property
- Business is conducted on your property

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

# SUMMARY OF COVERAGE LANDLORD DWELLING POLICY

**THIS DOCUMENT IS A SUMMARY OF YOUR LANDLORD DWELLING COVERAGE. THE INFORMATION IN THIS DOCUMENT DOES NOT REPLACE ANY POLICY PROVISION. COVERAGE IS SUBJECT TO THE TERMS, CONDITIONS, SPECIAL LIMITS AND EXCLUSIONS OF THE POLICY AND APPLICABLE ENDORSEMENTS. PLEASE READ YOUR POLICY FOR DETAILS! IN THE EVENT OF A CONFLICT BETWEEN THE POLICY AND THIS SUMMARY DISCLOSURE FORM, YOUR POLICY PROVISIONS SHALL PREVAIL.**

**General information:**

The coverage amount listed on your attached declaration page is only an estimate of the replacement cost value of your insured property. It may not be sufficient to replace your property in the event of a total loss. If you have concerns about the estimated replacement cost amount used to derive your coverage, you should take an opportunity to discuss this with us to ensure your property has enough coverage in the event of a total loss.

It is important that you review and discuss your coverage with your agent or company representative on an annual basis. Any changes to your insured property, i.e. remodeling or building code updates, may require an increased coverage amount for your insured property.

**Your declaration page lists the specific limits of your policy for each of these coverages:**

**DWELLING:** The dwelling is the main residential home. You have a replacement cost policy. Therefore, we will encourage you to choose a coverage limit equal to the estimated cost to rebuild it. Some policies also include "Ordinance and Law Coverage" for increased costs of repair or replacement due to changes in building codes that affect your property. See below for more information or contact us with any questions about these additional coverages.

- **Replacement Cost** is the amount it takes to replace your damaged or destroyed property, subject to the limits shown in your declaration page and policy. Please refer to your policy for additional information.

**OTHER STRUCTURES:** Buildings and other structures not attached to the dwelling such as fences, sheds and detached garages. These are subject to the "other structures" limit identified in your declaration page. If additional coverage is needed, discuss it with us.

**PERSONAL PROPERTY:** Personal items used, such as appliances, in the occupancy of the dwelling and, owned by you, are covered under this policy. Renters or tenants should consider purchasing a separate policy.

**LOSS OF USE/FAIR RENTAL VALUE:** Covers fair rental value during the time required to repair or replace the damage to your dwelling if a covered loss renders it uninhabitable. This coverage may be subject to time and expense limitations. Please review your policy.

**PREMISES LIABILITY:** Provides protection if an insured causes bodily injury or property damage to another, arising out of the ownership, maintenance or use of the premises, on a per occurrence basis.

**MEDICAL PAYMENTS TO OTHERS:** If a person, other than you or a resident of your house, is injured on the insured premises, this coverage will pay medical expenses subject to the policy limit.

***IMPORTANT:*** *In Colorado, there is potential for large and even total losses due to fires, tornadoes, other natural disasters, or other causes of loss. It is extremely important to conduct an annual review of your property coverage to ensure you are adequately insured. If you have questions or concerns regarding your insurance coverage, be sure to discuss them with your insurance agent or company representative. Please maintain a copy of this document and your entire policy in a safe and secure location away from your property.*

**Items that may affect your premium:**

- Deductible: That part of the covered loss for which you are responsible for paying. Please review your policy declaration page. Deductibles may be a fixed amount, a percentage of the dwelling limit, or a combination of both;
- Multiple policy discounts;
- Claim history (discount or surcharge);
- Age of home (discount or surcharge);
- Roof age or type (discount or surcharge);
- Smoke/fire/burglar alarms.

**Additional coverages you might want to consider, for an additional premium:**

- **Increased Ordinance or Law Coverage:** Covers increased costs of demolition, construction, renovation or repair associated with the enforcement of building ordinances and law.
- **Water and Sewer Back-up:** Pays up to the limit specified in the coverage form for damage caused by overflow or sump pump discharge.
- **Personal Umbrella Policy:** Provides additional liability coverage to supplement the protection provided by property and automobile insurance policies.
- **Earthquake:** Provides coverage for certain earth movement related losses that are typically excluded from a landlord dwelling insurance policy.

**General Exclusions:**

**Your policy does not provide coverage for all possible losses. The following are examples of some of the reasons a loss might not be covered. Please refer to your policy for specific exclusions:**

**Property Exclusions:**

- Loss or damage that you intentionally cause;
- Flooding*, earth movement, settling, cracking, bulging, shrinkage or expansion of the structure, other structures, or of pavements, driveways, or sidewalks;
- Pollution and contamination;
- Land;
- Birds, vermin, or house pets;
- Mold or fungi;
- Wear and tear.

* Flood insurance may be purchased through the National Flood Insurance Program (www.floodsmart.gov)

**Liability Exclusions:**

- Any loss that an insured intends or should expect to happen;
- Bodily injury to an insured person or property damage to an insured person's property;
- Damage, which results from the ownership or use of an automobile and other types of motorized land vehicles, aircraft, or certain watercraft.

**Reasons for cancellation, non-renewal *or* increase in premium:**

**Cancellation and Nonrenewal:**

You may cancel your policy at any time by writing to us or your agent and indicating the date the cancellation is to take effect.

We may choose to cancel or non-renew your policy. If your policy is cancelled or non-renewed, we will send you advance notice. Some examples of reasons for cancellation and non-renewal include, but are not limited to:

1. Failure to pay your premium when it is due;
2. Knowingly making a false statement or a material misrepresentation on your application for your policy;
3. Knowingly making a false statement or material misrepresentation regarding a claim;
4. Frequency or type of claims;
5. A substantial change in the use or occupancy of the premises.

**Increase in Premium:**

Conditions that may increase your premium include, but are not limited to:

1. A loss resulting in a paid claim;
2. A general rate increase. This results from the loss experience of a large group of policyholders rather than from a loss suffered by an individual policyholder. A general rate increase applies to many persons in the group, not just those who had losses.
3. Adjustment for inflation. We include inflation coverage in your policy. This coverage may automatically increase the amount of your insurance coverage as inflation pushes up the cost of replacing your home. The increases may be based on a construction cost index and may be reflected in the premium on each renewal date.
4. Change in credit-based insurance score.

---

***IMPORTANT:*** *This document is a summary of coverage available under your landlord dwelling policy. The landlord dwelling policy is a contract between you and us. Each of us has duties, rights and responsibilities under this contract. Please review your policy carefully. If you have any questions or concerns you may also contact the Colorado Division of Insurance.*

---

## IMPORTANT NOTICE – POLICYHOLDER NOTICE OF COVERAGE CHANGES

Enclosed is your Quantum Home 2.0® policy renewal package. Please read the documents carefully, as your coverage has changed. This Important Notice provides general information. Not all of the policy forms and endorsements listed below may apply to your policy. To determine the policy forms and endorsements that apply to your policy, please refer to your Declarations. In case of any conflict between this Important Notice and your policy, your policy will govern.

We made the following revisions:

**Property Coverage Section, form HQ-P04**

- Revised Property Coverage D – Loss of Use Additional Living Expense to provide coverage when a Peril Insured Against damages the building containing the covered property and it is unfit to live in.
- Editorial revisions.

**Property Coverage Section, form HQ-P06**

- Revised Property Coverage C – Personal Property, Special Limits of Liability paragraph 3.p. to indicate that the special limit of liability will also apply to items while in or upon a watercraft.
- Revised Property Coverage D – Loss of Use Additional Living Expense to provide coverage when a Peril Insured Against damages the building containing the covered property and it is unfit to live in.
- Editorial revisions.

**Property Coverage Section, forms HQ-P53 and HQ-P56**

- Revised Property Coverage C – Household Furnishings sections to add a list of property not covered under these forms. This list includes, but is not limited to, items and those of a similar nature such as money, securities, watercraft, animals, motor vehicles, aircraft, hovercraft, property of roomers, business or personal records or data, credit cards and grave markers.
- Editorial revisions.

**Special Provisions – Colorado, form HQ-300 CO**

- Revised Property Coverage D – Loss of Use limit of liability in forms **HQ-P02** and **HQ-P03.** This revision changed your limit of liability from a fixed dollar amount to a time period of either 12 months or 24 months when the dwelling on the "residence premises" is a one-family, owner-occupied dwelling used as a primary residence. This time period is reflected under the Coverages and Limits of Liability section shown on your Declarations. If the time period reflected on your Declarations is 12 months, you also have the option to purchase 24 months in coverage.
- Deleted the loss settlement provisions pertaining to the mismatch between undamaged roofing or siding and newly replaced materials.
- Editorial revisions.

**Special Coverage, form HQ-003**

- Revised to indicate that changes to Property Coverage B only apply when the base policy contains Property Coverage B.
- Revised Property – Perils Insured Against paragraph 2.b. to indicate we do not insure for loss "involving collapse or danger of collapse" except as provided in the Additional Coverage.
- Revised Property – Perils Insured Against paragraph 2.c.(6)(j) to indicate that we do not insure for loss due to the "presence, pressure or intrusion of any root system".
- Editorial revisions, including those related to form references.

**Loss Assessment Coverage for Earthquake, form HQ-036**

- Editorial revisions, including those related to form references and form name.

**Personal Property at Other Residences Coverage Increased Limit, form HQ-050**

- Added an exception to the limit of liability for personal property located at an "insured's" residence other than the "residence premises" for property endangered by a Peril Insured Against that has been removed from the "residence premises" for a period of 60 days or less.
- Editorial revisions.

**Valuable Items Plus Coverage, form HQ-61B**

- Revised to indicate that the Perils Insured Against under Property Coverage C are being replaced for purposes of this endorsement.
- Added numbering to the Loss Deductible and Loss to Pair or Set provisions to align with the numbering in the base policy.
- Editorial revisions.

