**Comfort Home Inspection Services, Inc.**
10261 Hondah Drive
Littleton CO 80127
303-697-1616
ron@comfortinspections.com



**Report:** 07-29-11 4563 elm court **Address:** 4563 Elm Court

# Confidential Inspection Report

**4563 Elm Court, Denver, CO 80211**

**Prepared exclusively for:**

## Jeffrey Diem

**Represented by: Emily Chaney, Kentwood Cherry Creek**



DEPOSITION EXHIBIT 47 9/19/22 PENGAD 800-631-6989

**This report is the exclusive property of Comfort Home Inspection Services, Inc. and the client whose name appears herewith and its use by any unauthorized persons is prohibited.**

# Report Table of Contents


| | |
|---|---|
| GENERAL INFORMATION | 12 |
| SITE | 15 |
| EXTERIOR | 16 |
| FOUNDATION | 17 |
| ROOF & ATTIC | 19 |
| HEATING, VENTILATION & AIR CONDITIONING | 22 |
| ELECTRICAL SYSTEMS | 24 |
| PLUMBING SYSTEM | 27 |
| KITCHEN | 30 |
| INTERIOR LIVING SPACES | 31 |
| LAUNDRY | 32 |
| BATHROOMS | 33 |
| BEDROOMS | 34 |
| GARAGE | 35 |


© Comfort Home Inspection Services, Inc. Confidential - for client use only. Use by any unauthorized persons is prohibited.

**Tuesday, August 02, 2011**
**Jeffrey Diem**
**4500 S. Monaco Street #1727**
**Denver, CO 80237**

**RE: 4563 Elm Court**
**Denver, CO 80211**



Hi Jeffrey:

At your request, a visual inspection of the above referenced property was conducted on 08/02/2011. An earnest effort was made on your behalf to discover all visible defects, however, in the event of an oversight, maximum liability must be limited to the fee paid. The following is an opinion report, reflecting the visual conditions of the property at the time of the inspection only. Hidden or concealed defects cannot be included in this report. No warranty is either expressed or implied. This report is not an insurance policy, nor a warranty service.

**IMPORTANT:** The Summary is not the entire report. The complete report may include additional information and photographs of concern to the client. **You are strongly encouraged to read the entire Inspection Report.** The entire Inspection Report, including the Standards of Practice, limitations and scope of Inspection, and Pre-Inspection Agreement must be carefully read to fully assess the findings of the inspection. This list is not intended to determine which items may need to be addressed per the contractual requirements of the sale of the property. Any areas of uncertainty regarding the contract should be clarified by consulting an attorney or real estate agent.

It is strongly recommended that you have appropriate licensed contractors evaluate each concern further and the entire system for additional concerns that may be outside our area of expertise or the scope of our inspection BEFORE the close of escrow. Please call our office for any clarifications or further questions.

## GENERAL COMMENTS

### GENERAL INFORMATION

Client & Site Information:

*Comments:*

The property has been neglected and we will not comment further on the obvious and numerous deficiencies. However, you may wish to have a contractor provide estimates for repairs as it may affect your evaluation of the property. This is an older home. Cracking in bricking and plaster is common and usually not a major concern. Building standards have changed dramatically over the years and our inspection evaluates the house with an understanding of older building standards. Attempting to bring an older house to current standards is usually cost prohibitive.

## ITEMS NEEDING ACTION

### SITE

Paving Condition:

*Entryway Stoop:*
The railing is damaged and loose and should be serviced.

## EXTERIOR

Exterior:
*Window Condition:*
Numerous window cranks did not operate or are stripped out. We recommend further evaluation and appropriate repairs from a qualified window specialist.

## ROOF & ATTIC

Roofing:
*Flashing:*
There is improper flashing around the skylight which should be evaluated and repaired.



## ELECTRICAL SYSTEMS

Main Power Panel & Circuitry
*Breaker/Fuse to Wire Compatibility:*
One or more breakers in the right panel box are serving two circuits which could create a fire hazard. We recommend having them further evaluated by a licensed electrician.



*Exterior Lighting:*
Some of the lights did not respond, there were some missing bulbs and globes were missing on most exterior fixtures.
*Outlets*
Numerous 3-prong outlets are ungrounded. We recommend either having a licensed electrician establish a ground or replace the outlets with 2-prong receptacles. Numerous outlets in the basement bedroom, kitchen and utility room are dead. We recommend further evaluation and appropriate repairs from a qualified and licensed electrician.

*Junction Box*
A junction box is missing a cover in the laundry room which should be installed.



Several electrical connections in the garage were made outside of a junction box and should be serviced.



Electrical Outlets:

*Lower Kitchen*

The countertop and east wall outlets have the hot and neutral wires reversed. We recommend further evaluation and appropriate repairs from a qualified and licensed electrician.

*Laundry:*

An outlet on the west wall has the hot and neutral wires reversed.

*Northeast Bedroom:*

An outlet is damaged and should be replaced by a licensed electrician.



## PLUMBING SYSTEM

Plumbing:

*Waste Piping Condition:*

We recommend having the main drain lines video scoped by a specialist to ensure there are no significant cracks, bellies or breaks. The cost of replacing a main drain line can be well over $5000.

*Sump Pump Drain Line:*

Action Necessary - The sump pump empties into the public sewage system. This practice is generally not allowed. It should be rerouted to the exterior.

**© Comfort Home Inspection Services, Inc.** **Confidential - for client use only. Use by any unauthorized persons is prohibited.**



Water Heater:

*Flue/Exhaust Pipe Condition:*

Duct tape should not be used on combustion appliance exhaust vents as it is flammable. We recommend removing all duct tape.



*Water Piping Condition:*

A washing machine hose should not be used as permanent plumbing on a water heater.



## KITCHEN

Lower Kitchen

*Range/Oven:*

The oven top burners and bake burner did not function. We suspect there is an electrical problem with the 240 volt outlet. We recommend further evaluation and appropriate repairs from a qualified and licensed electrician.

## INTERIOR LIVING SPACES

Dining Room

*Ceiling Fan:*

We were unable to activate the ceiling fan. We recommend requesting the seller demonstrate the fan as functional prior to the close of escrow.

## LAUNDRY

Laundry:

*Laundry Basin:*

The basin utilizes an S-trap which is no longer allowed due to potential siphoning. The S-trap was leaking and should be repaired.

## BATHROOMS

Basement Bath

*Toilet Condition*

The toilet is not secure to the floor, allowing it to wobble and possibly leak. Action should be taken to re-secure it to the floor.

*Tub Mixing Valve & Stopper:*

The hot water stem valve leaks when in use and should be replaced. The valve does not fully shut off.

*Tub & Shower Walls:*

Their are loose tiles that can allow water to get behind them causing damage. We recommend further evaluation and repair from a qualified contractor.



## BEDROOMS

Northeast Bedroom:

*Windows:*

The north window handle is stripped and just spins. We recommend further evaluation and repair by a window specialist.

## GARAGE

Garage:

*Overhead Door and Hardware Condition:*

The upper panel is damaged and should be serviced by a garage door specialist.



# ITEMS NEEDING ATTENTION

## SITE

Site:

*Trees Condition:*

We do not evaluate landscaping or trees as part of our inspection, therefore you may wish them evaluated by a specialist. Trees overhanging the structure need to be trimmed so that limbs, leaves, and rain will not drop off the tree onto the roof covering and clog the gutters, damage the roof, or promote moss growth. Trees that rub against

the roof can cause severe damage and can drastically reduce the life of the roofing material.



*Environmental*

Possible asbestos containing materials were noted in the following locations: Tape on ductwork. We recommend consulting an asbestos specialist to provide additional information. Please note that there could be other materials within the house that may contain asbestos.

## EXTERIOR

Exterior:

*Penetration Points:*

We recommend sealing all penetration points around the structure to prevent moisture and insect intrusion.

*Soffit/Eaves:*

Soffit/eaves appear to need some minor repair to prevent further deterioration.

## FOUNDATION

Foundation:

*Perimeter Foundation Drainage Surface:*

The drainage around the foundation should slope away from the foundation at a rate of 1/2 inch per foot for 6 feet away from the foundation. Portions of the ground around the perimeter do not meet this minimum standard.

Crawlspace:

*Vapor Barrier Installed:*

No - There is no vapor barrier installed. Exposed soils in a crawlspace should be covered with a retardant material to prevent moisture or standing water from deteriorating wood framing above. Approved materials include: polyethylene sheeting, roofing paper, concrete, or blacktop. If the ground is saturated, wall vapor barriers of like materials are also recommended.

## ROOF & ATTIC

Roofing:

*Condition of Roof Covering Material:*

There does appear to be some repair work next to the skylight that should be explained.



*Flashing:*

Staining and rotted wood were noted on the upper door frame into the hot tub room. We suspect the poor flashing around the skylight may be to blame.



*Roof Gutter System:*

The gutters need to be cleaned and serviced to function properly. Attention Needed - The gutter system on the roof edge appears to be leaking or inadequately sloped to carry the water to the downspouts. We recommend installing downspout extensions to get roof water to flow away from the foundation.



## HEATING, VENTILATION & AIR CONDITIONING

Heating Unit # 1:

*Heating System Type:*

A forced air furnace is installed as the primary source of heat. The furnace is a mid efficiency type with a fan installed in the vent pipe to push the burnt flue gases up and out the flue. Given it's age and condition, we recommend having the furnace cleaned, serviced and the heat exchanger certified by a HVAC specialist.

*Secondary Air Adequacy:*

We recommend having a licensed HVAC specialist install secondary air vents to the exterior.

*Blower Condition:*

The blower is dirty indicative of poor maintenance. We recommend having the furnace cleaned and serviced.

*Filter Condition:*

Attention Needed - The filter is in need of cleaning or replacement. Replacing or cleaning filters every 30 to 45 days is recommended.

Heating Unit # 2:

*Secondary Air Adequacy:*

We recommend having a licensed HVAC specialist install secondary air vents to the exterior.

*Blower Condition:*

The blower is dirty indicative of poor maintenance. We recommend having the furnace cleaned and serviced.

*Filter Condition:*

Attention Needed - The filter is in need of cleaning or replacement. Replacing or cleaning filters every 30 to 45 days is recommended.

## ELECTRICAL SYSTEMS

Main Power Panel & Circuitry

*Ground Fault Protected Outlets:*

At some areas - This structure is partially protected by using Ground Fault Circuit Interrupt outlets at some of these locations: outlets within 6' of a water source, any outside outlets, in the garage, and any outlets in an unfinished basement. Any areas not protected should be considered for installation as they afford inexpensive

protection from electrical shock.