**Personal Injury Coverage, form HQ-082**

- Revised Liability – Exclusion 1.g.(1)(b) to indicate that the exclusion does not apply to the rental or holding for rental of an "insured location" in part when this endorsement is used with form **HQ-L77** and in whole or in part when this endorsement is used with form **HQ-L88.**

**Home Business Coverage, form HQ-147**

- Revised references from "business" to "home business" as defined in this endorsement.
- Editorial revisions, including those related to the form name.

**Water Back Up and Sump Discharge or Overflow Coverage, form HQ-208**

- Revised to provide coverage for direct physical loss to a sump pump, related equipment or any other system designed to remove subsurface water caused by Perils Insured Against under this endorsement other than mechanical breakdown**.**
- Added numbering to the Water and Power Failure Property – Exclusions to align with the numbering in the base policy and language emphasizing changes are only applicable to this endorsement.
- Editorial revisions, including those related to form references.

**Limited Hidden Water or Steam Seepage or Leakage Coverage, form HQ-209**

- Added numbering to the Seepage or Leakage Property – Exclusions to align with the numbering in the base policy and language emphasizing changes are only applicable to this endorsement.
- Editorial revisions, including those related to form references.

**Additional Replacement Cost Protection Coverage, form HQ-420**

- Added a provision stating that when the policy includes the Roof Systems Payment Schedule Windstorm or Hail Losses, endorsement **HQ-646**, the loss settlement language under the Additional Replacement Cost Coverage does not apply to loss or damage to which the Roof Systems Payment Schedule Windstorm or Hail Losses endorsement **HQ-646** applies.
- Revised to provide an additional amount of insurance rather than amend the limit of liability applicable to Property Coverage A. This change reduces the amount of coverage potentially provided under Additional Coverages for which the amount potentially payable is based upon the Property Coverage A limit.
- Other revisions were made to align the policy language with coverage intent that the additional amount of insurance provided under this form applies only to loss to the dwelling insured under Property Coverage A. These revisions included removing references to Property Coverage B and revising references from "building" to "dwelling".
- Revised to state expressly that in order for coverage provided under this form to apply, the insured must repair or replace the damaged dwelling.

- Removed duplicative paragraph indicating no more than the Property Coverage A limit of liability will be paid until actual repair or replacement is complete.
- Editorial revisions, including those related to paragraph references and form name.

**Replacement Cost Loss Settlement for Certain Non-building Structures on the Residence Premises, form HQ-443**

- Revised Property – Conditions 3. Loss Settlement paragraph a. to add boat docks, including permanently attached structures and equipment, as structures settled at replacement cost.
- Editorial revisions, including those related to form references and form name.

**Identity Fraud Expense Reimbursement Coverage, form HQ-455**

- Revised to expand the list of covered expenses, including, but not limited to, some expenses related to the following: costs for certified mail, lost wages or salaried earnings, reasonable costs for travel and accommodations incurred, fees for the reapplication and reissuance of government issued personal identification documentation and fees for copies of medical records.
- Clarified the most we will pay for covered lost wages or salaried earnings during absence from employment is up to $1,000 per week for a maximum period of five weeks.
- Revised to indicate prior written consent is now required for reasonable attorney fees incurred and expanded the list of covered attorney fees incurred.
- Revised the definition of “identity fraud” to reference illegal activities.
- Revised language to reinforce that coverage is for reimbursement of covered expenses incurred and that it applies to any one defined “identity fraud” discovered during the policy period.
- Revised language to reinforce that any act or series of acts committed by one person or group of persons either acting in concert or where concerned or implicated constitutes one “identity fraud” even if a series of acts continues into a subsequent policy period.
- Added numbering to the Loss Deductible provision to align with the numbering in the base policy and language emphasizing changes are only applicable to this endorsement.
- Additional clarifications and editorial revisions, including those related to form references and form name.

**Specific Structures Away from the Residence Premises Coverage, form HQ-492**

- Deleted the loss settlement provisions pertaining to the mismatch between undamaged roofing or siding and newly replaced materials.

**Matching of Undamaged Roof Surfacing Coverage, form HQ-700**

- Revised title of form to Matching of Undamaged Roof Surfacing Additional Coverage.
- Revised to state that payment must be due or issued on the claim under the Property Coverage Section of your policy in order for coverage under this endorsement to apply.
- Revised to provide for the reasonable cost incurred to replace any part of the roof surfacing not included in the coverage afforded for the claim under the Property Coverage Section of your policy on the damaged dwelling or structure.
- Revised to state coverage is only provided for the roof for which coverage is afforded for the claim under the Property Coverage Section of your policy as outlined, however, requirement that undamaged materials be adjacent to damaged materials was removed.
- Added provision indicating that the limit of liability for this Coverage shown in the Declarations is the most we will pay during the policy period regardless of the number of locations insured, number of losses or number of claims made.
- Editorial revisions and revised form reference.

**Matching of Undamaged Siding Coverage, form HQ-701**

- Revised title of form to Matching of Undamaged Siding Additional Coverage.

- Revised to state that payment must be due or issued on the claim under the Property Coverage Section of your policy in order for coverage under this endorsement to apply.
- Revised to provide for the reasonable cost incurred to replace any part of the siding not included in the coverage afforded for the claim under the Property Coverage Section of your policy on the damaged dwelling or structure.
- Revised to state coverage is only provided for the siding on a dwelling or other structure for which coverage is afforded for the claim under the Property Coverage Section of your policy as outlined, however, requirement that undamaged materials be adjacent to damaged materials was removed.
- Added provision indicating that the limit of liability shown in the Declarations for this Coverage is the most we will pay during the policy period regardless of the number of locations insured, number of losses or number of claims made.
- Editorial revisions and revised form reference.

**Home Settlement Benefits, form HQ-901**

- Revised to reinforce that payment under this endorsement will not exceed the Property Coverage A – Dwelling limit of liability show in the Declarations until actual repair or replacement is complete and, that once complete, we will pay any additional amount of insurance for a loss to a dwelling insured under Property Coverage A - Dwelling.

If you have any questions on the policy forms and endorsements that apply to your policy or if you wish to make any change, contact your agent or Travelers representative.

We appreciate your business and look forward to continuing to serve your insurance needs.

Travelers

TRAVELERS

# Landlord Dwelling Policy Continuation Declarations

## Named Insured and Mailing Address

JEFF DIEM
JEFF DIEM
12180 W 18TH DR
LAKEWOOD, CO 80215-2563
JEFF.DIEM@GMAIL.COM

## Your Agency's Name and Address

FOUNDATIONS INS & FIN
200 UNION BLVD STE 200
LAKEWOOD, CO 80228

## Residence Premises

4565 ELM CT
DENVER, CO 80211-1442

## Mortgagee Name and Address

1. DOVENMUEHLE MORTGAGE, INC.
   PO BOX 961292
   FORT WORTH, TX 76161-0292
   LOAN NUMBER: 0022093413

## Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 602864992 653 1 | **For Policy Service** | 1.303.974.6983 |
| **Your Account Number** | 602864992 | **For Claim Service** | 1.800.252.4633 |

**Your Insurer:** TRAVELERS PERSONAL INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

**The policy period is from July 29, 2019 at 12:01 A.M. STANDARD TIME to July 29, 2020 at 12:01 A.M. STANDARD TIME at the residence premises.**

**Total Premium for this Policy:** **$925.00**
**This is not a bill. The mortgagee will be billed separately for this policy.**

## Discounts

The following discounts reduced your premium:

Multi-Policy
Loss Free
Good Payer
Fire Protective Device

**Savings Reflected in Your Total Premium:** **$307.00**

## Coverages and Limits of Liability

| Property Coverage Section | Limit |
|---|---|
| Coverage A – Dwelling | $197,000 |
| Coverage B – Other Structures | $19,700 |
| Coverage C – Household Furnishings | $10,362 |
| Coverage D – Loss of Use | $19,700 |

TRAVELERS

| Liability Coverage Section | Limit |
|---|---|
| Coverage E – Premises Liability (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $5,000 |

## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Perils) | $1,000 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

## Additional Coverages

*The limit shown for each of the Additional Coverages is the total limit for each loss in that category.*

| Property – Additional Coverages | | Limit |
|---|---|---|
| Debris Removal (Additional % of damaged covered property limit) | | 5% |
| Trees, Shrubs and Other Plants (5% of Coverage A - Dwelling Limit) | Per Tree $500 Per Loss | $9,850 |
| Fire Department Service Charge | | $500 |
| Loss Assessment | | $1,000 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | | $19,700 |
| Limited Fungi or Other Microbes Remediation | | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*

| Liability – Additional Coverages | Limit |
|---|---|
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply*

## Optional Coverages and Packages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Special Coverage | HQ-003 CW (05-18) | | Included* |
| Personal Injury Coverage | HQ-082 CW (02-19) | | $16.00 |
| Water Back Up and Sump Discharge or Overflow Coverage | HQ-208 CW (08-18) | $5,000 | Included* |
| Additional Replacement Cost Protection Coverage<br>25% of Coverage A - Dwelling Limit | HQ-420 CW (11-18) | $49,250 | Included* |

| Optional Packages | Endorsement | Limit | Premium |
|---|---|---|---|
| **Roof and Siding Matching Package** | | | Included* |
| Matching of Undamaged Roof Surfacing Additional Coverage | HQ-700 CW (05-18) | $10,000 | |

TRAVELERS

| | | | |
|---|---|---|---|
| Named Insured | JEFF DIEM<br>JEFF DIEM | Policy Number | 602864992 653 1 |
| Policy Period | July 29, 2019 to July 29, 2020 | Issued On Date | June 11, 2019 |

## Optional Packages (continued)

| | | |
|---|---|---|
| Matching of Undamaged Siding Additional Coverage | HQ-701 CW (05-18) | $10,000 |

****Note:*** *The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy: Form: 653

| | |
|---|---|
| Policy Quick Reference | HQ-T88 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D88 CW (05-17) |
| Property Coverage Section | HQ-P53 CW (11-18) |
| Liability Coverage Section | HQ-L88 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - Colorado | HQ-300 CO (02-19) |
| Additional Benefits | HQ-860 CW (08-18) |

**The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Landlord Dwelling Insurance Policy. Please keep these documents for reference.**

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| | | |
|---|---|---|
| # of Families: 2 Family | Year Built: 1949 | Construction Type: Concrete |
| # of Stories: 1 | Square Footage: 772 | Siding Type: Stucco |
| # of Bathrooms: 2 | Age of Roof: 2 | Roof Material Type: Asphalt-Fiberglass |
| Garage - Number of Cars: 1 | Garage Type: Detached | Foundation Type: Basement |
| # of Employees: | | Finished Basement: Yes |

Issued on 06-11-2019

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

We want to make sure we are using accurate information to rate your policy. Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete. If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative. We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6028649926531 and product code QH2 to view all available discounts. Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative.