*Carbon Monoxide Detector*

As of July 1st, 2009, carbon monoxide detectors are required in Colorado within 15 feet of the entrance to any bedroom. We recommend ensuring the house complies with current law.

*Wire Protection/Routing:*

We recommend installing conduit to protect exposed wires below 8 feet in the garage and laundry area.

Electrical Outlets:

*Upper Kitchen*

This kitchen does not have Ground Fault Circuit Interrupt outlets installed. The age of the structure may predate the required installation; however, for safety considerations, it is strongly suggested that one be installed at any location within 6 feet of a water source.

*Lower Kitchen*

This kitchen does not have Ground Fault Circuit Interrupt outlets installed. The age of the structure may predate the required installation; however, for safety considerations, it is strongly suggested that one be installed at any location within 6 feet of a water source.

## PLUMBING SYSTEM

Plumbing:

*Exterior Hose Bibs Functional:*

recommend securing the hose bib to the wall along the south wall.



## KITCHEN

Upper Kitchen

*Range/Oven:*

The glass cover over the clock is broken.

## LAUNDRY

Laundry:

*Dryer Ventilation:*

Attention Needed - The clothes dryer is not connected to the vent system. This allows excessive moisture to vent into the house. This moisture level can cause undesirable conditions in wall cavities and wall surfaces. Connecting to a through-the-wall vent is recommended.



*Potentially Problem Location.*

There is a lack of ventilation in the laundry. Air is needed for both ventilation of chemicals used and for the clothes dryer. The clothes dryer requires in excess of up to 50 cubic feet of air per minute. The furnace is in competition with the clothes dryer for combustion air and air required to expel burnt gases up the flue, An additional source of air is needed.

Thank you for selecting our company to do your pre-purchase home inspection. If you have any questions regarding the inspection report or the home, please feel free to call us.

Sincerely,

Ron Tipton ACI,CRI
Comfort Home Inspection Services, Inc.
*ASHI Certification #247266*
*NAHI Certification #2005113*

# GENERAL INFORMATION

## Client & Site Information:

| | |
|---|---|
| *Inspection Date:* | July 29, 2011 08:30 AM. |
| *Client:* | Jeffrey Diem<br>4500 S. Monaco Street #1727<br>Denver, CO 80237<br><br>248-563-3267. |
| *Inspection Site:* | 4563 Elm Court<br>Denver, CO 80211 |
| *House Occupied?* | Yes. |
| *People Present:* | Buyer(s), Buyer's agent, Renters. |
| *Comments:* | The property has been neglected and we will not comment further on the obvious and numerous deficiencies. However, you may wish to have a contractor provide estimates for repairs as it may affect your evaluation of the property. This is an older home. Cracking in bricking and plaster is common and usually not a major concern. Building standards have changed dramatically over the years and our inspection evaluates the house with an understanding of older building standards. Attempting to bring an older house to current standards is usually cost prohibitive. |

## Building Characteristics:

| | |
|---|---|
| *Building Faces:* | East. |
| *Estimated Age:* | 1949. |
| *Approximate Finished Square Footage:* | 1400. |
| *Building Type:* | 1 family. |
| *Stories:* | 1 |
| *Space Below Grade:* | Basement. |

## Climatic Conditions:

| | |
|---|---|
| *Weather:* | Rain. |
| *Outside Temperature (F):* | 80-90. |

## Utility Services:

| | |
|---|---|
| *Utilities Status:* | All utilities on. |

## Payment Information:

| | |
|---|---|
| *Total Fee:* | 345.00. |
| *Paid By:* | Check. |

REPORT LIMITATIONS

This report is intended only as a general guide to help the client make his own evaluation of the overall condition of the home, and is not intended to reflect the value of the premises, nor make any representation as to the advisability of purchase. The report expresses the personal opinions of the inspector, based upon his visual impressions of the conditions that existed at the time of the inspection only. The inspection and report are not intended to be technically exhaustive, or to imply that every component was inspected, or that every possible defect was discovered. No disassembly of equipment, opening of walls, moving of furniture, appliances or stored items, or excavation was performed. All components and conditions which by the nature of their location are concealed, camouflaged or difficult to inspect are excluded from the report. The inspection is performed in compliance with generally accepted standard of

© Comfort Home Inspection Services, Inc. Confidential - for client use only. Use by any unauthorized persons is prohibited.

practice, a copy of which is available upon request.

Systems and conditions which are not within the scope of the inspection include, but are not limited to: formaldehyde, lead paint, asbestos, toxic or flammable materials, and other environmental hazards; pest infestation, playground equipment, efficiency measurement of insulation or heating and cooling equipment, internal or underground drainage or plumbing, any systems which are shut down or otherwise secured; water wells (water quality and quantity) zoning ordinances; intercoms; smoke detectors; security systems; heat sensors; cosmetics or building code conformity. Any general comments about these systems and conditions are informational only and do not represent an inspection.

Most homes built after 1978, are generally assumed to be free of asbestos and many other common environmental contaminants. However, as a courtesy to our clients, we are including some well documented, and therefore public, information about several environmental contaminants that could be of concern to you and your family, all of which we do not have the expertise or the authority to evaluate, such as asbestos, radon, methane, formaldehyde, termites and other wood-destroying organisms, pests and rodents, molds, microbes, bacterial organisms, and electromagnetic radiation, to name some of the more commonplace ones. Nevertheless, we will attempt to alert you to any suspicious substances that would warrant evaluation by a specialist. However, health and safety, and environmental hygiene are deeply personal responsibilities, and you should make sure that you are familiar with any contaminant that could affect your home environment. You can learn more about contaminants that can affect you home from a booklet published by The environmental Protection Agency, which you can read online at www.epa.gov/iaq/pubs/insidest.htm.

Mold is one such contaminant. It is a microorganism that has tiny seeds, or spores, that are spread on the air then land and feed on organic matter. It has been in existence throughout human history, and actually contributes to the life process. It takes many different forms, many of them benign, like mildew. Some characterized as allergens are relatively benign but can provoke allergic reactions among sensitive people, and others characterized as pathogens can have adverse health effects on large segments of the population, such as the very young, the elderly, and people with suppressed immune systems. However, there are less common molds that are called toxigens that represent a serious health threat. All molds flourish in the presence of moisture, and we make a concerted effort to look for any evidence of it wherever there could be a water source, including that from condensation. Interestingly, the molds that commonly appear on ceramic tiles in bathrooms do not usually constitute a health threat, but they should be removed. However, some visibly similar molds that form on cellulose materials, such as on drywall, plaster, and wood, are potentially toxigenic. If mold is to be found anywhere within a home, it will likely be in the area of tubs, showers, toilets, sinks, water heaters, evaporator coils, inside attics with unvented bathroom exhaust fans, and return-air compartments that draw outside air, all of which are areas that we inspect very conscientiously. Nevertheless, mold can appear as though spontaneously at any time, so you should be prepared to monitor your home, and particularly those areas that we identified. Naturally, it is equally important to maintain clean air-supply ducts and to change filters as soon as they become soiled, because contaminated ducts are a common breeding ground for dust mites, rust, and other contaminants. Regardless, although some mold-like substances may be visually identified, the specific identification of molds can only be determined by specialists and laboratory analysis, and is absolutely beyond the scope of our inspection. Nonetheless, as a prudent investment in environmental hygiene, we categorically recommend that you have your home tested for the presence of any such contaminants, and particularly if you or any member of your family suffers from allergies or asthma. Also, you can learn more about mold from an Environmental Protection Agency document entitled "A Brief Guide to Mold, Moisture and Your Home," by visiting their web site at: http://www.epa.gov/iaq/molds/moldguide.html/, from which it can be downloaded.

Asbestos is a notorious contaminant that could be present in any home built before 1978. It is a naturally occurring mineral fiber that was first used by the Greek and Romans in the first century, and it has been widely used throughout the modern world in a variety of thermal insulators, including those in the form of paper wraps, bats, blocks, and blankets. However, it can also be found in a wide variety of other products too numerous to mention, including duct insulation and acoustical materials, plasters, siding, floor tiles, heat vents, and roofing products. Although perhaps recognized as being present in some documented forms, asbestos can only be specifically identified by laboratory analysis. The most common asbestos fiber that exists in residential products is chrysotile, which belongs to the serpentine or white-asbestos group, and was used in the clutches and brake shoes of automobiles for many years. However, a single asbestos fiber is said to be able to cause cancer, and is therefore a potential health threat and a litigious issue. Significantly, asbestos fibers are only dangerous when they are released into the air and inhaled, and for this reason authorities such as the Environmental Protection Agency (EPA) and the Consumer Product Safety Commission (CPSC])distinguish between asbestos that is in good condition, or non-friable, and that which is in poor condition, or friable, which means that its fibers could be easily

crumbled and become airborne. However, we are not specialists and, regardless of the condition of any real or suspected asbestos-containing material (ACM), we would not endorse it and recommend having it evaluated by a specialist.

Radon is a gas that results from the natural decay of radioactive materials within the soil, and is purported to be the second leading cause of lung cancer in the United States. The gas is able to enter homes through the voids around pipes in concrete floors or through the floorboards of poorly ventilated crawlspaces, and particularly when the ground is wet and the gas cannot easily escape through the soil and be dispersed into the atmosphere. However, it cannot be detected by the senses, and its existence can only be determined by sophisticated instruments and laboratory analysis, which is completely beyond the scope of our service. However, you can learn more about radon and other environmental contaminants and their affects on health, by contacting the Environmental Protection Agency (EPA), at www. epa.gov/radon/images/hmbuygud.pdf, and it would be prudent for you to enquire about any high radon readings that might be prevalent in the general area surrounding your home.

Lead poses an equally serious health threat. In the 1920's, it was commonly found in many plumbing systems. In fact, the word "plumbing" is derived from the Latin word "plumbum," which means lead. When in use as a component of a waste system, it is not an immediate health threat, but as a component of potable water pipes it is a definite health-hazard. Although rarely found in modern use, lead could be present in any home build as recently as the nineteen forties. For instance, lead was an active ingredient in many household paints, which can be released in the process of sanding, and even be ingested by small children and animals chewing on painted surfaces. Fortunately, the lead in painted surfaces can be detected by industrial hygienists using sophisticated instruments, but testing for it is not cheap. There are other environmental contaminants, some of which we have already mentioned, and others that may be relatively benign. However, we are not environmental hygienists, and as we stated earlier we disclaim any responsibility for testing or establishing the presence of any environmental contaminant, and recommend that you schedule whatever specialist inspections that may deem prudent within the contingency period.