TRAVELERS

Each home is unique and you know your home best. Your coverage amount may need to be adjusted, higher or lower, based on your home's specific construction details, updates or upgrades. Have you recently made any home improvements, such as upgraded your kitchen or bath, or completed a finished living area in your basement? Have you added an extra room or built a deck? These changes can significantly increase the replacement cost value of your home. It is important to make sure your policy affords appropriate coverage and limits to reflect your home's replacement cost value in the event of a total loss. If you disagree with your coverage limit, please contact your agent or Travelers representative who can work with you to help you decide the appropriate amount of insurance for your home and process any necessary adjustments.

**FRAUD WARNING**

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agents of an insurance company who knowingly provide false, incomplete, or misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policy holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

We use Insurance Score as one factor in determining the premium on our policies. If you would like to have your Insurance Score updated, please call 1.303.974.6983.

# TRAVELERS LANDLORD INSURANCE POLICY

# PROPERTY COVERAGE SECTION

## PROPERTY COVERAGE A – DWELLING

**1.** We cover:

**a.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

**b.** Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

**2.** We do not cover land, including land on which the dwelling is located.

## PROPERTY COVERAGE B – OTHER STRUCTURES

**1.** We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection. It also includes other structures that are not buildings, including driveways, walkways and patios.

**2.** We do not cover:

**a.** Land, including land on which the other structures are located;

**b.** Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage; or

**c.** Other structures from which any "business" is conducted.

## PROPERTY COVERAGE C – HOUSEHOLD FURNISHINGS

**1. Covered Property.** We cover your appliances, carpeting and other household furnishings in that part of the "residence premises" rented or held for rental to any person other than an "insured".

**2. Property Not Covered.** We do not cover:

**a.** Money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards, smart cards, gift certificates, digital currency and any related currencies used in place of money;

**b.** Securities, accounts, deeds, evidence of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps;

**c.** Watercraft, including their trailers, furnishings, accessories, equipment, parts and outboard engines or motors.

We do cover non-motorized personal craft under 20 feet in length, such as kayaks, surf boards, canoes, paddle boards, row boats, wind surfers or kite boards;

**d.** Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

**e.** Animals, birds or fish;

**f.** "Motor vehicles".

**(1)** This includes:

**(a)** Accessories, equipment and parts; or

**(b)** Electronic apparatus and accessories designed to be operated solely by power from the electrical system of the "motor vehicle".

The exclusion of property described in **2.f.(1)(a)** and **(b)** applies only while such property is attached to or located in or upon the "motor vehicle";

**(2)** We do cover "motor vehicles" not required to be registered for use on public roads or property, which are:

**(a)** Used to service an "insured's" residence; or

**(b)** Designed to assist the handicapped;

**g.** "Aircraft";

**h.** Hovercraft, including accessories, equipment and parts, whether or not attached to the hovercraft. Hovercraft means a self-propelled motorized ground effect vehicle and includes flarecraft and air cushion vehicles;



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**i.** Property of roomers, boarders, tenants, and other occupants who provide compensation to an "insured" for use of all or part of the "residence premises". This includes property of guests of any such roomer, boarder, tenant, or other occupant;

**j.** "Business" or personal records or data, including such data stored in:

**(1)** Books of account, drawings or other paper records;

**(2)** Computers and related or similar equipment; or

**(3)** Digital, electronic or virtual form;

**k.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds;

**l.** Grave markers; or

**m.** Water or steam.

## PROPERTY – PERILS INSURED AGAINST

We insure for direct physical loss to the property described in Property Coverages A, B and C caused by any of the following perils, unless the loss is excluded in Property – Exclusions.

**1. Fire or Lightning.**

**2. Windstorm or Hail.**

This peril does not include loss to the inside of a building or the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building, causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

**3. Explosion.**

**4. Riot or Civil Commotion.**

**5. Aircraft.**

This peril includes remotely operated, unmanned flying device, self-propelled missile or spacecraft.

**6. Vehicles.**

This peril does not include loss to a fence, driveway or walk caused by a vehicle owned or operated by a resident of the "residence premises".

**7. Smoke.**

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from the manufacture of controlled substances, agricultural smudging or industrial operations.

**8. Vandalism or Malicious Mischief.**

This peril does not include loss:

**a.** By pilferage, theft, burglary or larceny, but we do cover damage to covered property caused by burglars; or

**b.** To property on the "residence premises", and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been "vacant" for more than 60 consecutive days immediately before the loss regardless of the policy's inception or renewal date.

**9. Falling Objects.**

This peril does not include loss to the inside of a building or property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**10. Weight of Ice, Snow or Sleet.**

This peril means weight of ice, snow or sleet which causes damage to a building or property contained in a building.

This peril does not include loss to a:

**a.** Fence, awning, pavement or patio;

**b.** Outdoor spa or hot tub, outdoor sauna or outdoor swimming pool and any related permanently affixed equipment;

**c.** Footing, foundation, bulkhead, wall or any other structure or device that supports all or part of a building or other structure;

**d.** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**e.** Pier, wharf or dock;

whether any item identified in **10.(a)** through **(e)** is wholly or partially above or below ground.



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**11. Accidental Discharge or Overflow of Water or Steam.**

**a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance, if the accidental discharge or overflow of water or steam originates from within a system or appliance:

**(1)** On the "residence premises"; or

**(2)** Off the "residence premises", if located on a premises adjacent to the "residence premises".

This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance from which this water or steam escaped.

**b.** This peril does not include loss:

**(1)** To the system or appliance from which the water or steam escaped;

**(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **13.** Freezing;

**(3)** Caused by accidental discharge or overflow of water or steam from within a storm drain whether located on or off the "residence premises";

**(4)** Caused by accidental discharge or overflow of water or steam from within a steam or sewer pipe located off the "residence premises";

**(5)** To a building caused by constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of weeks, months or years; or

**(6)** On the "residence premises", if the dwelling has been "vacant" for more than 60 consecutive days immediately before the loss.

**c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment.

**d.** Property – Exclusion **3.** Water, paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**12. Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging.**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing except as provided in Peril Insured Against **13.** Freezing.

**13. Freezing.**

**a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain all systems and appliances of water.

If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment.

**14. Sudden and Accidental Damage from Artificially Generated Electrical Current.**

## PROPERTY COVERAGE D – LOSS OF USE

The limit of liability for Property Coverage D is the total limit for the coverages in **1.** Fair Rental Value and **2.** Civil Authority Prohibits Use below.

**1. Fair Rental Value.** If a loss covered under the Property Coverage Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the amount of fair rental value of such premises lost, less any expenses that do not continue while it is not fit to live in.

Coverage under Fair Rental Value will only apply when that part of the "residence premises" is held



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

for rental or rented to others for a term of 6 consecutive months or more.

Payment will be for the shortest time required to repair or replace such premises, but for no more than 24 months.

Written proof that the "residence premises" is rented, was held for rental at the time of loss or has been rented within the 12 months prior to the date of loss is required.

**2. Civil Authority Prohibits Use.** If a civil authority prohibits use of the "residence premises" as a result of direct physical damage to neighboring premises caused by a Peril Insured Against under this policy, we cover resulting **1.** Fair Rental Value as provided above for no more than 30 days. Neighboring premises means a premises in sufficient proximity to the "residence premises" that there exists a reasonable risk that the damage affecting the neighboring premises could endanger either the "residence premises" or the safety of its occupants while in the "residence premises".

The periods of time under **1.** Fair Rental Value and **2.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

**3. Loss or Expense Not Covered.** We do not cover loss or expense due to cancellation of a lease or agreement.

## PROPERTY – ADDITIONAL COVERAGES

Unless otherwise stated, the following coverages are additional insurance and are subject to the applicable policy deductible.

**1. Debris Removal.** We will pay your reasonable expense for the removal of debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional percentage, as shown in the Declarations for this Property – Additional Coverage, of that limit is available for such expense.

We do not pay for:

**a.** Extraction of "pollutants" from land or water; or

**b.** Removal, restoration or replacement of polluted land or water.

**2. Reasonable Repairs.**

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

**b.** If the measures taken involve repair to other damaged property, we will pay only if that property is covered under this policy and the damage is caused by a Peril Insured Against.

This coverage does not increase the limit of liability that applies to the covered property or relieve you of your duties described in Property – Conditions **2.c.** Duties After Loss.

**3. Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns on the "residence premises", for loss caused by the following Perils Insured Against:

**a.** Fire or Lightning;

**b.** Explosion;

**c.** Riot or Civil Commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by a resident of the "residence premises"; or

**f.** Vandalism or Malicious Mischief.

We will pay up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for all damaged trees, shrubs, plants or lawns. No more than the Per Tree Limit shown in the Declarations for this Property – Additional Coverage will be paid for any one tree, shrub or plant. We do not cover property illegally grown or grown for "business" purposes.

**4. Fire Department Service Charge.** We will pay up to the limit shown in the Declarations for this Property – Additional Coverage for reasonable and necessary fire department charges incurred by you when the fire department is called to save or protect covered property from a Peril Insured Against.