The inspection report should not be construed as a compliance inspection of any governmental or non governmental codes or regulations. The report is not intended to be a warranty or guarantee of the present or future adequacy or performance of the structure, its systems, or their component parts. This report does not constitute any express or implied warranty of merchantability or fitness for use regarding the condition of the property and it should not be relied upon as such. Any opinions expressed regarding adequacy, capacity, or expected life of components are general estimates based on information about similar components and occasional wide variations are to be expected between such estimates and actual experience.

We certify that our inspectors have no interest, present or contemplated, in this property or its improvement and no involvement with tradespeople or benefits derived from any sales or improvements. To the best of our knowledge and belief, all statements and information in this report are true and correct.

Should any disagreement or dispute arise as a result of this inspection or report, it shall be decided by arbitration and shall be submitted for binding, non-appealable arbitration to the American Arbitration Association in accordance with its Construction Industry Arbitration Rules then obtaining, unless the parties mutually agree otherwise. In the event of a claim, the Client will allow the Inspection Company to inspect the claim prior to any repairs or waive the right to make the claim. Client agrees not to disturb or repair or have repaired anything which may constitute evidence relating to the complaint, except in the case of an emergency. Client also agrees that any claim is limited to the fee paid for the inspection.

# SITE

## Site:

*Site Drainage:* Satisfactory - The lot appears to have adequate drainage to allow water to drain away from the foundation.

*Trees Condition:* We do not evaluate landscaping or trees as part of our inspection, therefore you may wish them evaluated by a specialist. Trees overhanging the structure need to be trimmed so that limbs, leaves, and rain will not drop off the tree onto the roof covering and clog the gutters, damage the roof, or promote moss growth. Trees that rub against the roof can cause severe damage and can drastically reduce the life of the roofing material.



*Environmental* Possible asbestos containing materials were noted in the following locations: Tape on ductwork. We recommend consulting an asbestos specialist to provide additional information. Please note that there could be other materials within the house that may contain asbestos.

## Paving Condition:

*Walkways and Stoop Materials:* Concrete.

*Walkway Condition:* The walkways and/or stoop have typical cracks which generally have no structural significance.

*Entryway Stoop:* Satisfactory - The entryway stoop is in functional condition. The railing is damaged and loose and should be serviced.

## Utility Services:

*Water Source:* City.

*Water Shut-off Location:* Basement level.

*Electric Service:* Overhead.

*Fuel Source:* Natural gas is provided by a regulated service company or utility.

*Sewage Disposal System:* Sewers.

## Gas Services:

*Type of Gas Supply:* Natural Gas.

*Gas Line Primary Piping Material:* Black Iron Pipe.

*Piping Installation - Routing - Shutoffs - Hangers - Supports:* Satisfactory - Gas supply piping as installed appears adequate.

# EXTERIOR

With the exception of townhomes, condominiums, and residences that are part of a planned urban development, or PUD, we evaluate the following exterior features: driveways, walkways, handrails, guardrails, yard walls, carports, patio covers, decks, building walls, fascia and trim, balconies, doors, windows, lights, and outlets. However, we do not evaluate any detached structures, such as storage sheds and stables, and we do not water test or evaluate subterranean drainage systems or any mechanical or remotely controlled components, such as driveway gates. We do not evaluate fencing or gates. Also, we do not evaluate landscape components, such as trees, shrubs, fountains, ponds, statuary, pottery, fire pits, patio fans, heat lamps, and decorative or low-voltage lighting. In addition, we do not comment on coatings or cosmetic deficiencies and the wear and tear associated with the passage of time, which would be apparent to the average person. However, cracks in hard surfaces can imply the presence of expansive soils that can result in continuous movement, but this could only be confirmed by a geological evaluation of the soil.

## Exterior:

| | |
|---|---|
| *Type of Construction:* | Brick. |
| *Exterior Siding Materials:* | Stucco. |
| *Siding Condition:* | Stucco - Stucco is a masonry surface material put on in layers over an expanded wire mesh that is fastened to the substrate. Stucco Cracking - Stucco cracking, other than hairline cracks, is usually a result of either stress or moisture. These cracks should not be repaired until the source of the cracking can be determined and appropriate action taken. |
| *Penetration Points:* | We recommend sealing all penetration points around the structure to prevent moisture and insect intrusion. |
| *Trim Condition:* | Satisfactory - The trim is intact and satisfactory. |
| *Soffit/Eaves:* | Soffit/eaves appear to need some minor repair to prevent further deterioration. |
| *Condition of Painted Surfaces:* | Satisfactory - The finish or exposed painted surfaces are satisfactory. |
| *Exterior Entry Doors:* | Satisfactory - The outside entry door(s) is satisfactory as noted from the exterior. |
| *Window Condition:* | The windows appear original and may not operate as smoothly as newer windows. Numerous window cranks did not operate or are stripped out. We recommend further evaluation and appropriate repairs from a qualified window specialist. |
| *Exposed Floor/Ceiling Framing Location:* | Utility Room. |
| *Floor Framing:* | Standard floor joists. |
| *Exposed Floor/Ceiling Framing Condition:* | Satisfactory - The exposed portions of the floor framing and ceiling joist members are in satisfactory condition. The inspection only refers to the exposed ceiling/floor framing members. This is only a visual inspection and does not comment on unexposed framing members. |

# FOUNDATION

All structures are dependent on the soil beneath them for support, but soils are not uniform. Some that might appear to be firm and solid can liquefy and become unstable during seismic activity. Also, there are soils that can expand to twice their volume with the influx of water and move structures with relative ease, raising and lowering them and fracturing slabs and other hard surfaces. In fact, expansive soils have accounted for more structural damage than most natural disasters. Regardless, foundations are not uniform, and conform to the structural standard of the year in which they were built. In accordance with our standards of practice, we identify foundation types and look for any evidence of structural deficiencies. However, cracks or deteriorated surfaces in foundations are quite common. In fact, it would be rare to find a raised foundation wall that was not cracked or deteriorated in some way, or a slab foundation that did not include some cracks concealed beneath the carpeting and padding. Fortunately, most of these cracks are related to the curing process or to common settling, including some wide ones called cold-joint separations that typically contour the footings, but others can be more structurally significant and reveal the presence of expansive soils that can predicate more or less continual movement. We will certainly alert you to any suspicious cracks if they are clearly visible. However, we are not specialists, and in the absence of any major defects we may not recommend that you consult with a foundation contractor, a structural engineer, or a geologist, but this should not deter you from seeking the opinion of any such expert.

## Foundation:

*Type of Foundation:* The home has a basement with foundation walls below grade tall enough to have living space and a finished floor.

*Foundation Materials:* Poured in place concrete, 8 inches or more thick.

*Evidence of Recent Movement:* No - There is no evidence of any recent movement.

*Footer Drain Tile Noted:* No - The inspection did not reveal any evidence of a footer drainage system.

*Visible Portions of Exterior Foundation Walls:* Satisfactory - The exposed portions of the perimeter foundation walls appear to be adequate. Due to limited visibility, a portion of the foundation is blocked from view and is not covered by this inspection.

*Visible Foundation Wall Cracks Noted From Exterior:* Yes - Cracking in the vertical foundation walls was noted from the exterior. Since the foundation walls have been covered with stucco, we can only confirm cracking exists and repair work exists. We were unable to determine the extent of any cracking.

*Perimeter Foundation Drainage Surface:* The drainage around the foundation should slope away from the foundation at a rate of 1/2 inch per foot for 6 feet away from the foundation. Portions of the ground around the perimeter do not meet this minimum standard.

## Interior View Of Basement:

*Floor Cracks Noted:* Yes - Cracks were noted in the slab floor. Unless otherwise noted, the cracks appeared to be nothing more than curing cracks.

*Staircase Condition:* Satisfactory - The staircase to the basement level appears functional.

## Crawlspace:

*Crawlspace Entrance:* Satisfactory - The crawlspace entrance is adequately sized.

*Location of Crawlspace Entrance:* There is an interior entry to the crawlspace.

*Crawlspace Ventilation:* Cross-ventilation in the crawlspace should have at least 1 square foot of net free vent space for every 1500 square feet of floor space when there is an approved vapor barrier installed. When there is no vapor barrier installed, there should be one square foot of vent space for every 150 square feet of crawlspace floor area. These vent openings should be located within 3 linear feet of the building corners.

*Crawlspace Inspected By:* The crawlspace was inspected from the access way.

*Crawlspace Floor:* Soil.

*Vapor Barrier Installed:*

No - There is no vapor barrier installed. Exposed soils in a crawlspace should be covered with a retardant material to prevent moisture or standing water from deteriorating wood framing above. Approved materials include: polyethylene sheeting, roofing paper, concrete, or blacktop. If the ground is saturated, wall vapor barriers of like materials are also recommended.

**© Comfort Home Inspection Services, Inc. Confidential - for client use only. Use by any unauthorized persons is prohibited.**

# ROOF & ATTIC

Although not required to, we generally attempt to evaluate various roof types by walking on their surfaces. If we are unable or unwilling to do this for any reason, we will indicate the method used to evaluate them. Every roof will wear differently relative to its age, number of layers, quality of material, method of application, exposure to weather conditions, and the regularity of its maintenance. We can only offer an opinion of the general quality and condition of the roofing material.

The inspector cannot and does not offer an opinion or warranty as to whether the roof leaks or may be subject to future leakage. The waterproof membrane beneath roofing materials is generally concealed and cannot be examined without removing the roof material. Although roof condition can be evaluated, it is virtually impossible for anyone to detect a leak except as it is occurring or by specific water tests, which are beyond the scope of our service. Even water stains on ceilings or on framing within attics will not necessarily confirm an active leak without some corroborative evidence, and such evidence can be deliberately concealed. We evaluate every roof conscientiously, and even attempt to approximate its age, but we will not predict its remaining life expectancy, or guarantee that it will not leak. Naturally, the sellers or the occupants of a residence will generally have the most intimate knowledge of the roof and of its history. Therefore, we recommend that you ask the sellers about it, and that you either include comprehensive roof coverage in your home insurance policy, or that you obtain a roof certification from an established local roofing company. We do not inspect attached accessories including by not limited to solar systems, antennae, and lightning arrestors.