No deductible applies to this coverage.

**5. Property Removed.** We insure covered property against direct loss from any cause while being


© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

removed from or returned to a premises endangered by a Peril Insured Against and for no more than 60 days while removed. This coverage does not change the limit of liability that applies to the removed property.

**6. Loss Assessment.**

**a.** We will pay up to the limit shown in the Declarations for this Property – Additional Coverage for your share of loss assessment charged during the policy period against you, as owner of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Property Coverage A.

This coverage does not apply to assessments made as a result of damage caused by earthquake and other earthquake shocks, including land shock waves or tremors before, during or after volcanic activity.

We do cover loss caused directly by fire or explosion resulting from earthquake and other earthquake shocks.

The limit shown in the Declarations is the most we will pay with respect to any one loss, regardless of the number of assessments. We will apply only one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Property – Condition **16.** Policy Period does not apply to this coverage.

**7. Collapse.**

**a.** With respect to this Property – Additional Coverage:

**(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

**(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

**(4)** A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if the collapse was caused by one or more of the following:

**(1)** A Peril Insured Against;

**(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse or there are visible signs of damage and the "insured" has not taken prompt action to prevent further damage;

**(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material, methods or faulty, inadequate workmanship in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, footing, foundation, wall, floor, retaining wall, bulkhead, pier, wharf or dock, whether any item is wholly or partially above or below ground, is not included under **7.b.(2)** through **(6)**, unless the loss is a direct result of the collapse of a building or any part of a building.

**d.** This coverage does not increase the limit of liability that applies to the damaged covered property.

**8. Glass or Safety Glazing Material.**

**a.** We cover:

**(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(2)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **8.a.(2)**; or

**(2)** On the "residence premises" if the dwelling has been "vacant" for more than 60 consecutive days immediately before the loss.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**9. Ordinance or Law.**

**a.** You may use up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **9.a.**

**c.** We do not cover:

**(1)** Stigma damage or any actual or perceived reduction or diminution in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants" in or on any covered building or other structure.

**d.** The most we will pay for any increased costs to comply with any ordinance or law that becomes effective after the date of loss is $5,000.

**10. Inflation Coverage.** We may adjust the limits of liability for Property Coverage A at the beginning of each successive policy term to reflect estimated increases in rebuilding costs for your insured property. We may also adjust the limits of liability for Property Coverages B, C and D. The rules then in use by us will determine the new amounts for these coverages.

Payment of the required premium when due for the successive policy term will be sufficient to indicate your acceptance of the adjusted increased limits.

We will also adjust the limits of liability at the time of a loss by the same percentage pro-rated from the effective date of the policy period or the effective date of change if you have requested a change to the limit of liability for Property Coverage A during the policy period.

**11. Limited "Fungi" or Other Microbes Remediation.**

**a.** If a loss covered under the Property Coverage Section results in "fungi" or other microbes, we will pay up to the limit shown in the Declarations for this Property – Additional Coverage for:

**(1)** Remediation of the "fungi" or other microbes. This includes payment for the reasonable and necessary cost to:

**(a)** Remove the "fungi" or other microbes from covered property or to repair, restore or replace that property; and

**(b)** Tear out and replace any part of the building as needed to gain access to the "fungi" or other microbes;

**(2)** Any reasonable and necessary loss of fair rental value as covered under Property Coverage D – Loss of Use, if the "fungi" or other microbes makes the "residence premises" not fit to live in; and



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(3) Any reasonable and necessary testing or monitoring of air or property to confirm the absence, presence or level of the "fungi" or other microbes, whether performed prior to, during or after removal, repair, restoration or replacement.

b. We will pay under this Property – Additional Coverage only if:

(1) The covered loss occurs during the policy period;

(2) All reasonable means were used to save and preserve the property at the time of and after the covered loss; and

(3) We receive prompt notice of the covered cause of loss that is alleged to have resulted in "fungi" or other microbes.

c. The most we will pay under this Property – Additional Coverage is the limit of liability shown in the Declarations for Limited "Fungi" or Other Microbes Remediation. This is the most we will pay for the total of all loss or costs during the policy period regardless of the:

(1) Number of locations or items of property insured under this policy; or

(2) Number of losses or claims made.

Any amount payable under Property Coverage D as described in **11.a.(2)** of this Property – Additional Coverage is included within the limit of liability shown in the Declarations for Limited "Fungi" or Other Microbes Remediation.

d. If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi" or other microbes, loss payment will not be limited by the terms of this Property – Additional Coverage, except to the extent that "fungi" or other microbes cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Property – Additional Coverage.

e. This coverage does not increase the limit of liability that applies to:

(1) The damaged property; or

(2) Property Coverage D – Loss of Use.

All other provisions of this policy apply to Property – Additional Coverages.

## PROPERTY – EXCLUSIONS

We do not insure for any direct or indirect loss or damage caused by, resulting from, contributing to or aggravated by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

These exclusions apply whether or not the loss event:

(1) Results in widespread damage;

(2) Affects a substantial area; or

(3) Occurs gradually or suddenly.

These exclusions also apply whether or not the loss event arises from:

(1) Any acts of nature;

(2) Any human action or inaction;

(3) The forces of animals, plants or other living or dead organisms; or

(4) Any other natural or artificial process.

1. **Ordinance or Law,** meaning any ordinance or law:

a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This exclusion, **1.a.**, does not apply to the amount of coverage that may be provided for under Property – Additional Coverage **9.** Ordinance or Law;

b. The requirements of which result in stigma damage or any actual or perceived reduction or diminution in value to property; or

c. Requiring an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

This exclusion applies whether or not the property has been physically damaged.

2. **Earth Movement,** meaning:

a. Earthquake and other earthquake shocks, including land shock waves or tremors before, during or after volcanic activity;

b. Volcano activity, including:

(1) Volcanic eruption;

(2) Volcanic explosion;

(3) Effusion of volcanic material; or

(4) Lava flow;


© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
TRAVELERS_000025

**c.** Mudslide, including mudflow, debris flow, landslide, avalanche or sediment;

**d.** Sinkhole;

**e.** Subsidence;

**f.** Excavation;

**g.** Erosion; or

**h.** Any expansion, shifting, rising, sinking, contracting or settling of the earth, soil or land.

This exclusion applies whether or not the earth, soil or land is combined or mixed with water or any other liquid or natural or man-made material.

We do cover loss caused directly by fire or explosion resulting from any earth movement.

**3. Water,** meaning any:

**a.** Flood, surface water, ground water, subsurface water, storm surge, waves, wave wash, tidal water, tsunami, seiche, overflow of a body of water or spray from any of these, whether a result of precipitation or driven by wind;

**b.** Water or water borne material that enters through or backs up from a sewer or drain, or which discharges or overflows from a sump, sump pump, related equipment or any other system designed to remove surface or subsurface water which is drained from the foundation area;

**c.** Water or water borne material located below the surface of the ground including water or water borne material:

**(1)** Which exerts pressure on, seeps, leaks or flows into:

**(a)** Any part of the dwelling or other structures;

**(b)** The foundation of the dwelling or other structures;

**(c)** Any paved surface located on the "residence premises"; or

**(d)** Any spa, hot tub or swimming pool; or

**(2)** Which causes earth movement; or

**d.** Overflow, release, migration or discharge of water in any manner from a dam, levee, dike, hurricane barrier or any water or flood control device.

We do cover loss caused directly by fire or explosion resulting from water.

**4. Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises".

If the failure results in a loss from a Peril Insured Against, on the "residence premises", we will pay for the loss caused by that peril.

**5. Neglect,** meaning neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

**6. War.** War includes the following and any consequence of any of the following:

**a.** Declared or undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon, even if the discharge is accidental, will be deemed a warlike act.

**7. Nuclear Hazard,** meaning any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear reaction, radiation or radioactive contamination is not considered loss caused by fire, explosion or smoke.

We do cover loss caused directly by fire resulting from any nuclear hazard.

**8. Illegal Activities or Operations,** meaning:

**a.** Illegal growing of plants or the illegal raising or keeping of animals; or

**b.** Illegal manufacture, production, operation or processing of chemical, biological, animal or plant materials or any other natural or synthetic substance.

This exclusion applies whether or not the illegal activities or operations described above were known to or within the control of an "insured".

We do cover loss caused directly by fire or explosion resulting from any illegal activities or operations described in **8.a.** and **b.**

**9. Intentional Loss,** meaning any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

10. **Governmental Action,** meaning the destruction, confiscation or seizure of property described in Property Coverages A, B or C by order of any governmental or public authority.

    This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

11. **"Fungi" or Other Microbes,** meaning any loss or cost resulting from, arising out of, caused by, consisting of or related to "fungi", other microbes or rot.

    This exclusion does not apply to:

    **a.** "Fungi" or other microbes remediation coverage that may be afforded under Property – Additional Coverage **11.** Limited "Fungi" or Other Microbes Remediation; or

    **b.** "Fungi" or other microbes that results from fire or lightning.

12. **Seepage or Leakage,** meaning constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of weeks, months or years.

    This exclusion applies regardless of the source from which the water, steam or condensation seeped or leaked.

## PROPERTY – CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

   **a.** To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

   **b.** For more than the applicable limit of liability.

2. **Duties After Loss.** In case of a loss to covered property, we have no duty to provide coverage under this policy if the following duties are not performed. These duties must be performed either by you, an "insured" seeking coverage or a representative of either.