In accordance with our standards, we do not attempt to enter attics that have less than thirty-six inches of headroom, are restricted by ducts, or in which the insulation obscures the joists and thereby makes mobility hazardous, in which case we would inspect them as best we can from the access point. In regard to evaluating the type and amount of insulation on the attic floor, we use only generic terms and approximate measurements, and do not sample or test the material for specific identification. Also, we do not disturb or move any portion of it, and it may well obscure water pipes, electrical conduits, junction boxes, exhaust fans, and other components.

## Roofing:

*Roof Covering Materials:* Composition shingles. These consist of cellulose or fiberglass mat, asphalt impregnated with colored gravel on surface. Shingles are applied in horizontal rows.

*Cover Layers:* The roof covering on the main structure appears to be layered which is never sensible. When re-roofing again, it will be necessary to remove all layers.

*Condition of Roof Covering Material:* Satisfactory - The roof covering material is in a condition that is consistent with its age and method of installation, showing no deficiency or cause for immediate concern. There does appear to be some repair work next to the skylight that should be explained.



*Estimated Life Expectancy of Roof:* The roof covering material appears to have a remaining life expectancy of 3 to 5 years, assuming proper maintenance is completed as needed. The life expectancy given is the best estimate of the inspector, assuming proper maintenance. The actual life of the roofing materials used can be influenced by external sources like weather extremes, conditions caused by trees and vegetation, and mechanical damage.

© Comfort Home Inspection Services, Inc. Confidential - for client use only. Use by any unauthorized persons is prohibited.

*Flashing:*

We could not view the flashings due to multiple layers. There is improper flashing around the skylight which should be evaluated and repaired.



Staining and rotted wood were noted on the upper door frame into the hot tub room. We suspect the poor flashing around the skylight may be to blame.



*Means of Roof Inspection:* The roof covering was inspected by walking on the roof.

*Skylights:* The roof includes one or more skylights, which are notoriously problematic and a common point of leaks. There are different methods of installing them and, although opinions will vary, some methods are better than others. Therefore, it will be important to keep the area around them clean and to monitor them for evidence of leaks.

*Roof Gutter System:*

The gutters need to be cleaned and serviced to function properly. Attention Needed - The gutter system on the roof edge appears to be leaking or inadequately sloped to carry the water to the downspouts. We recommend installing downspout extensions to get roof water to flow away from the foundation.



## Attic & Ventilation:

*Attic Access Location:* Staircase ceiling.

*Attic Accessibility:* Ceiling scuttle hole.

*Method of Inspection:* The attic cavity was inspected from the attic access only. Only the areas of the attic visible from the attic access way are included as a part of this inspection.

*Attic Cavity Type:* Crawl Through - The attic cavity is not useable for any storage due to size, framing, or insulation.

*Roof Framing:* A rafter system is installed in the attic cavity to support the roof decking.

*Roof Framing Condition:* Satisfactory - The roof framing appears to be in functional condition.

*Insulation Noted:* Satisfactory - The attic insulation appears to be adequate and properly installed.

© Comfort Home Inspection Services, Inc. Confidential - for client use only. Use by any unauthorized persons is prohibited.

The following type of insulation was noted in the attic: Cellulose. Blown in place. There is an average of at least 8" of insulation installed.

*Roof Bracing:* The roof framing as installed seems adequate.

*Roof Decking:* The roof decking material is plywood sheeting.

*Evidence of Leaks on Interior of Attic:* There is no evidence of current water leaks into the accessible attic spaces.

*Ventilation:* Current industry standards recommend, as a minimum, one square foot of free vent area for each 150 square feet of attic floor if no vapor barrier is installed. With a vapor barrier installed, one square foot of free vent area per 300 square feet of attic space is needed.

# HEATING, VENTILATION & AIR CONDITIONING

The inspector can only readily open access panels provided by the manufacturer or installer for routine homeowner maintenance, and will not operate components when weather conditions or other circumstances apply that may cause equipment damage. The inspector does not light pilot lights or ignite or extinguish solid fuel fires, nor are safety devices tested by the inspector. The inspector is not equipped to inspect furnace heat exchangers for evidence of cracks or holes, or inspect concealed portions of evaporator and condensing coils, heat exchanger or firebox, electronic air filters, humidifiers and de-humidifiers, ducts and in-line duct motors or dampers, as this can only be done by dismantling the unit. This is beyond the scope of this inspection. Thermostats are not checked for calibration or timed functions. Adequacy, efficiency or the even distribution of air throughout a building cannot be addressed by a visual inspection. Have these systems evaluated by a qualified individual. The inspector does not perform pressure tests on coolant systems, therefore no representation is made regarding coolant charge or line integrity. We perform a conscientious evaluation of the system, but we are not specialists.

Please note that even modern heating systems can produce carbon monoxide, which in a poorly ventilated room can result in sickness and even death. Therefore, it is essential that any recommendations we make for service or further evaluation be scheduled before the close of escrow, because a specialist could reveal additional defects or recommend further upgrades that could affect your evaluation of the property, and our service does not include any form or warranty or guarantee. Normal service and maintenance is recommended on a yearly basis. Determining the presence of asbestos materials commonly used in heating systems can ONLY be preformed by laboratory testing and is beyond the scope of this inspection. Determining the condition of oil tanks, whether exposed or buried, is beyond the scope of this inspection. Leaking oil tanks represent an environmental hazard which is sometimes costly to remedy.

## Heating Unit # 1:

| | |
|---|---|
| *Heating System Location:* | The furnace is located in the basement. |
| *Age* | The furnace appears to be approximately 8 years old. |
| *Heating System Type:* | A forced air furnace is installed as the primary source of heat. The furnace is a mid efficiency type with a fan installed in the vent pipe to push the burnt flue gases up and out the flue. Given it's age and condition, we recommend having the furnace cleaned, serviced and the heat exchanger certified by a HVAC specialist. |
| *Fuel Source:* | The fuel source is natural gas. |
| *Flue Type:* | The flue pipe is metal. |
| *Flue Condition:* | Satisfactory - The furnace/boiler flue as installed appears to be in satisfactory condition. During this inspection it is impossible to determine the condition of the interior of the flue. The interior of the flue may be deteriorated, but during a visual inspection we were unable to see the interior walls. |
| *Unit Tested:* | No - The basement heating unit was not tested because of no electrical power. The inspector may not activate a system that has been disconnected or does not activate using normal controls. No further liability is accepted for performance of the heating system. |
| *Secondary Air Adequacy:* | We recommend having a licensed HVAC specialist install secondary air vents to the exterior. |
| *Blower Condition:* | The blower is dirty indicative of poor maintenance. We recommend having the furnace cleaned and serviced. |
| *Filter Condition:* | Attention Needed - The filter is in need of cleaning or replacement. Replacing or cleaning filters every 30 to 45 days is recommended. |
| *Does each habitable room have a heat source?* | Yes. |
| *Adequate Returns or Undercut Doors:* | Yes. |

## Heating Unit # 2:

| | |
|---|---|
| *Heating System Location:* | The furnace is located in the basement. |
| *Age* | The furnace appears to be approximately 8 years old. |
| *Heating System Type:* | A forced air furnace is installed as the primary source of heat. The furnace is a mid efficiency type with a fan installed in the vent pipe to push the burnt flue gases up and out the flue. |
| *Fuel Source:* | The fuel source is natural gas. |
| *Flue Type:* | The flue pipe is metal. |
| *Flue Condition:* | Satisfactory - The furnace/boiler flue as installed appears to be in satisfactory condition. |
| *Unit Tested:* | Yes. |
| *Secondary Air Adequacy:* | We recommend having a licensed HVAC specialist install secondary air vents to the exterior. |
| *Blower Condition:* | The blower is dirty indicative of poor maintenance. We recommend having the furnace cleaned and serviced. |
| *Filter Condition:* | Attention Needed - The filter is in need of cleaning or replacement. Replacing or cleaning filters every 30 to 45 days is recommended. |
| *Does each habitable room have a heat source?* | Yes. |
| *Adequate Returns or Undercut Doors:* | Yes. |

# ELECTRICAL SYSTEMS

We are not electricians and in accordance with the standards of practice we only test a representative number of switches and outlets and do not perform load-calculations to determine if the supply meets the demand. However, every electrical deficiency or recommended upgrade should be regarded as a latent hazard that should be serviced as soon as possible, along with evaluation and certification of the entire system as safe by a licensed contractor. Therefore, it is essential that any recommendations that we may make for service or upgrades should be completed before the close of escrow, because an electrician could reveal additional deficiencies or recommend additional upgrades for which we disclaim any responsibility. Any electrical repairs or upgrades should be made by a licensed electrician. Aluminum wiring requires periodic inspection and maintenance by a licensed electrician. Smoke Alarms should be installed within 15 feet of all bedroom doors, and tested regularly.

Operation of time clock motors is not verified. Inoperative light fixtures often lack bulbs or have dead bulbs installed. The inspector is not required to insert any tool, probe, or testing device inside the panels, test or operate any over-current device except for ground fault interrupters, nor dismantle any electrical device or control other than to remove the covers of the main and auxiliary distribution panels. Any ancillary wiring or system that is not part of the primary electrical distribution system is not part of this inspection but may be mentioned for informational purposes only, including but not limited to low voltage systems, security system devices, heat detectors, carbon monoxide detectors, telephone, security, cable TV, intercoms, and built in vacuum equipment.

## Primary Power Source

*Service Voltage:* The incoming electrical service to this structure is 120/240 volts.

*Service/Entrance/Meter:* The masthead, supports, meter housing, and cable entrance to the structure appear to be correctly installed.

## Main Power Panel & Circuitry

*Main Power Distribution Panel Location:* The main panel is located in the staircase.

*Main Power Panel Size:* There appear to be two 100 amp panels.

*Service Cable to Panel Type:* Aluminum.

*Is Panel Accessible:* Yes - The electrical panel is in a location that makes it readily accessible.

*Panel Condition:* Satisfactory - The power panel, as a container for safely covering electrical circuitry and components, is functioning as intended, minimizing the risk of electrical shock.

*Main Panel Type:* Breakers - The structure is equipped with a breaker type main power panel. This is the desirable type; when a breaker trips off, it can easily be reset. Caution: If a breaker is reset and trips back off, this is an indication that there is a short or weakened condition in the circuit. Call a qualified licensed electrician for analysis of the existing problem.

*Breaker/Fuse to Wire Compatibility:* Satisfactory - The breakers/fuses in the main power panel appear to be appropriately matched to the circuit wire gauge. One or more breakers in the right panel box are serving two circuits which could create a fire hazard. We recommend having them further evaluated by a licensed electrician.