   **a.** Give us prompt notice. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than one year after the date of loss;

   **b.** Notify the police in case of loss by theft;

   **c.** Protect the property from further damage. If repairs to the property are required, you must:

      **(1)** Make reasonable and necessary repairs to protect the property; and

      **(2)** Keep an accurate record of repair expenses;

   **d.** Cooperate with us in the investigation of a claim;

   **e.** Prepare an inventory of damaged household furnishings showing the quantity, description, value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

   **f.** As often as we reasonably require:

      **(1)** Show the damaged property;

      **(2)** Provide us with records and documents we request and permit us to make copies; and

      **(3)** Submit to examination under oath, while not in the presence of another "insured", and sign the same; and

   **g.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

      **(1)** The time and cause of loss;

      **(2)** The interest of all "insureds" and all others in the property involved and all liens on the property;

      **(3)** Other insurance which may cover the loss;

      **(4)** Changes in title or occupancy of the property during the term of the policy;

      **(5)** Specifications of damaged buildings and detailed repair estimates;

      **(6)** The inventory of damaged household furnishings described in **2.e.**; and

      **(7)** Receipts for additional living expenses incurred and records that support the fair rental value loss.

3. **Loss Settlement.** In this Property – Condition, repair or replace and replacement cost do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

increased costs is provided in Property – Additional Coverage **9.** Ordinance or Law. Covered property losses are settled as follows:

**a.** Property of the following types:

**(1)** Household furnishings;

**(2)** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

**(3)** Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**b.** Buildings covered under Property Coverages A or B at replacement cost without deduction for depreciation, subject to the following:

**(1)** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the replacement cost, without deduction for depreciation, but not more than the least of the following amounts:

**(a)** The limit of liability under this policy that applies to the building;

**(b)** The replacement cost of that part of the building damaged with materials of like kind and quality and for like use; or

**(c)** The necessary amount actually spent to repair or replace the damaged building.

If the building is rebuilt at a new premises, the cost described in **3.b.(1)(b)** is limited to the cost which would have been incurred if the building had been built at the original premises.

**(2)** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

**(a)** The actual cash value of that part of the building damaged; or

**(b)** That proportion of the replacement cost, without deduction for depreciation, for that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**(3)** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, we will not include the value of:

**(a)** Excavations, footings, foundations, piers or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

**(b)** Those supports described in **(3)(a)** which are below the surface of the ground inside the foundation walls, if there is no basement; and

**(c)** Underground flues, pipes, wiring and drains.

**(4)** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in Property – Condition **3.** Loss Settlement **b.(1)** and **b.(2)**.

If replacement cost is less than 5% of the amount of insurance in this policy on the building and less than $2,500, we will settle the loss as noted in Property – Condition **3.** Loss Settlement **b.(1)** and **b.(2)** whether or not actual repair or replacement is complete.

**(5)** You may disregard Property – Condition **3.** Loss Settlement **b.** and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Property – Condition **3.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

**c.** The amount we will pay to settle a covered loss does not include:

**(1)** Compensation for stigma damage or any actual or perceived reduction or diminution in value of such property that may remain after repair or replacement;

**(2)** The cost to replace undamaged roofing materials due to any mismatch between the existing undamaged roof on a building and new materials used to repair



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

or replace the damaged roof on a building because of:

**(a)** Wear and tear, marring, scratching or deterioration;

**(b)** Fading, weathering, oxidizing or color;

**(c)** Texture or dimensional differences; or

**(d)** Obsolescence or discontinuation; or

**(3)** The cost to replace undamaged siding materials due to any mismatch between the existing undamaged siding on a building and new materials used to repair or replace the damaged siding on a building because of:

**(a)** Wear and tear, marring, scratching or deterioration;

**(b)** Fading, weathering, oxidizing or color;

**(c)** Texture or dimensional differences; or

**(d)** Obsolescence or discontinuation.

**4. Loss Deductible.** Unless otherwise stated in this policy, the following deductible provision applies:

**a.** Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under the Property Coverage Section that exceeds the deductible amount shown in the Declarations.

**b.** If two or more deductibles under this policy apply to the same loss, the total amount of all deductibles applied to the loss will not exceed the amount of the largest applicable deductible.

**5. Loss to a Pair or Set.** In case of loss to a pair or set, we may elect to:

**a.** Repair or replace any part to restore the pair or set to its value before the loss; or

**b.** Pay the difference between actual cash value of the property before and after the loss.

Property – Condition **3.** Loss Settlement **c.(1)** does not apply to this Condition.

**6. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**a.** Reach an agreement with you;

**b.** There is an entry of a final judgment; or

**c.** There is a filing of an appraisal award with us.

**7. Appraisal.** If you and we fail to agree on the amount of loss, either party may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**a.** Pay its own appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

**8. Other Insurance and Service Agreement.** If a loss covered by this policy is also covered by:

**a.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**b.** A service agreement, the coverage provided under this policy is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is said to be insurance.

**9. Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under the Property Coverage Section of this policy and the action is started within two years after the date of loss.

**10. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**11. Abandonment of Property.** We need not accept any property abandoned by an "insured".

**12. Mortgage Clause.** The word mortgagee includes trustee.

**a.** If a mortgagee is named in this policy, any loss payable under Property Coverages A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

is named, the order of payment will be the same as the order of precedence of the mortgages.

**b.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**(1)** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**(2)** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

**(3)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Property Conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

**c.** If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**d.** If we pay the mortgagee for any loss and deny payment to you:

**(1)** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

**(2)** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**e.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**13. No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**14. Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**15. Salvage.** We have the option to take the salvage or remnant part of any covered property for which we have made a loss payment for the actual cash value or the replacement cost of the damaged covered property. At our option, we may allow you to retain damaged property and will adjust any loss payment by the agreed or appraised value of the salvage or remnant portion of the damaged property.

**16. Policy Period.** This policy applies only to loss which occurs during the policy period.

**17. Concealment or Fraud.** We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

**a.** Intentionally concealed or misrepresented any material fact or circumstance;

**b.** Engaged in fraudulent conduct; or

**c.** Made false statements;

relating to this insurance.

**18. Premises Alarm, Security or Fire Protection System.** When Protective Devices Credit is shown in the Declarations, you agree to maintain any alarm, security or automatic protection systems, including fire and sprinkler system(s), in working order. You also agree to advise us promptly of any change, including removal, made to any of these system(s).



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# SPECIAL COVERAGE

**This Endorsement Changes The Policy. Please Read It Carefully.**

**PROPERTY COVERAGE SECTION**

**PROPERTY – PERILS INSURED AGAINST**

The following replaces Property – Perils Insured Against:

**PROPERTY COVERAGE A – DWELLING and PROPERTY COVERAGE B – OTHER STRUCTURES**
(In form **HQ-P53**)

**PROPERTY COVERAGE A – DWELLING**
(In form **HQ-P56**)

**1.** We insure against direct physical loss to property described in Property Coverages A and B (if applicable).

**2.** We do not insure for loss:

**a.** Excluded under Property – Exclusions;

**b.** Involving collapse or danger of collapse, except as provided in Property – Additional Coverage **7.** Collapse; or

**c.** Caused by:

**(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion does not apply if you have used reasonable care to:

**(a)** Maintain heat in the building; or

**(b)** Shut off the water supply and drain all systems and appliances of water.

If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment;

**(2)** Freezing, thawing, pressure or weight of water, ice or snow, whether driven by wind or not, to a:

**(a)** Fence, pavement or patio;

**(b)** Outdoor spa or hot tub, outdoor sauna, outdoor swimming pool and any related equipment;

**(c)** Footing, foundation, bulkhead, wall or any other structure or device that supports all or part of a building or other structure;

**(d)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**(e)** Pier, wharf or dock;

This exclusion applies whether any item identified in **(2)(a)** through **(e)** of this exclusion is wholly or partially above or below ground;

**(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(4)** Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been "vacant" for more than 60 consecutive days immediately before the loss regardless of the policy's inception or renewal date;

**(5)** Theft or vandalism and malicious mischief in or to a dwelling while rented to others by an "insured" for a rental term of less than 30 consecutive days; or

**(6)** Any of the following:

**(a)** Wear and tear, marring, scratching or deterioration;

**(b)** Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

**(c)** Smog, rot, rust or other corrosion;

**(d)** Smoke from agricultural smudging or industrial operations;

**(e)** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Property Coverage C;


© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings. This exclusion applies whether any item is wholly or partially above or below ground;

**(g)** Birds, bats, vermin, rodents, raccoons, skunks, arachnids or insects;

**(h)** Nesting or infestation, or discharge or release of waste products or secretions, by any animals;

**(i)** Animals owned or kept by an "insured" or "residence employee"; or

**(j)** Presence, pressure or intrusion of any root system.

**Exception to c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Property Coverages A and B (if applicable) resulting from an accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, that causes damage to a building on the "residence premises", if the accidental discharge or overflow of water or steam originates from within a system or appliance:

**a.** On the "residence premises"; or

**b.** Off the "residence premises", if located on a premises adjacent to the "residence premises".

This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance from which this water or steam escaped.

We do not cover loss:

**a.** To the system or appliance from which this water or steam escaped;

**b.** Caused by accidental discharge or overflow of water or steam from within a storm drain whether located on or off the "residence premises"; or

**c.** Caused by accidental discharge or overflow of water or steam from within a steam or sewer pipe located off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment.

Property – Exclusion **3.** Water, paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **2.c.(6)**.

Under Perils Insured Against **2.b.** and **c.**, any ensuing loss to property described in Property Coverages A and B (if applicable) not excluded by any other provision in this policy is covered.

**PROPERTY COVERAGE C – HOUSEHOLD FURNISHINGS**

We insure for direct physical loss to the property described in Property Coverage C caused by any of the following perils, unless the loss is excluded in Property – Exclusions.

**1. Fire or Lightning.**

**2. Windstorm or Hail.**

This peril does not include loss to property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building, causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

**3. Explosion.**

**4. Riot or Civil Commotion.**

**5. Aircraft.**

This peril includes remotely operated, unmanned flying device, self-propelled missile or spacecraft.

**6. Vehicles.**

**7. Smoke.**

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from the manufacture of controlled substances, agricultural smudging or industrial operations.

**8. Vandalism or Malicious Mischief.**

This peril does not include loss to property caused by vandalism and malicious mischief, and


© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been "vacant" for more than 60 consecutive days immediately before the loss regardless of the policy's inception or renewal date.