*Legend Available:* Partial - Identification of the breakers and the appliance or areas they control are partially marked. We recommend marking all breakers as to their use.

| | |
|---|---|
| *Panel Cover Removed:* | Yes. |
| *Condition of Wiring in Panel:* | Satisfactory - Electrical circuitry wiring in the panel appears satisfactory. |
| *Feeder and Circuit Wiring Type:* | Copper - The structure is wired using plastic insulated copper single conductor cables commonly referred to as Romex. |
| *Circuit Wiring Condition:* | Satisfactory - The exposed wiring appears to be in satisfactory condition including connections, routing, fasteners, and insulation. |
| *Ground Fault Protected Outlets:* | At some areas - This structure is partially protected by using Ground Fault Circuit Interrupt outlets at some of these locations: outlets within 6' of a water source, any outside outlets, in the garage, and any outlets in an unfinished basement. Any areas not protected should be considered for installation as they afford inexpensive protection from electrical shock. |
| *Main Service Ground Verified:* | Yes - The main service ground wire was located by the inspector. The ground driven rod, solid conductor, and connection were located. |
| *Carbon Monoxide Detector* | As of July 1st, 2009, carbon monoxide detectors are required in Colorado within 15 feet of the entrance to any bedroom. We recommend ensuring the house complies with current law. |
| *Exterior Lighting:* | Some of the lights did not respond, there were some missing bulbs and globes were missing on most exterior fixtures. |
| *Wire Protection/Routing:* | We recommend installing conduit to protect exposed wires below 8 feet in the garage and laundry area. |
| *Outlets* | Numerous 3-prong outlets are ungrounded. We recommend either having a licensed electrician establish a ground or replace the outlets with 2-prong receptacles. Numerous outlets in the basement bedroom, kitchen and utility room are dead. We recommend further evaluation and appropriate repairs from a qualified and licensed electrician. |
| *Junction Box* | A junction box is missing a cover in the laundry room which should be installed. |



Several electrical connections in the garage were made outside of a junction box and should be serviced.





## Electric Service Condition:

*Utility Services:* Satisfactory - The overhead electrical service lines are secure at the pole and masthead. Service wires are unobstructed and in good condition.

## Electrical Outlets:

*Upper Kitchen* This kitchen does not have Ground Fault Circuit Interrupt outlets installed. The age of the structure may predate the required installation; however, for safety considerations, it is strongly suggested that one be installed at any location within 6 feet of a water source.

*Lower Kitchen* This kitchen does not have Ground Fault Circuit Interrupt outlets installed. The age of the structure may predate the required installation; however, for safety considerations, it is strongly suggested that one be installed at any location within 6 feet of a water source. The countertop and east wall outlets have the hot and neutral wires reversed. We recommend further evaluation and appropriate repairs from a qualified and licensed electrician.

*Laundry:* An outlet on the west wall has the hot and neutral wires reversed.

*Northeast Bedroom:* An outlet is damaged and should be replaced by a licensed electrician.



## Ground Fault Interrupt Outlets:

*Main Floor Hallway Bath* Satisfactory - There is a functional Ground Fault Circuit Interrupt outlet installed in the area of the bathroom vanity.

*Basement Bath* Satisfactory - There is a functional Ground Fault Circuit Interrupt outlet installed in the area of the bathroom vanity.

# PLUMBING SYSTEM

Plumbing systems have common components, but they are not uniform. In addition to fixtures, these components include gas pipes, water pipes, pressure regulators, pressure relief valves, shut-off valves, drain and vent pipes, and water-heating devices, some of which we do not test if they are not in daily use. The best and most dependable water pipes are copper, because they are not subject to the build-up of minerals that bond within galvanized pipes, and gradually restrict their inner diameter and reduce water volume. Water softeners can remove most of these minerals, but not once they are bonded within the pipes, for which there would be no remedy other than a re-pipe. The water pressure within pipes is commonly confused with water volume, but whereas high water volume is good high water pressure is not. In fact, whenever the street pressure exceeds eighty pounds per square inch a regulator is recommended, which typically comes factory preset between forty-five and sixty-five pounds per square inch. However, regardless of the pressure, leaks will occur in any system, and particularly in one with older galvanized pipes, or one in which the regulator fails and high pressure begins to stress the washers and diaphragms within the various components.

Waste and drainpipes pipes are equally varied, and range from modern ABS ones [acrylonitrile butadiene styrene] to older ones made of cast-iron, galvanized steel, clay, and even a cardboard-like material that is coated with tar. The condition of these pipes is usually directly related to their age. Older ones are subject to damage through decay and root movement, whereas the more modern ABS ones are virtually impervious to damage, although some rare batches have been alleged to be defective. However, inasmuch as significant portions of drainpipes are concealed, we can only infer their condition by observing the draw at drains. Nonetheless, blockages will occur in the life of any system, but blockages in drainpipes, and particularly in main drainpipes, can be expensive to repair, and for this reason we recommend having them video-scanned. This could also confirm that the house is connected to the public sewer system, which is important because all private systems must be evaluated by specialists.

## Plumbing:

*Water Source:* City/Municipal.

*Public Service Piping Material:* The main service line to the structure is copper.

*Main Water Line Cutoff Location:* Basement level wall.

*Interior Supply Piping Material:* The interior supply piping in the structure is predominantly copper. There is some older galvanized water piping installed. At some time the galvanized piping will need to be replaced. Over time, the rough walls of the galvanized piping collect mineral deposits from the water. As this accumulation grows, it reduces the interior water flow. Eventually, the flow is so restricted that replacement is needed.

*Exterior Hose Bibs Functional:* Satisfactory - The exterior hose bib(s) appeared to function normally. The external hose bibs are frostproof. Do not leave garden hoses connected to hose bibs when freezing temperatures are possible. Damage to the valve or piping could result. We recommend securing the hose bib to the wall along the south wall.



*Functional Supply:* Satisfactory - By testing multiple fixtures at one time, functional flow of the water supply was verified.

*Leaks in the Supply Piping Noted:* No.

*Sewage Disposal Type:* Public Sewer System.

*Waste Line Materials* The predominant waste line material is cast iron.

*Waste Piping Condition:* We recommend having the main drain lines video scoped by a specialist to ensure there are no significant cracks, bellies or breaks. The cost of replacing a main drain line can be well over $5000.

*Vent Piping Material* The vent material, as it passes through the roof, is cast iron.

*Vent Piping Condition:* Satisfactory - The visible plumbing vent piping appears functional.

*Supply/Waste Piping Supports:* Satisfactory - The tie straps and hangers supporting supply and waste piping appear adequate.

*Functional Drainage:* Yes - Functional drainage has been verified. Water drained from a random sample of fixtures or drains flows at a rate faster than was supplied.

*Sump Pump:* Yes - The sump pump installed appears functional. This inspection does not verify the existence of or effectiveness of any subslab or perimeter drainage system. There is a submersible type sump pump installed.

*Sump Pump Drain Line:* Action Necessary - The sump pump empties into the public sewage system. This practice is generally not allowed. It should be rerouted to the exterior.



*Lawn Sprinkler System:* The inspection of a lawn sprinkler system, if present, is beyond the scope of this inspection. Lawn sprinkler systems should be inspected by a licensed plumber or lawn sprinkler company.

## Water Heater:

*Location:* Basement.

*Age* The water heaters appear to be approximately 10 years old.

*Tank Capacity:* One is 30 gallons and one is 40 gallons.

*Fuel Source for Water Heater:* The water heater is gas-fired.

*Exposed Water Heater Condition:* Satisfactory.

*Drip Leg Installed for Natural Gas-Fired Unit:* Yes - There is a drip leg installed on the incoming gas line to the water heater.

*Gas Valve:* Satisfactory - There is a gas valve cutoff installed adjacent to the hot water tank.

*Flue/Exhaust Pipe Condition:* Duct tape should not be used on combustion appliance exhaust vents as it is flammable. We recommend removing all duct tape.



| | |
|---|---|
| *Water Piping Condition:* | A washing machine hose should not be used as permanent plumbing on a water heater. |



| | |
|---|---|
| *Water Heater Fill Valve Installed:* | Yes - There is a fill valve installed on the incoming water line. This valve can be used to cut off the water supply to the water heater. |
| *Temperature Controls:* | Satisfactory - The thermostat and temperature controls appear to function normally. |
| *Drain Valve:* | Yes - There is a drain valve installed on the lower side of the water heater. |
| *Temperature & Pressure Relief Valve:* | Satisfactory - The water heater has a temperature pressure relief valve installed. |
| *Relief Valve Extension Pipe:* | Satisfactory - The relief valve extension pipe is correctly installed. |

# KITCHEN

We may test kitchen appliances for basic functionality, but cannot evaluate them for their performance nor for the variety of their settings or cycles. Appliances older than ten years may exhibit decreased efficiency. Even if general comments are made, these items are not inspected: free-standing appliances, refrigerators, freezers, ice makers, trash-compactors, built-in toasters, coffee-makers, can-openers, blenders, instant hot-water dispensers, water-purifiers, barbecues, grills, or rotisseries, timers, clocks, thermostats, the self-cleaning and cooking capability of ovens, and concealed or countertop lighting, which is convenient but often installed after the initial construction and not wired to national electrical standards. These items should be considered outside the scope of the inspection. Appliances are not moved during the inspection. Portable dishwashers are not inspected, as they require connection to facilitate testing.