**9. Falling Objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**10. Weight of Ice, Snow or Sleet.**

This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

**11. Accidental Discharge or Overflow of Water or Steam.**

**a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance, if the accidental discharge or overflow of water or steam originates from within a system or appliance:

**(1)** On the "residence premises"; or

**(2)** Off the "residence premises", if located on a premises adjacent to the "residence premises".

**b.** This peril does not include loss:

**(1)** To the system or appliance from which the water or steam escaped;

**(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **13.** Freezing;

**(3)** Caused by accidental discharge or overflow of water or steam from within a storm drain whether located on or off the "residence premises"; or

**(4)** Caused by accidental discharge or overflow of water or steam from within a steam or sewer pipe located off the "residence premises".

**c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment.

**d.** Property – Exclusion **3.** Water, paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**12. Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging.**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing except as provided in Peril Insured Against **13.** Freezing.

**13. Freezing.**

**a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain all systems and appliances of water.

If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment.

**14. Sudden and Accidental Damage from Artificially Generated Electrical Current.**

**PROPERTY – ADDITIONAL COVERAGES**

The following replaces Property – Additional Coverage **7.** Collapse paragraph **b.(1)**:

**7. Collapse.**

**(1)** A Peril Insured Against under Property Coverage C;

**PROPERTY – EXCLUSIONS**

The following are added under Property – Exclusions:

We do not insure for loss to property described in Property Coverages A and B (if applicable) caused by any of the following. However, any ensuing loss to property described in Property Coverages A and B (if applicable) not excluded by any other provision in this policy is covered.



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**1.** Weather conditions. This exclusion applies only if weather conditions contribute in any way with a cause or event excluded in Property – Exclusions **1.** through **12.** of your policy to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying or siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the "residence premises".

All other provisions of this policy apply.



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# PERSONAL INJURY COVERAGE

**This Endorsement Changes The Policy. Please Read It Carefully.**

## DEFINITIONS

For purposes of this Personal Injury Coverage only, the following definition is added:

"Personal injury" means injury arising out of one or more of the following offenses, but only if the offense was committed during the policy period:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral, written, electronic, digital or other means of communication or publication of material that:

**(1)** Slanders or libels a person or organization;

**(2)** Disparages a person's or organization's goods, products or services; or

**(3)** Violates a person's right of privacy.

## LIABILITY COVERAGE SECTION

## LIABILITY COVERAGE E – PERSONAL LIABILITY

(In form **HQ-L77**)

## LIABILITY COVERAGE E – PREMISES LIABILITY

(In form **HQ-L88**)

The following is added under Liability Coverage E:

**Personal Injury Coverage.**

If a claim is made or suit is brought against an "insured" for damages resulting from an offense, defined under "personal injury", to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the offense is exhausted by payment of a judgment or settlement.

## LIABILITY – ADDITIONAL COVERAGES

For purposes of this Personal Injury Coverage only, the following replaces **4.** Loss Assessment in form **HQ-L77** and **3.** Loss Assessment in form **HQ-L88**:

**Loss Assessment.** We will pay up to the limit shown in the Declarations for Loss Assessment Coverage for your share of any loss assessment charged against you, as an owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of covered "personal injury".

Regardless of the number of assessments, the limit shown in the Declarations for Loss Assessment Coverage is the most we will pay for loss arising out of "personal injury".

We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

## LIABILITY – EXCLUSIONS

For purposes of this Personal Injury Coverage only, the following replaces Liability – Exclusions **A.**, **B.** and **C.**:

Personal Injury Coverage does not apply to:

**1.** "Personal injury":

**a.** Caused by or at the direction of an "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury";

**b.** Arising out of oral, written, electronic, digital or other means of communication or publication of material:

**(1)** If done by or at the direction of an "insured" with knowledge of its falsity; or

**(2)** Whose first publication took place before the beginning of the policy period;

**c.** Arising out of a criminal act committed by or at the direction of an "insured";

**d.** Arising out of the use or operation of any "aircraft";

**e.** Arising out of liability assumed by an "insured" under any contract or agreement except any indemnity obligation assumed by an "insured" under a written contract directly relating to the ownership, maintenance or use of the premises;


© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**f.** Sustained by any person as a result of an offense directly or indirectly related to the employment of this person by an "insured";

**g.** Arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured";

Exclusion **1.g.** applies to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed or implied to be provided because of the nature of the "business";

Exclusion **1.g.** does not apply to:

**(1)** The rental or holding for rental of an "insured location":

**(a)** Used, in whole or in part, as a temporary place to stay for a total of 30 days or less during the 12 consecutive months prior to an "occurrence";

**(b)** In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers, boarders or tenants when this Personal Injury Coverage is used with form **HQ-L77**; or

In whole or in part when this Personal Injury Coverage is used with form **HQ-L88**; or

**(c)** In part, as an office, studio or private garage;

**(2)** The rental or holding for rental of the "residence premises" on a regular basis if Unit Owners Rental is shown in the Declarations; or

**(3)** An "insured" under the age of 18 years involved in a part-time or occasional, self-employed "business" with no employees;

**h.** Arising out of civic or public activities performed for pay by an "insured";

**i.** To you or an "insured" as defined under Definition **9.a.** or **b.** in form **HQ-D77** and Definition **8.a.** or **b.** in form **HQ-D88**;

This exclusion also applies to any claim made or suit brought against you or any "insured":

**(a)** To repay; or

**(b)** Share damages with;

another person who may be obligated to pay damages because of "personal injury" to an "insured"; or

**j.** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants", at any time.

**2.** Any loss, cost or expense arising out of any:

**a.** Request, demand or order that an "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of, "pollutants"; or

**b.** Claim or suit by or on behalf of governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

## LIABILITY – CONDITIONS

For purposes of this Personal Injury Coverage only, the following replaces **1.** Limits of Liability, **2.** Severability of Insurance and **3.** Duties After "Occurrence":

**1. Limit of Liability.** Our total liability under Personal Injury Coverage for all damages resulting from any one offense will not be more than the limit of liability for Coverage E – Personal Liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or suits brought.

**2. Severability of Insurance.** This insurance applies separately to each "insured". This Liability – Condition will not increase our limit of liability for any one offense.

**3. Duties After Offense.** In the event of loss from a covered offense, you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if you fail to comply with the following duties:

**a.** Give us written notice as soon as is practical, which sets forth:

**(1)** The identity of the policy and named "insured" shown in the Declarations;

**(2)** Reasonably available information on the time, place and circumstances of the offense; and

**(3)** Names and addresses of any claimants and witnesses;

**b.** Cooperate with us in the investigation, settlement or defense of any claim or suit;


© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**c.** Promptly forward to us every notice, demand, summons or other process relating to the offense;

**d.** At our request, help us:

**(1)** To make settlement;

**(2)** To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

**(3)** With the conduct of suits and attend hearings and trials; and

**(4)** To secure and give evidence and obtain the attendance of witnesses;

**e.** No "insured" will, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "personal injury".

For purposes of this Personal Injury Coverage only, **9.** Policy Period does not apply.

All other provisions of this policy apply.


© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# WATER BACK UP AND SUMP DISCHARGE OR OVERFLOW COVERAGE

**This Endorsement Changes The Policy. Please Read It Carefully.**

**PROPERTY COVERAGE SECTION**

**PROPERTY – PERILS INSURED AGAINST**

For purposes of the Water Back Up and Sump Discharge or Overflow Additional Coverage only, Perils Insured Against provision:

**1.** Property Coverage A – Dwelling and Property Coverage B – Other Structures, paragraph **2.c.(6)(b)** in form **HQ-P03**;

**2.** Property Coverage A – Dwelling, paragraph **2.c.(6)(b)** in form **HQ-P06**; and

**3.** Property Coverages A, B (if applicable) and C, paragraph **1.c.(6)(b)** in Special Personal Property Coverage form **HQ-015**;

is replaced by the following:

Latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

**PROPERTY – ADDITIONAL COVERAGES**

The following additional coverage is added under Property – Additional Coverages:

**Water Back Up and Sump Discharge or Overflow Coverage.** We will pay up to the limit of liability shown in the Declarations under this Water Back Up and Sump Discharge or Overflow Coverage, for direct physical loss, not caused by the negligence of an "insured", to property covered under the Property Coverage Section of this policy, caused by water or water borne material, that:

**a.** Enters through or backs up from a sewer or drain located within the dwelling or other building structures on the "residence premises"; or

**b.** Discharges or overflows from a:

**(1)** Sump or sump pump;

**(2)** Related equipment; or

**(3)** Any other system designed to remove subsurface water which is drained from the foundation area;

located within the dwelling or other building structures on the "residence premises" even if such discharge or overflow results from mechanical breakdown.

This additional coverage does not apply to:

**a.** Direct physical loss of the sump, sump pump, related equipment or any other system designed to remove subsurface water which is caused by mechanical breakdown; or

**b.** Loss caused as a direct or indirect result of flood, surface water, storm surge, waves, wave wash, tidal water, tsunami, seiche, overflow of a body of water or spray from any of these, whether a result of precipitation or driven by wind.

This coverage does not increase the limits of liability for any property covered under the Property Coverage Section of this policy.

**PROPERTY – EXCLUSIONS**

For purposes of this Water Back Up and Sump Discharge or Overflow Additional Coverage only, the following is added under **3.** Water, paragraph **b.** (this is Property – Exclusion **A.3.** in forms **HQ-P03** and **HQ-P06**):

**3. Water,** meaning any:

**b.** This paragraph **b.** does not apply to the extent that coverage is provided under the Water Back Up and Sump Discharge or Overflow Additional Coverage.