## Upper Kitchen

| | |
|---|---|
| *Countertops:* | Satisfactory - The countertops in the kitchen appear serviceable. |
| *Cabinets, Drawers, and Doors:* | Satisfactory - The cabinets, doors, and drawers appear serviceable. |
| *Faucet and Supply Lines:* | Satisfactory - Faucets and supply lines appear satisfactory with no leaks noted. |
| *Sink and Drain Lines:* | Satisfactory - The sink and drainage lines appear to be satisfactory. |
| *Food Waste Disposal:* | Satisfactory - The food waste disposal appears to be functional. No food was ground up in this inspection. The inspector was unable to determine if the unit will grind food waste adequately. |
| *Dishwasher:* | The dishwasher was tested on one cycle, and it appeared to function normally. This dishwasher is a multi-cycle unit, but only one cycle was tested. This does not imply that the other cycles also work, nor does it imply that the dishwasher will clean the dishes to your requirements. The normal service life for a dishwasher is 8-12 years. |
| *Range Hood/Downdraft* | Satisfactory - The range hood and exhaust fan appeared to work correctly on one or both speeds. There is a filter installed, and it will require periodic cleaning. |
| *Range/Oven Fuel Source:* | Electric - There is a 220-volt hookup for an electric range/oven. |
| *Range/Oven:* | Free Standing - There is a removable range/oven installed. It appeared to function correctly at the inspection. The timers and temperature settings were not tested and are not a part of this inspection. The glass cover over the clock is broken. |

## Lower Kitchen

| | |
|---|---|
| *Countertops:* | Satisfactory - The countertops in the kitchen appear serviceable. |
| *Cabinets, Drawers, and Doors:* | Satisfactory - The cabinets, doors, and drawers appear serviceable. |
| *Faucet and Supply Lines:* | Satisfactory - Faucets and supply lines appear satisfactory with no leaks noted. |
| *Sink and Drain Lines:* | Satisfactory - The sink and drainage lines appear to be satisfactory. |
| *Range/Oven Fuel Source:* | Electric - There is a 220-volt hookup for an electric range/oven. |
| *Range/Oven:* | The oven top burners and bake burner did not function. We suspect there is an electrical problem with the 240 volt outlet. We recommend further evaluation and appropriate repairs from a qualified and licensed electrician. |

© Comfort Home Inspection Services, Inc. **Confidential - for client use only. Use by any unauthorized persons is prohibited.**

# INTERIOR LIVING SPACES

Our inspection of living space includes the visually accessible areas of walls, floors, cabinets and closets, and the testing of a representative number of windows and doors, switches and outlets. We do not evaluate window treatments, move furnishings or possessions, lift carpets or rugs, empty closets or cabinets, nor comment on cosmetic deficiencies. We may not comment on cracks that appear around windows and doors, along lines of framing members or along seams of drywall and plasterboard. These are typically caused by minor movement, such as wood shrinkage, common settling, and seismic activity, and will often reappear if they are not correctly repaired. Such cracks can become the subject of disputes, and are therefore best evaluated by a specialist. Floor covering damage or stains may be hidden by furniture, and the condition of floors underlying floor coverings is not inspected. Determining the condition of insulated glass windows is not always possible due to temperature, weather and lighting conditions. Check with owners for further information. All fireplaces should be cleaned and inspected on a regular basis to make sure that no cracks have developed. Large fires in the firebox can overheat the firebox and flue liners, sometimes resulting in internal damage. Testing, identifying, or identifying the source of environmental pollutants or odors (including but not limited to lead, mold, allergens, odors from household pets and cigarette smoke) is beyond the scope of our service, but can become equally contentious or difficult to eradicate. We recommend you carefully determine and schedule whatever remedial services may be deemed advisable or necessary before the close of escrow.

## Front Entry & Main Hallway:

*Interior Wall Covering Material:* The predominant wall covering material is plaster.

*Interior Ceiling Covering Material:* The predominate ceiling covering material is plaster.

*Front Entry Door:* Satisfactory - The main entry door to the structure is in functional condition.

*Smoke Detector:* We noted the installation of at least one smoke detector in the home. It was undetermined if the unit(s) are hardwired or battery operated. We recommend consulting with the local building department to ensure the smoke detectors are adequately placed in the home. Generally, smoke detectors are required as follows: One in the hallway or entryway to a bedroom, one in each bedroom and at least one on each floor. Fire Departments recommend replacing the batteries twice a year and replacing each smoke detector every ten years. We did not test the smoke detectors installed as part of our inspection.

## Living Room:

*Room Evaluated* The room was evaluated in accordance with industry standards and appeared satisfactory.

## Dining Room

*Room Evaluated* The room was evaluated in accordance with industry standards and appeared satisfactory.

*Ceiling Fan:* We were unable to activate the ceiling fan. We recommend requesting the seller demonstrate the fan as functional prior to the close of escrow.

## Basement Family Room:

*Room Evaluated* The room was evaluated in accordance with industry standards and appeared satisfactory.

# LAUNDRY

Laundry appliances are not tested or moved during the inspection and the condition of any walls or flooring hidden by them cannot be judged. In accordance with industry standards, we do not test clothes dryers, nor washing machines and their water connections and drainpipes. However, there are two things that you should be aware of. The water supply to washing machines is usually left on, and their hoses can leak or burst under pressure and continue to flow. Therefore, we recommend replacing the rubber hose type with newer braided stainless steel ones that are much more dependable. You should also be aware that the newer washing machines discharge a greater volume of water than many of the older drainpipes can handle, which causes the water to back up and overflow, and the only remedy would be to replace the standpipe and trap with one that is a size larger. Drain lines and water supply valves serving washing machines are not operated. Water supply valves may be subject to leaking if turned. See Plumbing and Electrical pages for more details about those types of system components.

## Laundry:

*Location:* Utility Room.

*Evaluated* We have evaluated the laundry room and found it to be in serviceable condition.

*Washer & Dryer* A washer and dryer are installed. Testing of either is not included as a part of this inspection. The inspector did not determine if the washer and dryer will convey with the property.

*Washer Hookup:* We recommend installing steel braided hoses as the supply lines to the washing machine. Rubber hoses are known to burst over time.

*Dryer Hookup:* Yes - There is a 220-volt outlet provided for an electric dryer. If you intend to use a gas clothes dryer, you will need to have a gas line installed.

*Dryer Ventilation:* Attention Needed - The clothes dryer is not connected to the vent system. This allows excessive moisture to vent into the house. This moisture level can cause undesirable conditions in wall cavities and wall surfaces. Connecting to a through-the-wall vent is recommended.



*Potentially Problem Location.* There is a lack of ventilation in the laundry. Air is needed for both ventilation of chemicals used and for the clothes dryer. The clothes dryer requires in excess of up to 50 cubic feet of air per minute. The furnace is in competition with the clothes dryer for combustion air and air required to expel burnt gases up the flue, An additional source of air is needed.

*Laundry Basin:* Yes - There is a laundry basin installed. The basin utilizes an S-trap which is no longer allowed due to potential siphoning. The S-trap was leaking and should be repaired.

# BATHROOMS

In accordance with industry standards of practice, we do not comment on common cosmetic deficiencies, and do not evaluate window treatments, steam showers, and saunas. We also do not perform leak tests on shower pans Our inspection of interior areas includes the visually accessible areas of walls, floors, cabinets and closets, and a representative number of windows and doors, switches and outlets. We do not evaluate window treatments, nor move furniture, lift carpets or rugs, empty closets or cabinets, and we do not comment on common cosmetic deficiencies.

## Main Floor Hallway Bath

*Evaluated* — The bathroom was evaluated and found to be in serviceable condition.

*Vanity Cabinet:* — Satisfactory - The vanity cabinet and top in this bathroom are satisfactory.

*Basin and Drain Fixture:* — Satisfactory - The basin and drainage fixture appears to be satisfactory.

*Faucet and Supply Lines:* — Satisfactory - Faucets and supply lines appear satisfactory.

*Toilet Condition* — Satisfactory - The toilet in the bathroom appears to be functional.

*Tub Mixing Valve & Stopper:* — Satisfactory - The tub mixing valve and the tub unit are in satisfactory condition.

*Shower/Shower Head and Mixing Valves:* — Satisfactory - The shower, shower head, and mixing valves are all performing as required.

*Ventilation Fans:* — Satisfactory - There is an exhaust fan installed in this bathroom, and it is performing satisfactorily.

## Basement Bath

*Evaluated* — The bathroom was evaluated and found to be in serviceable condition.

*Vanity Cabinet:* — Satisfactory - The vanity cabinet and top in this bathroom are satisfactory.

*Basin and Drain Fixture:* — Satisfactory - The basin and drainage fixture appears to be satisfactory.

*Faucet and Supply Lines:* — Satisfactory - Faucets and supply lines appear satisfactory.

*Toilet Condition* — The toilet is not secure to the floor, allowing it to wobble and possibly leak. Action should be taken to re-secure it to the floor.

*Tub Mixing Valve & Stopper:* — The hot water stem valve leaks when in use and should be replaced. The valve does not fully shut off.

*Shower/Shower Head and Mixing Valves:* — Satisfactory - The shower, shower head, and mixing valves are all performing as required.

*Ventilation Fans:* — Satisfactory - There is an exhaust fan installed in this bathroom, and it is performing satisfactorily.

*Tub & Shower Walls:* — Their are loose tiles that can allow water to get behind them causing damage. We recommend further evaluation and repair from a qualified contractor.



# BEDROOMS

In accordance with the standards of practice, our inspection of bedrooms includes the visually accessible areas of walls, floors, cabinets and closets, and includes the testing of a representative number of windows and doors, switches and outlets. We evaluate windows to ensure that they meet light and ventilation requirements and facilitate an emergency exit or egress, but we do not evaluate window treatments, nor move furniture, lift carpets or rugs, empty closets or cabinets, and we do not comment on common cosmetic deficiencies.

## Northwest Bedroom:

*Room Evaluated* — The room was evaluated in accordance with industry standards and appeared satisfactory.

## Northeast Bedroom:

*Room Evaluated* — The room was evaluated in accordance with industry standards and appeared satisfactory.

*Windows:* — The north window handle is stripped and just spins. We recommend further evaluation and repair by a window specialist.

## Basement Bedroom 1:

*Room Evaluated* — The room was evaluated in accordance with industry standards and appeared satisfactory.

*Windows:* — The window handle is stripped and just spins. We recommend further evaluation and repair by a window specialist.

# GARAGE

Determining the heat resistance rating of firewalls is beyond the scope of this inspection. Flammable materials should not be stored within closed garage areas. Garage door openings are not standard, so you may wish to measure the opening to ensure that there is sufficient clearance to accommodate your vehicles. It is not uncommon for moisture to penetrate garages, particularly with slabs on-grade construction, and this may be apparent in the form of efflorescence or salt crystal formations on the concrete. You may want to have any living space above the garage evaluated further by a structural engineer, as it may be seismically vulnerable.