For purposes of this Water Back Up and Sump Discharge or Overflow Additional Coverage only, the following is added under **4.** Power Failure (this is Property – Exclusion **A.4.** in forms **HQ-P03** and **HQ-P06**):

**4. Power Failure.**

This exclusion does not apply to the extent that coverage is provided under the Water Back Up and Sump Discharge or Overflow Additional Coverage.

All other provisions of this policy apply.



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## SPECIAL PROVISIONS – COLORADO

**This Endorsement Changes The Policy. Please Read It Carefully.**

**POLICY CONDITIONS**

4. **Cancellation** paragraph **b.** is replaced by the following:

4. **Cancellation.**

   **b.** We may cancel this policy only for the reasons stated below by giving you notice in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, electronically transmitted to you, if permissible by law, or mailed to you by first-class mail at your last mailing address known by us shown in the Declarations. Proof of mailing or electronic transmission will be sufficient proof of notice.

   **(1)** When you have not paid the premium due on your policy, we may cancel this policy at any time by giving you notice at least 10 days before the date cancellation takes effect.

   **(2)** When this policy has been in effect for less than 30 business days and is not a renewal with us, we may cancel for any reason by giving you notice at least 30 days before the date cancellation takes effect.

   **(3)** When this policy has been in effect for 30 business days or more, or at any time if it is a renewal with us, we may cancel by giving you notice at least 30 days before the date cancellation takes effect if:

   **(a)** There has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

   **(b)** The risk has changed substantially since the policy was issued.

   **(4)** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by giving you notice at least 30 days before the date cancellation takes effect.

5. **Nonrenewal** is replaced by the following:

5. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering notice to you, electronically transmitting to you, if permissible by law, or mailing written notice to you by first-class mail at the last mailing address known by us shown in the Declarations, at least 30 days before the expiration date of this policy. Proof of mailing or electronic transmission will be sufficient proof of notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

   If we offer to renew and you or your representative do not accept, this policy will automatically terminate without notice of termination at the end of the current policy period. Failure to pay the required renewal premium when due will mean that you have not accepted our offer.

**PROPERTY COVERAGE SECTION**

**PROPERTY COVERAGE D – LOSS OF USE**

When the dwelling on the "residence premises" shown in the Declarations is a one-family, owner-occupied dwelling used as a primary residence and this Special Provisions – Colorado is used with form **HQ-P02** or **HQ-P03**, the introductory paragraph and paragraphs **1. Additional Living Expense** and **2. Fair Rental Value** under **PROPERTY COVERAGE D – LOSS OF USE** are replaced by the following:

1. **Additional Living Expense.** If a loss covered under the Property Coverage Section makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the lesser of:

   **a.** The shortest time required to:

   **(1)** Repair or replace the damage; or

   **(2)** Settle your household elsewhere, if you permanently relocate; or

   **b.** The time period shown in the Declarations as the Limit under Coverage D – Loss of Use.

2. **Fair Rental Value.** If a loss covered under the Property Coverage Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the amount of fair rental value of such premises lost, less any expenses that do not continue while it is not fit to live in.

   Coverage under Fair Rental Value will only apply when that part of the "residence premises" is held for rental or rented to others for a term of 6 consecutive months or more by the same roomer,


© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

boarder, tenant or other occupant who provides compensation to an "insured".

Payment will be for the shortest time required to repair or replace such premises, but for no more than the time period shown in the Declarations as the Limit under Coverage D – Loss of Use.

Written proof that part of the "residence premises" is rented, was held for rental at the time of loss or has been rented within the 12 months prior to the date of loss is required.

**PROPERTY – CONDITIONS**

When this Special Provisions – Colorado is used with forms **HQ-P02, HQ-P03** or **HQ-P53, 3. Loss Settlement** paragraphs **c.(2)** and **c.(3)** are deleted.

The following is added under **2. Duties After Loss**:

**2. Duties After Loss.**

Notwithstanding anything to the contrary in this endorsement or in your policy, in the event of a total loss of the contents of an owner-occupied primary residence, the "insured" will have up to 365 days after a total loss claim to submit the required inventory of lost or damaged property. This does not apply to forms **HQ-P53** or **HQ-P56**.

In the event of a total loss to property covered under Property Coverage C – Personal Property in forms **HQ-P02**, **HQ-P03**, **HQ-P04** or **HQ-P06** or Property Coverage C – Household Furnishings in forms **HQ-P53** and **HQ-P56**, you may elect to receive the greater of:

**a.** 30% of the limit of liability for the applicable Property Coverage C shown in the Declarations, without submission of property inventory; or

**b.** The amount you and we mutually agree upon.

**9. Suit Against Us** is replaced by the following:

**Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under the Property Coverage Section of this policy and the action is started within three years after the date of loss.

**LIABILITY COVERAGE SECTION**

**LIABILITY – CONDITIONS**

The following is added under **1. Limit of Liability**:

**1. Limit of Liability.**

Subject to our total liability under Liability Coverage E for all damages resulting from any one "occurrence", our total liability under Liability Coverage E for the value of services required to contribute to the rehabilitation of a child or minor for damages for which an "insured" is legally liable because of vicarious liability is $10,000. This limit is the same regardless of the number of "insureds", claims made or person injured. This applies whether or not the vicarious liability is statutorily imposed, for the actions of a child or minor, if such vicarious liability is not otherwise excluded. This sublimit is within, and does not increase, the Liability Coverage E Limit of Liability.

All other provisions of this policy apply.


© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# ADDITIONAL REPLACEMENT COST PROTECTION COVERAGE

**This Endorsement Changes The Policy. Please Read It Carefully.**

(Applies only when loss to the dwelling exceeds the Property Coverage A Limit of Liability shown in the Declarations)

**PROPERTY COVERAGE SECTION**

**PROPERTY – CONDITIONS**

If Functional Replacement Cost Loss Settlement form **HQ-825** is part of this policy, the defined term "functional replacement cost" replaces any reference to replacement cost in this Additional Replacement Cost Protection Coverage.

To the extent that coverage is provided, we agree to provide an additional amount of insurance under Property Coverage A only in accordance with the following provisions:

**A.** If you have:

**1.** Allowed us to adjust the Property Coverage A limit of liability and the premium in accordance with:

**a.** The property evaluations we make; and

**b.** Any increases in inflation; and

**2.** Notified us, within 30 days of completion, of any improvements, alterations or additions to the dwelling insured under Property Coverage A which increase the replacement cost of the dwelling by 5% or more;

the provisions of this Additional Replacement Cost Protection Coverage will apply after a loss, provided you repair or replace the damaged dwelling.

**B.** If there is a loss to the dwelling insured under Property Coverage A that exceeds the Property Coverage A limit of liability shown in the Declarations, for purposes of settling only that loss to the dwelling:

**1.** We will provide an additional amount of insurance up to the percentage of Property Coverage A shown in the Declarations; and

**2.** The following replaces **3.** Loss Settlement, paragraph **b.** However, if Roof Systems Payment Schedule Windstorm or Hail Losses form **HQ-646** is part of this policy, this change does not apply to loss or damage by the peril of windstorm or hail to which the Roof Systems Payment Schedule Windstorm or Hail Losses form **HQ-646** applies:

**b.** The dwelling covered under Property Coverage A at replacement cost without deduction for depreciation, subject to the following:

**(1)** We will pay the replacement cost without deduction for depreciation, but not more than the least of the following amounts:

**(a)** The limit of liability under this policy that applies to the dwelling covered under Property Coverage A, plus any additional amount of insurance provided under **B.1.** of the Additional Replacement Cost Protection Coverage form **HQ-420**;

**(b)** The replacement cost of that part of the dwelling damaged with materials of like kind and quality and for like use (or, if Functional Replacement Cost Loss Settlement form **HQ-825** is part of this policy, functionally equivalent materials and methods as defined in that endorsement); or

**(c)** The necessary amount actually spent to repair or replace the damaged dwelling.

If the dwelling is rebuilt at a new premises, the cost described in **b.(1)(b)** is limited to the cost which would have been incurred if the dwelling had been built at the original premises.

**(2)** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.

**(3)** You may disregard Property – Condition **3.** Loss Settlement **b.** and make claim under this policy for loss to the dwelling on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Property – Condition **3.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged dwelling.

All other provisions of this policy apply.



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# MATCHING OF UNDAMAGED ROOF SURFACING ADDITIONAL COVERAGE

**This Endorsement Changes The Policy. Please Read It Carefully.**

## PROPERTY COVERAGE SECTION

## PROPERTY – ADDITIONAL COVERAGES

The following additional coverage is added under Property – Additional Coverages:

**Matching of Undamaged Roof Surfacing.** If a portion of the roof of your Dwelling or Other Structure sustains covered damage and payment is due or has been issued on the claim under the Property Coverage Section of this policy:

**a.** We will pay, subject to paragraph **c.**, the reasonable cost incurred by you to replace any part of that roof surfacing not included in the coverage afforded for the claim under the Property Coverage Section of this policy;

**b.** Under this Property – Additional Coverage, we will not pay to repair or replace any roof surfacing other than that which is on the roof for which coverage is afforded in paragraph **a.**;

**c.** The most we will pay under this Property – Additional Coverage is the limit of liability shown in the Declarations for this Matching of Undamaged Roof Surfacing Additional Coverage. This is the most we will pay for the total of all loss or costs during the policy period regardless of the:

**(1)** Number of locations insured under this policy; or

**(2)** Number of losses or claims made.

This Matching of Undamaged Roof Surfacing Additional Coverage does not increase the limit of liability that applies to the damaged covered property.

## PROPERTY – CONDITIONS

For purposes of this Matching of Undamaged Roof Surfacing Additional Coverage only, **3.** Loss Settlement provision **c.(2)** does not apply.

All other provisions of this policy apply.



© 2018 The Travelers Indemnity Company. All rights reserved.