## Garage:

| | |
|---|---|
| *Garage Type* | The garage is detached and free standing. |
| *Size of Garage:* | Two car garage. |
| *Number of Overhead Doors* | There is a single overhead door. |
| *Overhead Door and Hardware Condition:* | The upper panel is damaged and should be serviced by a garage door specialist. |



| | |
|---|---|
| *Automatic Overhead Door Opener:* | The overhead door opener appears to function appropriately. |
| *Safety Reverse Switch on the Automatic Opener:* | Yes - The door opener is equipped with an automatic reverse safety switch. |

# The Standards of Practice and Code of Ethics of

# THE AMERICAN SOCIETY OF HOME INSPECTORS®

www.ashi.org

 © Copyright 2006 American Society of Home Inspectors, Inc.® All rights reserved 

## TABLE OF CONTENTS


| | Page |
|---|---|
| ASHI Standards of Practice | 3 |
| Section Description | |
| 1. Introduction | 3 |
| 2. Purpose and Scope | 3 |
| 3. Structural System | 3 |
| 4. Exterior | 3 |
| 5. Roofing | 4 |
| 6. Plumbing | 4 |
| 7. Electrical | 4 |
| 8. Heating | 5 |
| 9. Air Conditioning | 5 |
| 10. Interiors | 5 |
| 11. Insulation and Ventilation | 5 |
| 12. Fireplaces and Solid Fuel Burning Appliances | 5 |
| 13. General Limitations and Exclusions | 6 |
| Glossary | 7 |
| Code of Ethics | 8 |


Distribution of this material is not an indication of ASHI® Membership. For a free listing of the Membership go to"Find an Inspector" at www.ashi.org. To obtain additional copies or request permission to reprint The ASHI® Standards of Practice and Code of Ethics, contact:

The American Society of Home Inspectors, Inc.®
932 Lee Street, Suite 101 Des Plaines, IL 60016

800-743-ASHI/2744

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopy, recording or otherwise, without the prior written consent of the publisher.

## HOME INSPECTION

Home inspections were being performed in the mid 1950s, and by the early 1970s were considered by many consumers to be essential to the real estate transaction. The escalating demand was due to a growing desire by homebuyers to learn about the condition of a house prior to purchase. Meeting the expectations of consumers required a unique discipline, distinct from construction, engineering, architecture, or municipal building inspection. As such, home inspection requires its own set of professional guidelines and qualifications. The American Society of Home Inspectors (ASHI) formed in 1976 and established the ASHI Standards of Practice and Code of Ethics to help buyers and sellers make real estate transaction decisions based on accurate, objective information.

### American Society of Home Inspectors

As the oldest, largest and highest profile organization of home inspectors in North America, ASHI takes pride in its position of leadership. Its Membership works to build public awareness of home inspection and to enhance the technical and ethical performance of home inspectors.

### Standards of Practice

The ASHI Standards of Practice guide home inspectors in the performance of their inspections. Subject to regular review, the Standards of Practice reflect information gained through surveys of conditions in the field and of the consumers' interests and concerns. Vigilance has elevated ASHI's Standards of Practice so that today they are the most widely-accepted home inspection guidelines in use and are recognized by many government and professional groups as the definitive standard for professional performance.

### Code of Ethics

ASHI's Code of Ethics stresses the home inspector's responsibility to report the results of the inspection in a strictly fair, impartial, and professional manner, avoiding conflicts of interest.

### ASHI Membership

Selecting the right home inspector can be as important as finding the right home. ASHI Members have performed no fewer than 250 fee-paid inspections in accordance with the ASHI Standards of Practice. They have passed written examinations testing their knowledge of residential construction, defect recognition, inspection techniques, and report-writing, as well as ASHI's Standards of Practice and Code of Ethics. Membership in the American Society of Home Inspectors is well-earned and maintained only through meeting requirements for continuing education.

**Find local ASHI Members by calling 1-800-743-2744 or visiting the ASHI Web site at www.ashi.org.**

 © Copyright 2006 American Society of Home Inspectors, Inc.® All rights reserved 

# ASHI STANDARDS OF PRACTICE

### 1. INTRODUCTION

The American Society of Home Inspectors®, Inc. (ASHI®) is a not-for-profit professional society established in 1976. Membership in ASHI is voluntary and its members are private home inspectors. ASHI's objectives include promotion of excellence within the profession and continual improvement of its members' inspection services to the public.

### 2. PURPOSE AND SCOPE

**2.1** The purpose of the Standards of Practice is to establish a minimum and uniform standard for home inspectors who subscribe to these Standards of Practice. Home inspections performed to these Standards of Practice are intended to provide the client with objective information regarding the condition of the systems and components of the home as inspected at the time of the home inspection. Redundancy in the description of the requirements, limitations, and exclusions regarding the scope of the home inspection is provided for emphasis only.

**2.2 Inspectors shall:**

**A.** adhere to the Code of Ethics of the American Society of Home Inspectors.

**B.** inspect readily accessible, visually observable, installed systems and components listed in these Standards of Practice.

**C.** report:
1. those systems and components inspected that, in the professional judgment of the inspector, are not functioning properly, significantly deficient, unsafe, or are near the end of their service lives.
2. recommendations to correct, or monitor for future correction, the deficiencies reported in 2.2.C.1, or items needing further evaluation. (Per Exclusion 13.2.A.5 inspectors are NOT required to determine methods, materials, or costs of corrections.)
3. reasoning or explanation as to the nature of the deficiencies reported in 2.2.C.1, that are not self-evident.
4. systems and components designated for inspection in these Standards of Practice that were present at the time of the home inspection but were not inspected and the reason(s) they were not inspected.

**2.3 These Standards of Practice are not intended to limit inspectors from:**

**A.** including other inspection services or systems and components in addition to those required in Section 2.2.B.

**B.** designing or specifying repairs, provided the inspector is appropriately qualified and willing to do so.

**C.** excluding systems and components from the inspection if requested by the client.

### 3. STRUCTURAL COMPONENTS

**3.1 The inspector shall:**

**A.** inspect:
1. structural components including the foundation and framing.
2. by probing a representative number of structural components where deterioration is suspected or where clear indications of possible deterioration exist. Probing is NOT required when probing would damage any finished surface or where no deterioration is visible or presumed to exist.

**B.** describe:
1. the methods used to inspect under-floor crawl spaces and attics.
2. the foundation.
3. the floor structure.
4. the wall structure.
5. the ceiling structure.
6. the roof structure.

**3.2 The inspector is NOT required to:**

**A.** provide any engineering or architectural services or analysis.

**B.** offer an opinion as to the adequacy of any structural system or component.

### 4. EXTERIOR

**4.1 The inspector shall:**

**A.** inspect:
1. siding, flashing and trim.
2. all exterior doors.
3. attached or adjacent decks, balconies, stoops, steps, porches, and their associated railings.
4. eaves, soffits, and fascias where accessible from the ground level.
5. vegetation, grading, surface drainage, and retaining walls that are likely to adversely affect the building.
6. adjacent or entryway walkways, patios, and driveways.

**B.** describe:
1. siding.

 © Copyright 2006 American Society of Home Inspectors, Inc.® All rights reserved 

EXTERIOR 4.2, Continued

**4.2 The inspector is NOT required to inspect:**

**A.** screening, shutters, awnings, and similar seasonal accessories.

**B.** fences.

**C.** geological and/or soil conditions.

**D.** recreational facilities.

**E.** outbuildings other than garages and carports.

**F.** seawalls, break-walls, and docks.

**G.** erosion control and earth stabilization measures.

**5. ROOFING**

**5.1 The inspector shall:**

**A.** inspect:
1. roofing materials.
2. roof drainage systems.
3. flashing.
4. skylights, chimneys, and roof penetrations.

**B.** describe:
1. roofing materials.
2. methods used to inspect the roofing.

**5.2 The inspector is NOT required to inspect:**

**A.** antennae.

**B.** interiors of flues or chimneys that are not readily accessible.

**C.** other installed accessories.

**6. PLUMBING**

**6.1 The inspector shall:**

**A.** inspect:
1. interior water supply and distribution systems including all fixtures and faucets.
2. drain, waste, and vent systems including all fixtures.
3. water heating equipment and hot water supply system.
4. vent systems, flues, and chimneys.
5. fuel storage and fuel distribution systems.
6. drainage sumps, sump pumps, and related piping.

**B.** describe:
1. water supply, drain, waste, and vent piping materials.
2. water heating equipment including energy source(s).
3. location of main water and fuel shut-off valves.

**6.2 The inspector is NOT required to:**

**A.** inspect:
1. clothes washing machine connections.
2. interiors of flues or chimneys that are not readily accessible.
3. wells, well pumps, or water storage related equipment.
4. water conditioning systems.
5. solar water heating systems.
6. fire and lawn sprinkler systems.
7. private waste disposal systems.

**B.** determine:
1. whether water supply and waste disposal systems are public or private.
2. water supply quantity or quality.

**C.** operate automatic safety controls or manual stop valves.

**7. ELECTRICAL**

**7.1 The inspector shall:**

**A.** inspect:
1. service drop.
2. service entrance conductors, cables, and raceways.
3. service equipment and main disconnects.
4. service grounding.
5. interior components of service panels and sub panels.
6. conductors.
7. overcurrent protection devices.
8. a representative number of installed lighting fixtures, switches, and receptacles.
9. ground fault circuit interrupters.

**B.** describe:
1. amperage and voltage rating of the service.
2. location of main disconnect(s) and sub panels.
3. presence of solid conductor aluminum branch circuit wiring.
4. presence or absence of smoke detectors.
5. wiring methods.

**7.2 The inspector is NOT required to:**

**A.** inspect:
1. remote control devices.
2. alarm systems and components.
3. low voltage wiring systems and components.
4. ancillary wiring systems and components. not a part of the primary electrical power distribution system.

**B.** measure amperage, voltage, or impedance.

 © Copyright 2006 American Society of Home Inspectors, Inc.® All rights reserved 

Continued

**8. HEATING**

**8.1 The inspector shall:**

**A.** open readily openable access panels.

**B.** inspect:
1. installed heating equipment.
2. vent systems, flues, and chimneys.

**C.** describe:
1. energy source(s).
2. heating systems.

**8.2 The inspector is NOT required to:**

**A.** inspect:
1. interiors of flues or chimneys that are not readily accessible.
2. heat exchangers.
3. humidifiers or dehumidifiers.
4. electronic air filters.
5. solar space heating systems.