# MATCHING OF UNDAMAGED SIDING ADDITIONAL COVERAGE

**This Endorsement Changes The Policy. Please Read It Carefully.**

## PROPERTY COVERAGE SECTION

## PROPERTY – ADDITIONAL COVERAGES

The following additional coverage is added under Property – Additional Coverages:

**Matching of Undamaged Siding.** If a portion of the siding on your Dwelling or Other Structure sustains covered damage and payment is due or has been issued on the claim under the Property Coverage Section of this policy:

**a.** We will pay, subject to paragraph **c.**, the reasonable cost incurred by you to replace any part of that siding not included in the coverage afforded for the claim under the Property Coverage Section of this policy;

**b.** Under this Property – Additional Coverage, we will not pay to repair or replace any siding on any other dwelling or structure other than the siding for which coverage is afforded in paragraph **a.**;

**c.** The most we will pay under this Property – Additional Coverage is the limit of liability shown in the Declarations for this Matching of Undamaged Siding Additional Coverage. This is the most we will pay for the total of all loss or costs during the policy period regardless of the:

**(1)** Number of locations insured under this policy; or

**(2)** Number of losses or claims made.

This Matching of Undamaged Siding Additional Coverage does not increase the limit of liability that applies to the damaged covered property.

## PROPERTY – CONDITIONS

For purposes of this Matching of Undamaged Siding Additional Coverage only, **3.** Loss Settlement provision **c.(3)** does not apply.

All other provisions of this policy apply.



© 2018 The Travelers Indemnity Company. All rights reserved.

# ADDITIONAL BENEFITS

**This Endorsement Changes The Policy. Please Read It Carefully.**

**POLICY CONDITIONS**

For purposes of this Additional Benefits only, the following policy condition is added:

**Additional Benefits.** From time to time we may provide you or allow others to provide you, or another person insured under this policy with:

**a.** Goods and services, devices, equipment, memberships, merchandise, points, rewards, gift cards, redemption codes, coupons, vouchers, airline miles, special offers, classes, seminars, other program benefits or other items of value; or

**b.** Make charitable contributions, donations or gifts on your behalf.

These Additional Benefits may be provided in any form. If one or more of our benefit programs apply, you or another person insured under this policy may be eligible to receive benefits specific to that program depending on the terms of the program and Additional Benefit provided.

You are under no obligation to pursue any of these Additional Benefits.

We do not warrant the merchantability, fitness or quality of any goods or services provided under this endorsement or assume any additional obligation related to any Additional Benefits provided.

We have the right to modify or discontinue benefits provided under this endorsement without notice to you.

All other provisions of the policy apply.



© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## Important Information About Flood Damage

Many people find out too late their property is at risk of flooding, or that their property insurance does not cover flood damage.

**YOUR TRAVELERS HOMEOWNERS POLICY DOES NOT COVER FLOOD LOSS TO YOUR HOME AND ITS CONTENTS.**

While we don't offer flood insurance, we believe it's up to you to decide if you need the specialized coverage it offers to help protect your home or condo.

**If you think you need flood insurance:**

- Contact your insurance agent
- Learn more about the National Flood Insurance Program at www.floodsmart.gov
- Even if you already have a flood policy, you may want to ensure it is up to date



**This information is intended for general education purposes only. All statements herein are subject to the provisions, exclusions and conditions of the applicable policy. For an actual description of all coverages, terms and conditions, refer to the insurance policy.**

# PRIVACY NOTICE

## Privacy Statement for Individual U.S. Personal Insurance Consumers

Your privacy is important to us. When we quote or sell an insurance policy to a person, we get information about the people and property that we're insuring. This Privacy Notice describes the types of information about you ("personal information") we collect, where we get it, and how we use, share and protect it. It applies to current and former Travelers personal insurance customers in the United States.

A few key points include:

- We collect personal information from you, your agent, and from third parties
- We will not share your personal information with others for their marketing purposes without your permission
- We maintain safeguards designed to help prevent unauthorized use, access and disclosure of personal information

| | |
|---|---|
| **What type of information do we collect?** | You give us most of what we need in the application process. To make sure what we have is correct, or to obtain additional information, we may need to check back with you. For example, you may be asked to give us more details in writing, via e-mail or over the phone. In addition, we may obtain other information, including but not limited to the following:<br>• Information from consumer reporting agencies and other insurance support organizations to the extent permitted by law. This may include items such as credit history, credit-based insurance score, driving record, accident and motor vehicle conviction history, and claim history. Information given to us by an insurance support organization, including consumer reporting agencies, may be retained by them and disclosed to others.<br>• Your past insurance history, including information about your policies and claims, from insurance support organizations or your former insurers.<br>• Information regarding your property. We may obtain this through third party reports and through a property inspection. We or an independent inspector may visit the property to inspect its condition, or we may use an unmanned aircraft system. We may obtain geospatial information, and take pictures or video. If we need more details about the property, we may need to schedule an interior inspection.<br>• Information from government agencies or independent reporting companies.<br>• Other third party data relating to the insured risk, such as possible drivers and vehicles associated with your household and odometer readings associated with any vehicle(s).<br>• In some instances, we may need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we may ask for a statement from your doctor. |

| | |
|---|---|
| **How do we use your personal information?** | We use the personal information we collect to sell, underwrite and rate, service and administer insurance; to handle claims; to create and market products and services; to prevent and detect fraud; to satisfy legal or regulatory requirements; and for other business purposes and as otherwise allowed by law.<br><br>Once you're insured with us, we will retain details about your policy(ies). This may include, among other things, bill payment, transaction or claim history and details, as well as other information.<br><br>When you give us a telephone number, you consent to being contacted at that number, including if the number is for a cell phone or other wireless device. We may contact you in person, by recorded message, by the use of automated dialing equipment, by text (SMS) message, or by any other means your device is capable of receiving, to the extent permitted by law and for reasonable business purposes, including to service your policy or alert you to other relevant information. |
| **How do we share your personal information?** | We do not give or sell your personal information to nonaffiliated third parties for their own marketing purposes without your prior consent.<br><br>We may give the personal information we collect to others to help us conduct, manage or service our business. When we do, we require them to use it only for the reasons we gave it to them. We may give, without your past permission and to the extent permitted by law, personal information about you to certain persons or organizations such as: your agent or insurance representative; our affiliated property and casualty insurance companies; independent claim adjusters or investigators; persons or organizations that conduct research; insurance support organizations (including consumer reporting agencies); third party service providers; another insurer; law enforcement; state insurance departments or other governmental or regulatory agencies; or as otherwise required or permitted by law. Information we share with insurance support organizations, such as your claims history, may be retained by them and disclosed to others.<br><br>We may also share your personal information: to comply with legal process; to address suspected fraud or other illegal activities; or to protect our rights, privacy, safety or property, and/or that of you or others. |
| **How do we protect your personal information?** | We maintain physical, electronic and administrative safeguards designed to help protect personal information. For example, we limit access to personal information and require those who have access to use it only for legitimate business purposes. |

| | |
|---|---|
| **How can I review and correct the personal information you have about me?** | If you have questions about what personal information we maintain about you, please make your request in writing and include your full name, mailing address, phone number and policy number. When we receive your written request, we will respond within thirty (30) business days. We will describe the personal information we maintain, whom we know we've shared it with in the last two (2) years, and how you may request a correction, if necessary. If we requested a consumer report, we will tell you the name and address of the consumer reporting agency.<br><br>You may also see and copy the information we have, except for certain documents about claims and lawsuits. If you believe our information is incorrect, let us know in writing. We will review it, and, if we agree, we will correct it, notify you, and send a correction letter to anyone who received the original information. If we do not agree, you are allowed to file a letter with your comments.<br><br>For questions about the right of access or correction to your information, please write to: Travelers, One Tower Square, Hartford, CT 06183, Attn: Privacy Office. |

This notice is given by The Travelers Indemnity Company and its personal insurance property casualty affiliates.

This notice may be amended at any time. The most current version will be posted on Travelers.com.

A statement concerning our use of Insurance Score is available on request for Oregon residents.

Last revised December 2016

## IMPORTANT NOTICE – COLORADO RENEWAL POLICY HOLDER NOTICE

Like most insurance companies, we get information about you from consumer reporting agencies. As part of our policy underwriting process, we may review a loss history report from American Insurance Services Group. Colorado state law gives you the right to get a free copy of this report from:

Phone: 1-800-709-8842

Mail: American Insurance Services Group
A-PLUS
545 Washington Boulevard, 22nd Floor
Jersey City, NJ 07310-1686

Please note: American Insurance Services Group is an information provider, and is not responsible for decisions about your policy. They will not be able to provide specific reasons for any decisions about your policy.

If you have any questions concerning this notice, please call your Travelers agent or insurance representative.

# IMPORTANT NOTICE – POLICYHOLDER NOTICE OF POLICY CHANGES

Enclosed is your Quantum Home 2.0® policy renewal package. Please read the documents carefully, as we have included a new endorsement **Additional Benefits HQ-860 CW (08-18)**. Under this endorsement, we may create programs for which you may be eligible to receive certain goods, services or other types of benefits.

This Important Notice provides general information. In case of any conflict between this Important Notice and your policy, your policy will govern.

---

If you have any questions on the coverage and endorsements that apply to your policy or if you wish to make any change, contact your Travelers agent or representative.

We appreciate your business and look forward to continuing to serve your insurance needs.

Travelers

# Important Notice about Billing Options and Disclosures

This notice contains important information about our billing options and charges.

You have chosen to pay your insurance premium in full and will be billed by mail / email. Other charges that may apply include a $10.00 late charge and a $20.00 fee for payments returned by your bank.

If your billing needs change, you may pay your premium by:

| Bill Plan | Monthly | Pay in Full |
|---|---|---|
| Electronic Funds Transfer (EFT) | $2.00 | No Charge |
| Recurring Credit Card (RCC) | $2.00 | No Charge |
| Bill by Mail / Email | $3.00 | No Charge |

Late Charge: $10.00 per occurrence
Payments returned by your bank: $20.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

Visit www.amp.travelers.com if you would like to enroll in our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plan.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 1-303-974-6983.