**B.** determine heat supply adequacy or distribution balance.

**9. AIR CONDITIONING**

**9.1 The inspector shall:**

**A.** open readily openable access panels.

**B.** inspect:
1. central and through-wall equipment.
2. distribution systems.

**C.** describe:
1. energy source(s).
2. cooling systems.

**9.2 The inspector is NOT required to:**

**A.** inspect electronic air filters.

**B.** determine cooling supply adequacy or distribution balance.

**C.** inspect window air conditioning units.

**10. INTERIORS**

**10.1 The inspector shall inspect:**

**A.** walls, ceilings, and floors.

**B.** steps, stairways, and railings.

**C.** countertops and a representative number of installed cabinets.

**D.** a representative number of doors and windows.

**E.** garage doors and garage door operators.

**10.2 The inspector is NOT required to inspect:**

**A.** paint, wallpaper, and other finish treatments.

**B.** carpeting.

**C.** window treatments.

**D.** central vacuum systems.

**E.** household appliances.

**F.** recreational facilities.

**11. INSULATION & VENTILATION**

**11.1 The inspector shall:**

**A.** inspect:
1. insulation and vapor retarders in unfinished spaces.
2. ventilation of attics and foundation areas.
3. mechanical ventilation systems.

**B.** describe:
1. insulation and vapor retarders in unfinished spaces.
2. absence of insulation in unfinished spaces at conditioned surfaces.

**11.2 The inspector is NOT required to disturb insulation.**

See 13.2.A.11 and 13.2.A.12.

**12. FIREPLACES AND SOLID FUEL BURNING APPLIANCES**

**12.1 The inspector shall:**

**A.** inspect:
1. system components.
2. chimney and vents.

**B.** describe:
1. fireplaces and solid fuel burning appliances.
2. chimneys.

**12.2 The inspector is NOT required to:**

**A.** inspect:
1. interiors of flues or chimneys.
2. firescreens and doors.
3. seals and gaskets.
4. automatic fuel feed devices.
5. mantles and fireplace surrounds.
6. combustion make-up air devices.
7. heat distribution assists (gravity fed and fan assisted).

**B.** ignite or extinguish fires.

**C.** determine draft characteristics.

**D.** move fireplace inserts and stoves or firebox contents.

 © Copyright 2006 American Society of Home Inspectors, Inc.® All rights reserved 

Continued

## 13. GENERAL LIMITATIONS AND EXCLUSIONS

**13.1 General limitations:**

**A.** The inspector is NOT required to perform any action or make any determination not specifically stated in these Standards of Practice.

**B.** Inspections performed in accordance with these Standards of Practice:

1. are not technically exhaustive.
2. are not required to identify concealed. conditions, latent defects, or consequential damage(s).

**C.** These Standards of Practice are applicable to buildings with four or fewer dwelling units and their garages or carports.

**13.2 General exclusions:**

**A. Inspectors are NOT required to determine:**

1. conditions of systems or components that are not readily accessible.
2. remaining life expectancy of any system or component.
3. strength, adequacy, effectiveness, or efficiency of any system or component.
4. the causes of any condition or deficiency.
5. methods, materials, or costs of corrections.
6. future conditions including but not limited to failure of systems and components.
7. the suitability of the property for any specialized use.
8. compliance with regulatory requirements (codes, regulations, laws, ordinances, etc.).
9. market value of the property or its marketability.
10. the advisability of purchase of the property.
11. the presence of potentially hazardous plants or animals including, but not limited to, wood destroying organisms or diseases harmful to humans including molds or mold-like substances.
12. the presence of any environmental hazards including, but not limited to, toxins, carcinogens, noise, and contaminants in soil, water, and air.
13. the effectiveness of any system installed or method utilized to control or remove suspected hazardous substances.
14. operating costs of systems or components.
15. acoustical properties of any system or component.
16. soil conditions relating to geotechnical or hydrologic specialties.

**B. Inspectors are NOT required to offer:**

1. or perform any act or service contrary to law.
2. or perform engineering services.
3. or perform any trade or any professional. service other than home inspection.
4. warranties or guarantees of any kind.

**C. Inspectors are NOT required to operate:**

1. any system or component that is shut down or otherwise inoperable.
2. any system or component that does not respond to normal operating controls.
3. shut-off valves or manual stop valves.

**D. Inspectors are NOT required to enter:**

1. any area that will, in the opinion of the i nspector, likely be dangerous to the i nspector or other persons or damage the property or its systems or components.
2. under-floor crawl spaces or attics that are not readily accessible.

**E. Inspectors are NOT required to inspect:**

1. underground items including but not imited to underground storage tanks or other underground indications of their presence, whether abandoned or active.
2. items that are not installed.
3. installed decorative items.
4. items in areas that are not entered in accordance with 13.2.D.
5. detached structures other than garages and carports.
6. common elements or common areas in multi-unit housing, such as condominium properties or cooperative housing.

**F. Inspectors are NOT required to:**

1. perform any procedure or operation that will, in the opinion of the inspector, likely be dangerous to the inspector or other persons or damage the property or its systems or components.
2. describe or report on any system or component that is not included in these Standards and was not inspected.
3. move personal property, furniture, equipment, plants, soil, snow, ice, or debris.
4. dismantle any system or component, except as explicitly required by these Standards of Practice.

 © Copyright 2006 American Society of Home Inspectors, Inc.® All rights reserved 

# ASHI STANDARDS OF PRACTICE GLOSSARY OF ITALICIZED TERMS

**Alarm Systems**
Warning devices installed or freestanding including but not limited to smoke detectors, carbon monoxide detectors, flue gas, and other spillage detectors, and security equipment

**Automatic Safety Controls**
Devices designed and installed to protect systems and components from unsafe conditions

**Component**
A part of a system

**Decorative**
Ornamental; not required for the proper operation of the essential systems and components of a home

**Describe**
To identify (in writing) a system or component by its type or other distinguishing characteristics

**Dismantle**
To take apart or remove any component, device, or piece of equipment that would not be taken apart or removed by a homeowner in the course of normal maintenance

**Engineering**
The application of scientific knowledge for the design, control, or use of building structures, equipment, or apparatus

**Further Evaluation**
Examination and analysis by a qualified professional, tradesman, or service technician beyond that provided by the home inspection

**Home Inspection**
The process by which an inspector visually examines the readily accessible systems and components of a home and which describes those systems and components in accordance with these Standards of Practice

**Household Appliances**
Kitchen, laundry, and similar appliances, whether installed or free-standing

**Inspect**
To examine any system or component of a building in accordance with these Standards of Practice, using normal operating controls and opening readily openable access panels

**Inspector**
A person hired to examine any system or component of a building in accordance with these Standards of Practice

**Installed**
Attached such that removal requires tools

**Normal Operating Controls**
Devices such as thermostats, switches, or valves intended to be operated by the homeowner

**Readily Accessible**
Available for visual inspection without requiring moving of personal property, dismantling, destructive measures, or any action that will likely involve risk to persons or property

**Readily Openable Access Panel**
A panel provided for homeowner inspection and maintenance that is readily accessible, within normal reach, can be removed by one person, and is not sealed in place

**Recreational Facilities**
Spas, saunas, steam baths, swimming pools, exercise, entertainment, athletic, playground or other similar equipment, and associated accessories

**Report**
Communicate in writing

**Representative Number**
One component per room for multiple similar interior components such as windows, and electric receptacles; one component on each side of the building for multiple similar exterior components

**Roof Drainage Systems**
Components used to carry water off a roof and away from a building

**Shut Down**
A state in which a system or component cannot be operated by normal operating controls

**Siding**
Exterior wall covering and cladding; such as: aluminum, asphalt, brick, cement/asbestos, EIFS, stone, stucco, veneer, vinyl, wood, etc.

**Solid Fuel Burning Appliances**
A hearth and fire chamber or similar prepared place in which a fire may be built and that is built in conjunction with a chimney; or a listed assembly of a fire chamber, its chimney, and related factory-made parts designed for unit assembly without requiring field construction

**Structural Component**
A component that supports non-variable forces or weights (dead loads) and variable
forces or weights (live loads)

**System**
A combination of interacting or interdependent components, assembled to carry out one or more functions.

**Technically Exhaustive**
An investigation that involves dismantling, the extensive use of advanced techniques, measurements, instruments, testing, calculations, or other means

**Under-floor Crawl Space**
The area within the confines of the foundation and between the ground and the underside of the floor

**Unsafe**
A condition in a readily accessible, installed system or component that is judged to be a significant risk of bodily injury during normal, day-to-day use; the risk may be due to damage, deterioration, improper installation, or a change in accepted residential construction standards

**Wiring Methods**
Identification of electrical conductors or wires by their general type, such as non-metallic sheathed cable, armored cable,or knob and tube, etc.

 © Copyright 2006 American Society of Home Inspectors, Inc.® All rights reserved 

# ASHI® CODE OF ETHICS

## For the Home Inspection Profession

Integrity, honesty, and objectivity are fundamental principles embodied by this Code, which sets forth obligations of ethical conduct for the home inspection profession. The Membership of ASHI has adopted this Code to provide high ethical standards to safeguard the public and the profession.

Inspectors shall comply with this Code, shall avoid association with any enterprise whose practices violate this Code, and shall strive to uphold, maintain, and improve the integrity, reputation, and practice of the home inspection profession.

**1. Inspectors shall avoid conflicts of interest or activities that compromise, or appear to compromise, professional independence, objectivity, or inspection integrity.**

A. Inspectors shall not inspect properties for compensation in which they have, or expect to have, a financial interest.

B. Inspectors shall not inspect properties under contingent arrangements whereby any compensation or future referrals are dependent on reported findings or on the sale of a property.

C. Inspectors shall not directly or indirectly compensate realty agents, or other parties having a financial interest in closing or settlement of real estate transactions, for the referral of inspections or for inclusion on a list of recommended inspectors, preferred providers, or similar arrangements.

D. Inspectors shall not receive compensation for an inspection from more than one party unless agreed to by the client(s).

E. Inspectors shall not accept compensation, directly or indirectly, for recommending contractors services, or products to inspection clients or other parties having an interest in inspected properties.

F. Inspectors shall not repair, replace, or upgrade, for compensation, systems or components covered by ASHI Standards of Practice, for one year after the inspection.

**2. Inspectors shall act in good faith toward each client and other interested parties.**

A. Inspectors shall perform services and express opinions based on genuine conviction and only within their areas of education, training, or experience.

B. Inspectors shall be objective in their reporting and not knowingly understate or overstate the significance of reported conditions.

C. Inspectors shall not disclose inspection results or client information without client approval. Inspectors, at their discretion, may disclose observed immediate safety hazards to occupants exposed to such hazards, when feasible.

**3. Inspectors shall avoid activities that may harm the public, discredit themselves, or reduce public confidence in the profession.**

A. Advertising, marketing, and promotion of inspectors' services or qualifications shall not be fraudulent, false, deceptive, or misleading.

B. Inspectors shall report substantive and willful violations of this Code to the Society.

 © Copyright 2006 American Society of Home Inspectors, Inc.® All rights reserved