**Claim Information**

| CLAIM AFO: | LOSS DESIGNATOR: | CLAIM: | CLAIMANT: |
|---|---|---|---|
| **042** | **FR** | **IHN8570** | **000-File Level** |
| LOSS DATE: | ACCIDENT STATE: | STATUS: | NOL INSURED NAME: |
| **7/6/2020** | **CO** | **ACTIVE** | **JEFF DIEM JEFF DIEM** |
| CLAIM HANDLER PERS: | SUPERVISOR PERS: | | |
| **DEG3** | **ACF** | | |

CAUSE OF LOSS:
**Water Damage - Sewer or Sump Backup**

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 7/6/2020 8:09:25 PM | SYS - | General | - XACTIMATE REQUEST - | 001 INS - JEFF DIEM |
| XACTIMATE REQUEST SENT TO BMHEAD ON 07/06/2020 | | | | |
| 7/6/2020 8:09:34 PM | SYS - 042 | General | - ISO CLAIMSEARCH SUBMISSION - | 001 INS - JEFF DIEM |
| CLAIM INFORMATION SENT TO ISO FOR: INITIAL CLAIMSEARCH REPORT | | | | |
| 7/6/2020 8:09:34 PM | ÿÿÿÿ - ÿÿÿ | General | - ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ - | 000 FILE LEVEL |
| WASTE PIPE FROM UPSTAIRS TOILET HAS CRACKED.*****SEVERITY CHECK LIST*****-- ---------------------------------------------------------------------- BU<br>ILDING AND EXTERIOR DAMAGES: -<br>MOLD (INTERIOR) -<br>WATER DAMAGE - BASEMENT FLOODING / SEWER BACKUP -<br>WATER DAMAGE - CEILING / WALLS | | | | |
| 7/6/2020 8:09:35 PM | C800 - 042 | General | - REMARKS NOTE FROM NOTICE OF LOSS - | 000 FILE LEVEL |
| //TRAVPRO REMARKS: ***** BUILDING DAMAGE NOTES: | | | | |
| 7/6/2020 8:09:35 PM | SYS - | General | - XACTIMATE REQUEST ACCEPTED - | 001 INS - JEFF DIEM |
| XACTIMATE REQUEST SENT TO BMHEAD ON 07/06/2020 WAS ACCEPTED. | | | | |
| 7/6/2020 8:09:45 PM | GENERATED NOTE - 042 | Assignment | - INITIAL ASSIGNMENT - | 000 FILE LEVEL |
| OFFICE: 042 ASSIGNED THRU:OFFICE TERRITORY ROUTING ASSIGNED TO BMH3 - BRIA<br>N HEAD IN GROUP: PI - NON-WEAT<br>HER IN TERRITORY: 110 *OFFICE ASSIGNMENT DETE<br>RMINED USING IMPACT PROFILES* | | | | |
| 7/6/2020 8:09:47 PM | SYS - 042 | General | - ISO NO MATCH REPORT - | 001 INS - JEFF DIEM |
| NO ISO CLAIM SEARCH MATCHES WERE FOUND | | | | |
| 7/6/2020 8:09:51 PM | PIMB - | General | - NOTICE TAKER INFORMATION - | 000 FILE LEVEL |

TRAVELERS_000191

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| OFFICE : 284 - CLAIM CUSTOMER SERVICE-CL<br>NOTICE TAKER: PIMB - PI MOBILE CLAIM CREATE<br>TELEPHONE : | | | | |
| 7/6/2020 8:10:37 PM | S800 - 042 | General | - SEVERITY CHECKLIST(S) INFO FROM NOTICE OF LOSS - | 000 FILE LEVEL |
| ----------------------------------------------------------------------<br>BUILDING AND EXTERIOR DAMAGES:<br>- Mold (interior)<br>- Water damage - basement flooding / sewer backup<br>- Water damage - ceiling / walls | | | | |
| 7/7/2020 8:00:35 PM | BRIAN HEAD - 042 | Contact | - | 000 FILE LEVEL |
| spoke with the insd who stated that they have had a leak that has occurred in the waste drain line<br><br>they are unsure as to what caused this to leak at this time however are currently working on repairs<br><br>advised of virtual inspection scheduled for 7/13 @ 12p claim x | | | | |
| 7/13/2020 6:39:26 PM | BRIAN HEAD - 042 | Damages/Verification | - | 000 FILE LEVEL |
| inspection was completed with the isd virtually this afternoon<br><br>i was led into the hvac room to begin the inspection to find the smaller inspection hole was cut in order to allow access for the repairs. Insd has reported that they have tested the walls for moisture and it appears that the entire wall will need to be removed and replaced<br><br>further consideration to remove and reset the two water heaters and two furnaces have been provided<br><br>repairs consist of removing the wall and replacing drywall within the hvac room<br><br>within the bathroom which is on the other side of the shared wall it has been discovered that this drywall too is saturated and in need of replacement. For these repairs to be completed the vanity, sink and two cabintets will need to be removed and reset along with the bathtub and toilet<br><br>repairs will occur to the affected drywall and tiled flooring and once completed the appliances will be able to be moved back into the room<br><br>due to the complexity of the job i have applied o&p. required task include electrician, hvac, plumbing, drywall and tile flooring<br><br>estimate has been completed and sent to um chase at this time for further review<br><br>diary updated to monitor for approval | | | | |
| 7/13/2020 6:44:29 PM | BRIAN HEAD - 042 | Coverage | - | 000 FILE LEVEL |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| insd holds a HQ-P53 CW landlord policy<br><br>at this time a claim has been filed as there was a break in a sewage drain line housed within the wall between the bathroom and the hvac room<br><br>this caused raw sewage to spill out onto the concrete within the hvac room as well as the tiled flooring within the bathroom<br><br>further damages were discovered to the drywall as well<br><br>review of the policy finds that coverage will extend for the resulting water damage from the leak however the actual repairs to the pipe from failing due to wear and tear are denied at this time as wear is an exclusion<br><br>review of the policy finds that it was in good standing and active at the time of the loss with a reported dol of 7/6/2020 current effective date range is 07/29/2019 - 07/29/2020<br><br>review of the policy finds that there is a deductible on file in the amount of 1k as well as endorsements for water related backups<br><br>this is not a water backup as there was a clear split in the line<br><br>subrogation will be contacted - repairs to the line have been completed at this time however the pipe itself has been kept by the insd<br><br>no coverage concerns at this time<br><br>a partial denial will be formulated after the estimate for repairs is approved | | | | |
| 7/14/2020 9:44:38 AM | CHASE CORDIAL - 042 | Management Review | - | 000 FILE LEVEL |
| I reviewed the file, notes and photos. I am in agreement that the effected areas of the bathroom and mechanical room need to be removed, cleaned and replaced. Reviewed estimate, ok to proceed. Need to call sub and complete partial denial for old cast iron pipe failure. | | | | |
| 7/14/2020 5:31:59 PM | BRIAN HEAD - 042 | Loss Adjustment | - | 000 FILE LEVEL |
| Payment for Building Damages:<br><br>Full Cost of Repair or Replacement: $9,086.28<br>Minus Recoverable Depreciation: -$1,055.15<br>Minus Non-Recoverable Dep: -$0.00<br>Actual Cash Value: $8,031.13<br>Minus Deductible: -$1,000.00<br>Payment: $7,031.13 | | | | |
| 7/14/2020 5:56:39 PM | BRIAN HEAD - 042 | Coverage | - | 000 FILE LEVEL |
| partial denial has been saved as a work in progress for review<br><br>diary updated | | | | |
| 7/14/2020 6:00:15 PM | BRIAN HEAD - 042 | Correspondence | - | 000 FILE LEVEL |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|

From: Head, Brian M
Sent: Tuesday, July 14, 2020 4:00 PM
To: 'JEFF.DIEM@GMAIL.COM' <JEFF.DIEM@GMAIL.COM>
Subject: Claim#IHN8570

Good Afternoon,

It has been a pleasure working with you on the claim for damages to your property.

I have provided a copy of our approved quote for the repairs to your home as an attachment within this email.

Please note that a payment has been issued at this time in the amount of $7,031.13. This actual cash value payment has been subjected towards both the policy deductible in the amount of $1,000 as well as withheld depreciation in the amount of $1,055.15. Please see the full payment breakdown below to help illustrate how we arrived at our figures.

Payment for Building Damages:

```
Full Cost of Repair or Replacement:                            $9,086.28
Minus Recoverable Depreciation:             -$1,055.15
Minus Non-Recoverable Dep:        -$0.00
Actual Cash Value:
$8,031.13
Minus Deductible:           -$1,000.00
Payment:                                   $7,031.13
```

Please share a copy of this quote with the company or contractor of your choice for the repairs. In the event that additional consideration is needed such as material or labor please have your contractor reach out to me in form of a supplement prior to the work being completed to ensure that a review can occur.

If you have any additional questions please feel free to reach out.

Thanks again,

Brian Head

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 7/14/2020 6:02:00 PM | BRIAN HEAD - 042 | Financial | - | 000 FILE LEVEL |

Please note that a payment has been issued at this time in the amount of $7,031.13. This actual cash value payment has been subjected towards both the policy deductible in the amount of $1,000 as well as withheld depreciation in the amount of $1,055.15.

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 7/14/2020 6:08:52 PM | BRIAN HEAD - 042 | Contact | - | 000 FILE LEVEL |

was able to reach out to the insd jeff at ph. (248)563-3267 and went over the payment amounts and the estimate for repairs

insd advised that he will likely be sending supplements in for consideration as he is expecting the detach and reset for the water heater and furnace units to be around 1k

advised email to send documents

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 7/14/2020 6:08:56 PM | BRIAN HEAD - 042 | Administrative | - | 000 FILE LEVEL |

closing the file at this time pending future contact from the insd

was able to speak with the insd as well as follow up via email

advised with any supplemental concerns to email me for review

nothing further

TRAVELERS_000194

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 7/14/2020 6:15:22 PM | SYS - 042 | General | - ISO CLAIMSEARCH SUBMISSION - | 001 INS - JEFF DIEM |
| CLAIM INFORMATION SENT TO ISO FOR: REPLACEMENT WITH RESEARCH CLAIMSEARCH RE PORT | | | | |
| 7/14/2020 6:15:32 PM | X800 - 042 | General | - XACTIMATE PROPERTY ESTIMATE DATES - | 001 INS - JEFF DIEM |
| LOCAL CONTACT DATE: 2020-07-07T20:00:00Z Mountain<br>LOCAL INSPECT DATE: 2020-07-13T12:00:00Z Mountain<br>LOCAL ESTIMATE DATE: 2020-07-14T16:01:04Z Mountain<br>LOCAL CONTENT DATE:<br><br>XML CONTACT DATE: 2020-07-07T20:00:00 MOUNTAIN<br>XML INSPECT DATE: 2020-07-13T12:00:00 MOUNTAIN<br>XML ESTIMATE DATE: 2020-07-14T16:01:04 MOUNTAIN<br>XML CONTENT DATE: MOUNTAIN | | | | |
| 7/14/2020 6:16:28 PM | SYS - 042 | General | - ISO NO MATCH REPORT - | 001 INS - JEFF DIEM |
| NO ISO CLAIM SEARCH MATCHES WERE FOUND | | | | |
| 7/14/2020 6:43:14 PM | SYS - 042 | General | - ISO CLAIMSEARCH SUBMISSION - | 001 INS - JEFF DIEM |
| CLAIM INFORMATION SENT TO ISO FOR: REPLACEMENT WITH RESEARCH CLAIMSEARCH RE PORT | | | | |
| 7/14/2020 6:43:50 PM | SYS - 042 | General | - ISO NO MATCH REPORT - | 001 INS - JEFF DIEM |
| NO ISO CLAIM SEARCH MATCHES WERE FOUND | | | | |
| 7/14/2020 7:21:56 PM | CHASE CORDIAL - 042 | Management Review | - | 000 FILE LEVEL |
| I reviewed and approved the partial denial for the failed pipe due to wear and tear. | | | | |
| 7/22/2020 5:04:34 PM | BRIAN HEAD - 042 | Administrative | - | 000 FILE LEVEL |
| supplemental water mitigation has been provided<br><br>review of the additional work that is advised does not appear consentient with the photos that have been taken<br><br>another virtual inspection has been requested to further review<br><br>diary updated | | | | |
| 7/22/2020 5:05:05 PM | BRIAN HEAD - 042 | Correspondence | - | 000 FILE LEVEL |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| From: Head, Brian M<br>Sent: Wednesday, July 22, 2020 3:04 PM<br>To: 'Denver Flood and Fire' <joey@denverfloodandfire.com>;<br>jeff.diem@gmail.com<br>Subject: RE: [External] IHN8570 - Denver Flood and Fire Revised Mitigation<br>Estimate Add'l Work<br><br>Good Afternoon,<br><br>I have had an opportunity to review the additional damages that are being<br>listed as well as review the photos that have been attached.<br><br>With this amount of additional repairs it appears that we may need to do<br>another virtual inspection of the property to validate the work that they<br>are advising is necessary. From review of the drywall in the bathroom it<br>appears that the only wall that has been taken down at this time is the<br>wall between the bathroom and the mechanical room.<br><br>By chance can we take another look via virtual inspection this Tuesday? I<br>have a noon slot available.<br><br>Please let me know if this will work for you?<br><br>Brian Head | | | | |
| 7/27/2020 4:00:32 PM | SYDNEY SOLOMON - 042 | Financial | - | 001 INS - JEFF DIEM |
| Dallas Financial Services has received a returned or undeliverable check:<br><br>#883H-0028422727 in the amount of $7,031.13<br><br>Image of check will be uploaded to file cabinet.<br><br>Confirmed address on phone with insured. Check will be mailed to address<br>below.<br><br>JEFF DIEM<br>12180 W 18TH DR<br>LAKEWOOD, CO  80215 | | | | |
| 7/28/2020 2:43:52 PM | DAVID WHYTE - 295 | Subrogation | Investigation/Liability Analysis - | 000 FILE LEVEL |
| INitial Call:  yes<br>Called from Loss site: yes<br>Coverage:  yes<br>Insured: Landlord policy - owner of single family home that is rented by<br>tenant.<br>Description of Loss: sewer waste line failed due to wear and tear. Failed<br>in basement wall. no visible to insured or tenant, located behind drywall.<br>Repaired no evidence Subject was built in 1949<br>No recent repairs or improvements.<br>$12,000 with $1,000 deductible.<br><br>Referring in: pipe is original to home - 71 years old. Can't rule out wear<br>and tear. | | | | |
| 7/29/2020 11:25:46 AM | BRIAN HEAD - 042 | Administrative | - | 000 FILE LEVEL |

TRAVELERS_000196

<table>
<tr><th>Date</th><th>Author</th><th>Topic</th><th>Subject</th><th>Claimant (Level)</th></tr>
<tr><td colspan="5">supplemental water mitigation review<br><br>consideration for the power distribution light has been extended as the property was unable to handle the voltage needed in order to power all of the fans<br><br>additional consideration extended for contamination barrier to effectively treat the mold that was discovered<br><br>hvac room<br><br>consideration has been provided to extract the water off of the cement flooring within the property<br><br>additional consideration provided for the negative air fan that was needed<br><br><br>pre validated quote has been uploaded to the file and bid itemed supplement has been sent to um chase at this time for further review and approval<br><br>diary updated to monitor</td></tr>
<tr><td>7/29/2020 1:20:09 PM</td><td>BRIAN HEAD - 042</td><td>Damages/Verification</td><td>-</td><td>000 FILE LEVEL</td></tr>
<tr><td colspan="5">was able to complete the virtual inspection with the insd as well as his contractor present<br><br>this allowed for additional photos to be gathered of work that is needed for the repairs. At this time additional damages have been discovered within the ceiling of the bathroom that will require the ceiling to be removed and replaced.<br><br>the wall between the bathroom and the hvac room has since been removed to allow for proper mitigation.<br><br>will update estimate based off of additional items viewed and will upload to the file upon completion</td></tr>
<tr><td>7/30/2020 9:04:53 AM</td><td>CHASE CORDIAL - 042</td><td>Management Review</td><td>-</td><td>000 FILE LEVEL</td></tr>
<tr><td colspan="5">I reviewed the updated estimate for the water loss. vendors invoice reviewed and CP BH made additions for containment and power distribution box. Validation completed and uploaded. I am in agreement with the updated scope, and SUPP ACV payment generated. Ok to proceed.</td></tr>
<tr><td>7/30/2020 4:40:45 PM</td><td>BRIAN HEAD - 042</td><td>Financial</td><td>-</td><td>000 FILE LEVEL</td></tr>
<tr><td colspan="5">supplemental payment in the amount of $1,976.74 has been sent to um chase at this time for approval<br><br>diary updated to monitor for approval</td></tr>
<tr><td>7/30/2020 4:41:33 PM</td><td>SYST - 042</td><td>Financial</td><td>- QUEUED FINANCIAL RECORD -</td><td>001 INS - JEFF DIEM</td></tr>
<tr><td colspan="5">ESTIMATE QUEUED TO SUPERVISOR: CMC1 IN OFFICE: 042 FOR CLAIM: IHN8570 CLAIMANT: 001</td></tr>
<tr><td>7/30/2020 4:41:36 PM</td><td>SYST - 042</td><td>Financial</td><td>- QUEUED FINANCIAL RECORD -</td><td>001 INS - JEFF DIEM</td></tr>
<tr><td colspan="5">PAYMENT IN THE AMOUNT OF $1976.74 QUEUED TO SUPERVISOR: CMC1 IN OFFICE: 042 FOR CLAIM: IHN8570 CLAIMANT: 001</td></tr>
<tr><td>7/30/2020 4:43:33 PM</td><td>BRIAN HEAD - 042</td><td>Correspondence</td><td>-</td><td>000 FILE LEVEL</td></tr>
</table>

TRAVELERS_000197

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| From: Head, Brian M<br>Sent: Thursday, July 30, 2020 2:42 PM<br>To: JEFF.DIEM@GMAIL.COM<br>Subject: Claim# IHN8570<br><br>Good Afternoon,<br><br>Just wanted to reach out to provide you with our most updated copy of the estimate for repairs to your property.<br><br>At this time all of the changes have been reviewed and approved.<br><br>Please be on the lookout for the additional payment in the amount of $1,976.74<br><br>If you happen to have any additional questions please feel free to reach out!<br><br>Thanks again,<br><br>Brian Head | | | | |
| 8/4/2020 10:52:14 AM | X800 - 042 | General | - XACTIMATE PROPERTY ESTIMATE DATES - | 001 INS - JEFF DIEM |
| LOCAL CONTACT DATE: 2020-07-07T20:00:00Z Mountain<br>LOCAL INSPECT DATE: 2020-07-13T12:00:00Z Mountain<br>LOCAL ESTIMATE DATE: 2020-07-30T14:50:39Z Mountain<br>LOCAL CONTENT DATE:<br><br>XML CONTACT DATE: 2020-07-07T20:00:00 MOUNTAIN<br>XML INSPECT DATE: 2020-07-13T12:00:00 MOUNTAIN<br>XML ESTIMATE DATE: 2020-07-30T14:50:39 MOUNTAIN<br>XML CONTENT DATE: MOUNTAIN | | | | |
| 8/5/2020 9:27:23 AM | BRIAN HEAD - 042 | Administrative | - | 000 FILE LEVEL |
| another supplement has been received by the water mitigation company in regards to the repairs<br><br>during the demo they found an additional layer of drywall within the ceiling that they are unable to address at this time as they have yet to have an asbestos test completed for this material<br><br>additional consideration has been provided for the additional testing that will need to be completed as well as to remove the additional drywall<br><br>updated supplemental estimate has been sent to um chase at this time for review and approval | | | | |
| 8/5/2020 11:37:07 AM | CHASE CORDIAL - 042 | Management Review | - | 000 FILE LEVEL |
| Reviewed and approved updated estimate for additional testing due to additional layer of drywall. | | | | |
| 8/7/2020 1:51:02 PM | BRIAN HEAD - 042 | Administrative | - | 000 FILE LEVEL |

TRAVELERS_000198

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| reviewed the claim with the insd as it relates to the loss of rental income for the unit. At this time the property houses two separate tenants however one has been displaced due to the claim while the hot water tank has been reconnected in order to still provide services to the other remaining unit<br><br>leasing agreement that has been received states that the monthly rent owed is $950 the month of july has 31 days that will be pro rated by 6 due to the time of the loss which breaks down to $30.65/day. July 6-31=26 days. 26 x $30.65 = $796.90.<br><br>payment will be sent to um chase at this time for approval<br><br>diary updated | | | | |
| 8/7/2020 2:00:28 PM | SYST - 042 | Financial | - QUEUED FINANCIAL RECORD - | 001 INS - JEFF DIEM |
| ESTIMATE QUEUED TO SUPERVISOR: CMC1 IN OFFICE: 042 FOR CLAIM: IHN8570 CLAIMANT: 001 | | | | |
| 8/7/2020 2:00:29 PM | SYST - 042 | Financial | - QUEUED FINANCIAL RECORD - | 001 INS - JEFF DIEM |
| PAYMENT IN THE AMOUNT OF $997.09 QUEUED TO SUPERVISOR: CMC1 IN OFFICE: 042 FOR CLAIM: IHN8570 CLAIMANT: 001 | | | | |
| 8/7/2020 2:00:48 PM | BRIAN HEAD - 042 | Financial | - | 000 FILE LEVEL |
| payment has been sent to um chase at this time in the amount of $997.09<br><br>this payment is built of the following<br><br>building supplemental $200.19<br>additional living expense $796.9<br><br>diary updated to monitor for payment approval | | | | |
| 8/7/2020 4:52:18 PM | X800 - 042 | General | - XACTIMATE PROPERTY ESTIMATE DATES - | 001 INS - JEFF DIEM |
| LOCAL CONTACT DATE: 2020-07-07T20:00:00Z Mountain<br>LOCAL INSPECT DATE: 2020-07-13T12:00:00Z Mountain<br>LOCAL ESTIMATE DATE: 2020-08-07T12:00:58Z Mountain<br>LOCAL CONTENT DATE:<br><br>XML CONTACT DATE: 2020-07-07T20:00:00 MOUNTAIN<br>XML INSPECT DATE: 2020-07-13T12:00:00 MOUNTAIN<br>XML ESTIMATE DATE: 2020-08-07T12:00:58 MOUNTAIN<br>XML CONTENT DATE: MOUNTAIN | | | | |
| 8/7/2020 6:03:56 PM | BRIAN HEAD - 042 | Correspondence | - | 000 FILE LEVEL |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| From: Head, Brian M<br>Sent: Friday, August 07, 2020 4:01 PM<br>To: 'Jeff Diem' <jeff.diem@gmail.com><br>Cc: 'Joey Herrmann' <joey@denverfloodandfire.com><br>Subject: RE: [External] Re: IHN8570<br><br>Good Afternoon,<br><br>I just wanted to reach out in regards to the claim that we have been working on.<br><br>At this time I have received the approval that we have been waiting for. Attached is our most up to date copy of the estimate for the repairs to the property.<br><br>Please note that at this time a payment in the amount of $997.09 has been issued at this time.<br><br>I will be closing the claim at this time as all payments have been approved and issued to date. If any supplemental concerns arise please contact the 800 number to have the claim reopened and reassigned as I am leaving to go to assist with the hurricane.<br><br>Thanks again and I hope you both have a great weekend!<br><br>Brian | | | | |
| 8/7/2020 6:04:55 PM | BRIAN HEAD - 042 | Administrative | - | 000 FILE LEVEL |
| closing the file at this time pending future contact as the claim previously remained open pending payment approval<br><br>review of the financials confirms the payment has in fact been approved and issued at this time<br><br>email follow up has been sent to the insd as well as uploaded to the file<br><br>closing at this time | | | | |
| 8/7/2020 6:05:36 PM | SYS - 042 | General | - ISO CLAIMSEARCH SUBMISSION - | 001 INS - JEFF DIEM |
| CLAIM INFORMATION SENT TO ISO FOR: REPLACEMENT WITH RESEARCH CLAIMSEARCH RE PORT | | | | |
| 8/7/2020 6:08:38 PM | SYS - 042 | General | - ISO NO MATCH REPORT - | 001 INS - JEFF DIEM |
| NO ISO CLAIM SEARCH MATCHES WERE FOUND | | | | |
| 8/13/2020 10:37:32 AM | JORDAN GREENWALL - 042 | Contact | Supplemental Contact - Insured - | 001 INS - JEFF DIEM |
| Spoke with insured- last two checks were issued to the wrong address.<br>Correct address is:<br><br>12180 W 18th Drive<br>Lakewood, CO 80215<br><br>Sent email to supervisor asking for assistance in reissuing. | | | | |
| 8/13/2020 10:42:19 AM | CHASE CORDIAL - 042 | Management Review | - | 000 FILE LEVEL |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| Hi Chase,<br><br>I spoke with Jeff about the above referenced claim. He advised that the last two checks were sent to the incorrect address. The check numbers are 883h-002847429 and 883h-0028499710 in the amounts of $1,976.74 and $997.09. His correct address is:<br><br>12180 W 18th Drive<br>Lakewood, CO 80215<br><br>Please assist in getting these reissued.<br><br>Thank you!<br><br><br>NI Emailed request:<br><br>A couple things please:<br>1. the two checks for $1976.74 and $997.09 were mailed to the wrong address. They were supposed to be mailed to 12180 W. 18th Dr. Lakewood, CO 80215. I let someone at Traveler's know this when the first $7000 check was sent back, and also let Brian know. Can you please stop-payment on those two checks and reissue them to the correct address? If possible, please overnight them.<br><br>2. I'd like to have a new adjuster assigned please so we can work on the reconstruction portion. I have estimates to send in for approvals. In addition I need to figure out what was allocated where in the checks sent.<br><br>Thank you, | | | | |
| 8/13/2020 10:51:02 AM | SYS - | General | - XACTIMATE REQUEST - | 001 INS - JEFF DIEM |
| XACTIMATE REQUEST SENT TO JMOSTEK ON 08/13/2020 | | | | |
| 8/13/2020 10:51:06 AM | SYS - | General | - XACTIMATE REQUEST ACCEPTED - | 001 INS - JEFF DIEM |
| XACTIMATE REQUEST SENT TO JMOSTEK ON 08/13/2020 WAS ACCEPTED. | | | | |
| 8/13/2020 12:20:35 PM | JASON MOSTEK - 042 | Administrative | Checks - Credits, Stops and Voids - Ops Request - | 001 INS - JEFF DIEM |
| Requested Ops Activity: Payment Status/Stop or Void Due Date of: 2020-08-13<br>Claimant # (001,002, etc.): 001<br>Check Payment Type (Indicate IND, MED, or EXP): B<br>Check #: 883H-0028474297<br>Check Amount $: 1976.74<br>Issue Date: 07/30/2020<br>Should Check Be Stopped If Currently Outstanding (Indicate Y/N): Y<br>Reason for Stop/Void: Wrong address<br>Will Claim Professional reissue check (Y/N): Y | | | | |
| 8/13/2020 12:23:51 PM | JASON MOSTEK - 042 | Administrative | Checks - Credits, Stops and Voids - Ops Request - | 001 INS - JEFF DIEM |
| Requested Ops Activity: Payment Status/Stop or Void Due Date of: 2020-08-13<br>Claimant # (001,002, etc.): 001<br>Check Payment Type (Indicate IND, MED, or EXP): B, AE<br>Check #: 883H-0028499710<br>Check Amount $: 997.09<br>Issue Date: 08/07/2020<br>Should Check Be Stopped If Currently Outstanding (Indicate Y/N): Y<br>Reason for Stop/Void: Wrong address<br>Will Claim Professional reissue check (Y/N): Y | | | | |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 8/13/2020 12:40:03 PM | SYST - 042 | Financial | - STOP/VOID - | 001 INS - JEFF DIEM |
| CHECK NUMBER: 883H 0028474297<br>PAYMENT AMOUNT: 1976.74<br>STOP REQUESTED DATE: 08-13-2020<br>STOP REQUESTED TIME: 12.40.47<br>CLAIM HANDLER ID: JAG1<br>REASON: 2<br>REISSUING (Y OR N): Y | | | | |
| 8/13/2020 12:41:11 PM | JORDAN GREENWALL - 042 | Financial | Stop - Pay - Void - | 001 INS - JEFF DIEM |
| Stop payment has been requested for check #883H-0028474297 in the amount of $1976.74. Please allow 3-5 business days to process (if re-issue is needed). | | | | |
| 8/13/2020 12:41:36 PM | SYST - 042 | Financial | - STOP/VOID - | 001 INS - JEFF DIEM |
| CHECK NUMBER: 883H 0028499710<br>PAYMENT AMOUNT: 997.09<br>STOP REQUESTED DATE: 08-13-2020<br>STOP REQUESTED TIME: 12.41.47<br>CLAIM HANDLER ID: JAG1<br>REASON: 2<br>REISSUING (Y OR N): Y | | | | |
| 8/13/2020 12:42:15 PM | JORDAN GREENWALL - 042 | Financial | Stop - Pay - Void - | 001 INS - JEFF DIEM |
| Stop payment has been requested for check #883H-0028499710 in the amount of $997.09. Please allow 3-5 business days to process (if re-issue is needed). | | | | |
| 8/13/2020 1:24:42 PM | JASON MOSTEK - 042 | Correspondence | Received from Insured - | 001 INS - JEFF DIEM |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| Hi Jason,<br><br>Thanks for the update. Once you've confirmed the stop-payment, can you please overnight the new payments to 12180 W 18th Dr, Lakewood, CO 80215?<br><br>I left you a VM. Can you please give me a call when you have a few minutes? I want to bring you up to speed with where we're at.<br><br>Thanks,<br><br>-Jeff<br><br>On Thu, Aug 13, 2020 at 10:32 AM Mostek, Jason A <JMOSTEK@travelers.com> wrote:<br>Hello Mr. Diem,<br><br>I wanted to introduce myself, my name is Jason Mostek with Travelers insurance. I will be your new claims adjuster for file resolution.<br><br>I have requested stop payments for the two checks sent to the incorrect address. This will take 3 to 5 business days to confirm stopped before reissue can occur.<br><br>In the meantime, please send over any estimates/proposals/invoices for review to my email address. I'll be happy to assist in finalizing any outstanding repairs.<br><br>I have attached the current Travelers approved copy, for your review of what was paid for thus far. ACV paid out on all line items.<br><br>Thank you, | | | | |
| 8/17/2020 11:25:01 AM | SYS - | General | - XACTIMATE REQUEST - | 001 INS - JEFF DIEM |
| XACTIMATE REQUEST SENT TO JSICHERI ON 08/17/2020 | | | | |
| 8/17/2020 11:25:45 AM | SYS - | General | - XACTIMATE REQUEST ACCEPTED - | 001 INS - JEFF DIEM |
| XACTIMATE REQUEST SENT TO JSICHERI ON 08/17/2020 WAS ACCEPTED. | | | | |
| 8/17/2020 11:25:51 AM | ERIN TULLIS - 042 | Assignment | - REASSIGNMENT - | 000 FILE LEVEL |
| OFFICE: 042 ERIN TULLIS-ECT reassigned claim/claimant from JASON MOSTEK-JAM 1 to JUSTIN SICHERI-JZS1 | | | | |
| 8/17/2020 11:25:55 AM | ERIN TULLIS - 042 | Assignment | - REASSIGNMENT - | 001 INS - JEFF DIEM |
| OFFICE: 042 ERIN TULLIS-ECT reassigned claim/claimant from JASON MOSTEK-JAM 1 to JUSTIN SICHERI-JZS1 | | | | |
| 8/17/2020 1:53:52 PM | APRIL PERRY - 042 | Financial | - | 001 INS - JEFF DIEM |
| Dallas Financial Services has received a returned or undeliverable check:<br><br>#883H-0028474297 in the amount of $1,976.74<br><br>Image of check will be uploaded to file cabinet.<br><br>Check was previously stopped, will destroy once stop clears. | | | | |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 8/18/2020 6:30:36 AM | SYST - 042 | Financial | - Stop - Pay - Void - | 001 INS - JEFF DIEM |
| CHECK NUMBER: 883H 0028474297<br>PAYMENT AMOUNT: 1976.74<br>STOP ACCEPTED DATE: 08-18-20<br>STOP ACCEPTED TIME: 06.30.36<br>CLAIM HANDLER ID: BMH3<br>REASON: AT INSUREDS REQUEST | | | | |
| 8/18/2020 6:30:39 AM | SYST - 042 | Financial | - Stop - Pay - Void - | 001 INS - JEFF DIEM |
| CHECK NUMBER: 883H 0028499710<br>PAYMENT AMOUNT: 997.09<br>STOP ACCEPTED DATE: 08-18-20<br>STOP ACCEPTED TIME: 06.30.39<br>CLAIM HANDLER ID: BMH3<br>REASON: AT INSUREDS REQUEST | | | | |
| 8/18/2020 3:29:43 PM | JASON MOSTEK - 042 | Administrative | Sensitive Note - | 001 INS - JEFF DIEM |
| Hello,<br><br>I've re-issued the stopped payments I sent for processing, to address requested via US Mail. 12180 W 18th Dr, Lakewood, CO 80215. Should arrive in 5-7 business days.<br><br>Your claim has been re-assigned to a local adjuster -<br>Handler:<br>JUSTIN SICHERI (720)610-8758<br><br>Thank you!<br><br>Jason Mostek Claim Professional Property<br>Travelers<br>Mountain West Claim Center - New Mexico<br>PO BOX 650293<br>Dallas, TX 75265-0293<br>W:575.520.3164 F: 877.801.9674<br>jmostek@travelers.com | | | | |
| 8/18/2020 3:57:45 PM | JUSTIN SICHERI - 042 | Contact | Initial Contact - Insured - | 001 INS - JEFF DIEM |
| Contacted the PH at 248-563-3267 per request, PH stated that demo is done and MIT is done and the home is a rental and estimate submitted for xactimate and PH owned Paul Davis franchise and there are code upgrades for the plumbing and electrical and water heaters and furnaces and PH stated that he had a vertical stack pipe fractured for a waste vent that carried waste from upstairs bathroom down..pipe was in wall between mechanical room and bathroom...mold was also found in kitchen adjacent to bath..PH advised that lots of code upgrade items and other items...HA did virtual inspects....MIT checks have been reissued and completed and loss of use...<br>advised PH that I would be reviewing items concerning the rebuild and specifically the supp items sent in and would need to review policy and coverage to determine if coverage would be afforded..PH understood and agreed and advised I would follow up once the review was completed..PH agreed and understood and no further at this time | | | | |

<table>
<tr><th>Date</th><th>Author</th><th>Topic</th><th>Subject</th><th>Claimant (Level)</th></tr>
<tr><td>8/18/2020 5:05:13 PM</td><td>JUSTIN SICHERI - 042</td><td>Contact</td><td>Supplemental Contact - Insured -</td><td>001 INS - JEFF DIEM</td></tr>
<tr><td colspan="5">Contacted the PH at(248)563-3267, advised of the need to re-inspect in person with PFT and PH agreed to monday at 9am..agreed and no further at this time</td></tr>
<tr><td>8/24/2020 11:55:07 AM</td><td>JUSTIN SICHERI - 042</td><td>Damages/Verification</td><td>Inspection Completed -</td><td>001 INS - JEFF DIEM</td></tr>
<tr><td colspan="5">Met with PH and plumber and UM Horan, inspected the HO and observed the water PD and code items needed for just the area affected..agree that code items would be needed for the affected area to include plumbing, electrical and reinstall of furnaces, water, etc due to the water PD...sewer pipe cracked and caused severe PD to the wall framing and advised that the framing would not be covered due to rot and code items for the affected area would be covered and would need City inspect report to review and gave cards with contact to get the info sent..PH and plumber agreed and understood and no further at this time</td></tr>
<tr><td>8/24/2020 2:58:10 PM</td><td>TYLER WELLS - 400</td><td>Financial</td><td>-</td><td>000 FILE LEVEL</td></tr>
<tr><td colspan="5">Dallas Financial Services has received a returned or undeliverable check: #883H-0028499710 in the amount of $997.09. Image of check will be uploaded to file cabinet.<br><br>Check was previously stopped, will destroy once stop clears. STOP CLEARED.</td></tr>
<tr><td>8/28/2020 4:15:38 PM</td><td>JUSTIN SICHERI - 042</td><td>Damages/Verification</td><td>Building -</td><td>001 INS - JEFF DIEM</td></tr>
<tr><td colspan="5">Supp Estimate Payment Note<br><br>Receive email from PH requesting additional Fair Rental income payment for the month of Aug for lower unit as claim is occurring and PH actively has lower unit advertised for rent and full rent payment of 950$-saved email to file docs<br><br>agree with Aug fair rental market payment of $950 per previous HA notes that lower unit is still rented to tenant even as lease agreement has expired...<br><br>Reviewed prior estimate and supp estimate items and updated estimate accordingly...code items for plumbing and electric still pending City red flag code inspect sheet<br><br>Payment Breakdown<br><br>COV A RCV: 19981.18<br>Depreciation: 1319.23<br>Deductible: 1000<br>Prior Payment: 9208.06<br>Net: 8453.89<br><br>Cov D Payment: 1746.90 (July and Aug)<br>Prior Payment: 796.90<br>Net: 950.00<br><br>Water MIT Payment: 5288.87<br>Rebuild: 8627.31<br>Asbestos Abatement: 1444.00<br>HVAC/Water Heater: 4621.00</td></tr>
<tr><td>8/28/2020 4:37:37 PM</td><td>TYLER HORAN - 042</td><td>Management Review</td><td>Incurred/Payment Authority -</td><td>001 INS - JEFF DIEM</td></tr>
</table>

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|

Reviewed for supplement auth. In agreement with revisions as outlined by CP. File is pending receipt of code estimate to be reviewed. In agreement with settlement and LOR payment owed.

Approval

BLDG

RCV $19,981/18 Payment $8,453.89

ALE - LOR

RCV $1,746.90 Payment $950.00

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 8/28/2020 4:57:23 PM | X800 - 042 | General | - XACTIMATE PROPERTY ESTIMATE DATES - | 001 INS - JEFF DIEM |

```
LOCAL CONTACT DATE:  2020-07-07T20:00:00Z Mountain
LOCAL INSPECT DATE:  2020-07-13T12:00:00Z Mountain
LOCAL ESTIMATE DATE: 2020-08-28T14:55:58Z Mountain
LOCAL CONTENT DATE:

  XML CONTACT DATE:  2020-07-07T20:00:00  MOUNTAIN
  XML INSPECT DATE:  2020-07-13T12:00:00  MOUNTAIN
  XML ESTIMATE DATE: 2020-08-28T14:55:58  MOUNTAIN
  XML CONTENT DATE:                       MOUNTAIN
```

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 8/28/2020 5:03:04 PM | SYSTEM - 800 | General | Sensitive Note - Email/Fax - | 000 FILE LEVEL |

JSICHERI in 042 emailed and faxed items from file cabinet on 8/28/2020 5:03:04 PM
Travelers Ins Copy to jeff.diem@gmail.com -

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 9/9/2020 3:02:13 PM | JUSTIN SICHERI - 042 | Coverage | Partial Denial of Claim - | 001 INS - JEFF DIEM |

Supp Estimate Review

Received supp item request for plumbing and plumbing related code items and electrical items as a result of the water loss..did not observe any electrical items damaged as electric was on and working at time of inspection
Discussed with UM and PFT Hennessy and agree that plumbing system is not covered per the policy and code upgrade items requested for plumbing and electrical items therefore would not be covered..also rot to structural wall not covered
**last estimate and payment completes covered PD and estimate and payment current-sending partial loss not covered letter to UM for review and approval....

Payment Breakdown

Payment Breakdown

COV A RCV: 19981.18
Depreciation: 1319.23
Deductible: 1000
Prior Payment: 17661.95
Net: 0

Cov D Payment: 1746.90 (July and Aug)
Prior Payment: 1746.90
Net: 0

Water MIT Payment: 5288.87
Rebuild: 8627.31
Asbestos Abatement: 1444.00
HVAC/Water Heater: 4621.00

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 9/9/2020 3:10:03 PM | TYLER HORAN - 042 | Management Review | - | 001 INS - JEFF DIEM |
| Reviewed and approve partial declination of coverage. | | | | |
| 9/9/2020 3:16:01 PM | X800 - 042 | General | - XACTIMATE PROPERTY ESTIMATE DATES - | 001 INS - JEFF DIEM |
| LOCAL CONTACT DATE: 2020-07-07T20:00:00Z Mountain<br>LOCAL INSPECT DATE: 2020-07-13T12:00:00Z Mountain<br>LOCAL ESTIMATE DATE: 2020-09-09T13:16:09Z Mountain<br>LOCAL CONTENT DATE:<br><br>XML CONTACT DATE: 2020-07-07T20:00:00 MOUNTAIN<br>XML INSPECT DATE: 2020-07-13T12:00:00 MOUNTAIN<br>XML ESTIMATE DATE: 2020-09-09T13:16:09 MOUNTAIN<br>XML CONTENT DATE: MOUNTAIN | | | | |
| 9/9/2020 3:19:47 PM | SYSTEM - 800 | General | Sensitive Note - Email/Fax - | 000 FILE LEVEL |
| JSICHERI in 042 emailed and faxed items from file cabinet on 9/9/2020 3:19:47 PM<br>Partial Loss Not Covered to jeff.diem@gmail.com - | | | | |
| 9/9/2020 3:19:58 PM | SYSTEM - 800 | General | Sensitive Note - Email/Fax - | 000 FILE LEVEL |
| JSICHERI in 042 emailed and faxed items from file cabinet on 9/9/2020 3:19:58 PM<br>Travelers Ins Copy to jeff.diem@gmail.com - | | | | |
| 9/9/2020 3:22:06 PM | JUSTIN SICHERI - 042 | Contact | Attempted Contact - | 001 INS - JEFF DIEM |
| left message for the PH at (248)563-3267, regarding the updated estimate and partial loss not covered letter and to call back when available-1st attempt | | | | |
| 9/9/2020 3:22:14 PM | SYS - 042 | General | - ISO CLAIMSEARCH SUBMISSION - | 001 INS - JEFF DIEM |
| CLAIM INFORMATION SENT TO ISO FOR: REPLACEMENT WITH RESEARCH CLAIMSEARCH RE PORT | | | | |
| 9/9/2020 3:22:46 PM | SYS - 042 | General | - ISO NO MATCH REPORT - | 001 INS - JEFF DIEM |
| NO ISO CLAIM SEARCH MATCHES WERE FOUND | | | | |
| 9/9/2020 5:59:12 PM | JUSTIN SICHERI - 042 | Contact | Initial Contact - Other - | 001 INS - JEFF DIEM |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| Contacted by the PH agent, Rebecca and Bruce, stated that they have received numerous emails and phone calls from the PH regarding the claims he has and needed answers on this claim and what the status was and decisions made...<br>advised of the claim investigation and emails received today from the PH and explained the policy and PD review including the PFT Hennessy and UM Horan and and partial loss not covered and cited parts of policy, etc for the partial loss not covered...<br>agent attempted to twist conversation to say that I/we denied the claim because the PH is difficult and corrected agent multiple times that was not the statement and that the partial denial was based on policy review and the PD presented...<br>agent argued and questioned the partial denial decision and I reiterated the the requests for documentation to the PH and the the PH stated he could not get last documentation for the review-completed investigation once no other documentation could be provided, again cited the policy and PFT and UM reviews, advised of the partial denial and reasons ..<br>agent again argued stating that the claim needed to be reopened and UM needed to be involved..<br>advised to agent again that UM Horan was involved and met with PH for inspection, as well as PFT, and approved the partial loss not covered and decision and that unless there was new information to be presented, claim would not reopen at this time..<br>agent again argued and stated he would be involved in all aspects of the claim moving forward and wanted UM contact info..provided the info and no further at this time | | | | |
| 9/10/2020 3:10:49 AM | JUSTIN SICHERI - 042 | General | - LETTER: Partial Loss Not Covered AUTHOR: JZS1- - | 001 INS - JEFF DIEM |
| LETTER: Partial Loss Not Covered AUTHOR: JZS1-S DATE: 09-10-20<br>PRIMARY RECIPIENT: TIME: 00:17:01<br>LETTER WAS CENTRALLY PRINTED<br>Jeff Diem<br>4565 Elm Ct<br>Denver CO 80211<br>F3162C1S20254000818 00001 N<br>CC(S):<br>1. LETTER WAS CENTRALLY PRINTED<br>Foundations Ins - Fin<br>200 Union Blvd Ste 200<br>Lakewood CO 80028<br>F3162C1S20254000786 00002 N | | | | |
| 9/22/2020 3:20:07 PM | JUSTIN SICHERI - 042 | Damages/Verification | Building - | 001 INS - JEFF DIEM |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|

Supp Estimate Payment Note

Received emails from PH with supp estimate request items and loss of rental income request for upstairs tenant that moved out-saved to file docs

Agree with supp estimate item for duct cleaning only at this time as HVAC and ducts affected by the CAT 3 water per invoice

Did not agree with electrical supp estimate as already denied and not damaged by the water loss, already issued payment and accounted for HVAC re-installation and rebuild/repair items on prior estimate

Discussed claim with UM and agree that upstairs unit lease ending was not affected by water loss and no lose of rental income would be afforded for that unit..agree that only lower unit would receive 4 months lost rental income as it was affected by water loss-2 months lost rental income already issued to PH-drafting ALE letter for UM approval and to send to PH ref same..

Also, agreed with UM as the PH is refusing to start or complete work due to dispute, would not be responsible for winterizing home and any other expenses incurred by the PH lack of completing the work

Payment Breakdown

COV A RCV: 21349.43
Depreciation: 1319.23
Deductible: 1000
Prior Payment: 17661.95
Net: 1368.25

Cov D Payment: 1746.90 (July and Aug)
Prior Payment: 1746.90
Net: 0

Water MIT Payment: 5288.87
Rebuild: 8627.31
Asbestos Abatement: 1444.00
HVAC/Water Heater: 5989.25

| | | | | |
|---|---|---|---|---|
| 9/22/2020 4:04:27 PM | TYLER HORAN - 042 | Management Review | Incurred/Payment Authority - | 001 INS - JEFF DIEM |

Reviewed for supplement auth. In agreement with revisions as outlined by CP as well as additional 2 month LOR for total of 4 months per XM8 and permitting required. In agreement with ALE letter to be issued to insured.

Insured's email on file indicates he is opting to not move forward with repairs at their option due to a disagreement on scope of repairs and items not covered under insured's policy.

Approval

BLDG

RCV 21,349.43 Payment $1368.25

ALE - LOR

RCV $1,746.90 Payment $0.00

| | | | | |
|---|---|---|---|---|
| 9/22/2020 4:19:13 PM | X800 - 042 | General | - XACTIMATE PROPERTY ESTIMATE DATES - | 001 INS - JEFF DIEM |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| LOCAL CONTACT DATE: 2020-07-07T20:00:00Z Mountain<br>LOCAL INSPECT DATE: 2020-07-13T12:00:00Z Mountain<br>LOCAL ESTIMATE DATE: 2020-09-22T14:17:28Z Mountain<br>LOCAL CONTENT DATE:<br><br>XML CONTACT DATE: 2020-07-07T20:00:00 MOUNTAIN<br>XML INSPECT DATE: 2020-07-13T12:00:00 MOUNTAIN<br>XML ESTIMATE DATE: 2020-09-22T14:17:28 MOUNTAIN<br>XML CONTENT DATE: MOUNTAIN | | | | |
| 9/22/2020 4:22:14 PM | SYST - 042 | Financial | - QUEUED FINANCIAL RECORD - | 001 INS - JEFF DIEM |
| ESTIMATE QUEUED TO SUPERVISOR: TH IN OFFICE: 042 FOR CLAIM: IHN8570<br>CLAIMANT: 001 | | | | |
| 9/22/2020 4:22:15 PM | SYST - 042 | Financial | - QUEUED FINANCIAL RECORD - | 001 INS - JEFF DIEM |
| PAYMENT IN THE AMOUNT OF $1368.25 QUEUED TO SUPERVISOR: TH<br>IN OFFICE: 042 FOR CLAIM: IHN8570 CLAIMANT: 001 | | | | |
| 9/22/2020 5:17:49 PM | SYS - 042 | General | - ISO CLAIMSEARCH SUBMISSION - | 001 INS - JEFF DIEM |
| CLAIM INFORMATION SENT TO ISO FOR: REPLACEMENT WITH RESEARCH CLAIMSEARCH RE<br>PORT | | | | |
| 9/22/2020 5:18:15 PM | SYS - 042 | General | - ISO NO MATCH REPORT - | 001 INS - JEFF DIEM |
| NO ISO CLAIM SEARCH MATCHES WERE FOUND | | | | |
| 9/23/2020 3:08:23 AM | JUSTIN SICHERI - 042 | General | - LETTER: ALE or Loss of Use Letter AUTHOR: JZS1- - | 001 INS - JEFF DIEM |
| LETTER: ALE or Loss of Use Letter AUTHOR: JZS1-S DATE: 09-23-20<br>PRIMARY RECIPIENT: TIME: 00:34:55<br>LETTER WAS CENTRALLY PRINTED<br>Jeff Diem<br>4565 Elm Ct<br>Denver CO 80211<br>F3162C1S20267000812 00001 N<br>CC(S):<br>1. LETTER WAS CENTRALLY PRINTED<br>Foundations Ins - Fin<br>200 Union Blvd Ste 200<br>Lakewood CO 80028<br>F3162C1S20267000792 00002 N | | | | |
| 9/23/2020 12:15:28 PM | JUSTIN SICHERI - 042 | Contact | Supplemental Contact - Insured - | 001 INS - JEFF DIEM |
| Contacted the PH at (248)563-3267, identified myself and the PH stated he<br>would like to review the claim and estimate and did not have time now-<br>requested to set up a date and time and agreed to Friday at 10am..advised<br>I would contact the PH back on friday to review..PH agreed and understood<br>and no further at this time | | | | |
| 9/25/2020 12:32:37 PM | JUSTIN SICHERI - 042 | Contact | Supplemental Contact - Insured - | 001 INS - JEFF DIEM |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| Contacted the PH with UM Horan ref to the claim and the specific rebuild line items PH wanted reviewed and added..PH only wanted to review the rebuild items and did not discuss the ALE, plumbing, electrical, or HVAC as they were not covered or already paid....PH did question the structural framing and advised we had discussed this item and would not be covered due to rot and would not cover as discussed at the inspection..discussed specific line items and advised I would review and update estimate with any possible items that I could agree with and send updated estimate and issue any additional payment..PH understood and agreed and no further at this time | | | | |
| 9/25/2020 3:55:51 PM | JUSTIN SICHERI - 042 | Damages/Verification | Building - | 001 INS - JEFF DIEM |
| Supp Estimate Payment Note<br><br>Received emails and discussed claim line items with PH-all emails saved to file docs<br>agree with requested items for final cleaning, additional pickup truck disposal, temp toilet, some hallway items, cleaning of carpet, some bathroom and kitchen items including masking and painting, D&R of items and flex tubing for fan exhaust<br>did not agree with replacing of medicine cabinets as not damaged in water loss, painting of door slabs and window/door frames as not damaged in loss and painting of kitchen shelf as not damaged in loss<br><br>Payment Breakdown<br><br>COV A RCV: 24594.65<br>Depreciation: 2067.57<br>Deductible: 1000<br>Prior Payment: 19030.20<br>Net: 2496.88<br><br>Cov D Payment: 1746.90 (July and Aug)<br>Prior Payment: 1746.90<br>Net: 0<br><br>Water MIT Payment: 5288.87<br>Rebuild: 11872.53<br>Asbestos Abatement: 1444.00<br>HVAC/Water Heater: 5989.25 | | | | |
| 9/25/2020 3:57:29 PM | SYST - 042 | Financial | - QUEUED FINANCIAL RECORD - | 001 INS - JEFF DIEM |
| ESTIMATE QUEUED TO SUPERVISOR: TH IN OFFICE: 042 FOR CLAIM: IHN8570 CLAIMANT: 001 | | | | |
| 9/25/2020 3:57:32 PM | SYST - 042 | Financial | - QUEUED FINANCIAL RECORD - | 001 INS - JEFF DIEM |
| PAYMENT IN THE AMOUNT OF $2496.88 QUEUED TO SUPERVISOR: TH IN OFFICE: 042 FOR CLAIM: IHN8570 CLAIMANT: 001 | | | | |
| 9/25/2020 4:59:42 PM | TYLER HORAN - 042 | Management Review | Incurred/Payment Authority - | 001 INS - JEFF DIEM |
| Approve payment for $2,496.88 | | | | |
| 9/25/2020 5:03:42 PM | X800 - 042 | General | - XACTIMATE PROPERTY ESTIMATE DATES - | 001 INS - JEFF DIEM |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| LOCAL CONTACT DATE: 2020-07-07T20:00:00Z Mountain<br>LOCAL INSPECT DATE: 2020-07-13T12:00:00Z Mountain<br>LOCAL ESTIMATE DATE: 2020-09-25T15:02:30Z Mountain<br>LOCAL CONTENT DATE:<br><br>XML CONTACT DATE: 2020-07-07T20:00:00 MOUNTAIN<br>XML INSPECT DATE: 2020-07-13T12:00:00 MOUNTAIN<br>XML ESTIMATE DATE: 2020-09-25T15:02:30 MOUNTAIN<br>XML CONTENT DATE: MOUNTAIN | | | | |
| 9/25/2020 5:05:26 PM | SYSTEM - 800 | General | Sensitive Note - Email/Fax - | 001 INS - JEFF DIEM |
| JSICHERI in 042 emailed and faxed items from file cabinet on 9/25/2020<br>5:05:26 PM<br>Travelers Ins Copy to jeff.diem@gmail.com - Updated estimate attached and<br>additional payment has been requested to be mailed.<br>Thank you! | | | | |
| 9/25/2020 5:05:39 PM | SYS - 042 | General | - ISO CLAIMSEARCH SUBMISSION - | 001 INS - JEFF DIEM |
| CLAIM INFORMATION SENT TO ISO FOR: REPLACEMENT WITH RESEARCH CLAIMSEARCH RE<br>PORT | | | | |
| 9/25/2020 5:06:06 PM | SYS - 042 | General | - ISO NO MATCH REPORT - | 001 INS - JEFF DIEM |
| NO ISO CLAIM SEARCH MATCHES WERE FOUND | | | | |
| 9/28/2020 1:25:57 PM | NATASHA JOHNWELL - 252 | CCS | - | 000 FILE LEVEL |
| **IQ**<br>INSURED CALLED TO REGARDING AMOUNT OF RECENT CHECK THAT WAS PROCESSED -<br>ADVISED $2,496.88 | | | | |
| 10/2/2020 10:09:26 AM | JUSTIN SICHERI - 042 | Damages/Verification | Building - | 001 INS - JEFF DIEM |
| Loss of Use Payment Note<br><br>Received email from PH requesting 3rd loss of use payment for downstairs<br>unit-email saved to file docs<br>agree with 3rd loss of use payment release<br><br>Payment Breakdown<br><br>COV A RCV: 24594.65<br>Depreciation: 2067.57<br>Deductible: 1000<br>Prior Payment: 19030.20<br>Net: 2496.88<br><br>Cov D Payment: 2696.90 (July/Aug/Sept)<br>Prior Payment: 1746.90<br>Net: 950.00<br><br>Water MIT Payment: 5288.87<br>Rebuild: 11872.53<br>Asbestos Abatement: 1444.00<br>HVAC/Water Heater: 5989.25 | | | | |
| 10/2/2020 10:11:27 AM | SYST - 042 | Financial | - QUEUED FINANCIAL RECORD - | 001 INS - JEFF DIEM |
| ESTIMATE QUEUED TO SUPERVISOR: TH IN OFFICE: 042 FOR CLAIM: IHN8570<br>CLAIMANT: 001 | | | | |

TRAVELERS_000212

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 10/2/2020 10:11:28 AM | SYST - 042 | Financial | - QUEUED FINANCIAL RECORD - | 001 INS - JEFF DIEM |
| PAYMENT IN THE AMOUNT OF $950.00 QUEUED TO SUPERVISOR: TH IN OFFICE: 042 FOR CLAIM: IHN8570 CLAIMANT: 001 | | | | |
| 10/2/2020 10:55:17 AM | TYLER HORAN - 042 | Management Review | Incurred/Payment Authority - | 001 INS - JEFF DIEM |
| Reviewed and approve ALE - LOR for sept. as outlined by CP. SOL and ALE worksheet uploaded to file per guidelines.<br><br>Approve payment for $950.00 | | | | |
| 10/2/2020 10:56:53 AM | SYS - 042 | General | - ISO CLAIMSEARCH SUBMISSION - | 001 INS - JEFF DIEM |
| CLAIM INFORMATION SENT TO ISO FOR: REPLACEMENT WITH RESEARCH CLAIMSEARCH RE PORT | | | | |
| 10/2/2020 10:57:16 AM | SYS - 042 | General | - ISO NO MATCH REPORT - | 001 INS - JEFF DIEM |
| NO ISO CLAIM SEARCH MATCHES WERE FOUND | | | | |
| 10/21/2020 12:23:15 PM | JUSTIN SICHERI - 042 | Contact | Attempted Contact - | 001 INS - JEFF DIEM |
| Received VM from PH PA Taylor Grant at 970-566-5088 ref to the claim and to call back when available..<br><br>left message for the PA Taylor Grant back at 970-566-5088, identified myself and the claim and to call back when available-1st attempt | | | | |
| 10/22/2020 10:45:28 AM | SYSTEM - 800 | General | Sensitive Note - Email/Fax - | 000 FILE LEVEL |
| JSICHERI in 042 emailed and faxed items from file cabinet on 10/22/2020 10:45:28 AM<br>Travelers Ins Copy to claims@bellatorclaims.com - | | | | |
| 10/22/2020 10:45:58 AM | SYSTEM - 800 | General | Sensitive Note - Email/Fax - | 000 FILE LEVEL |
| JSICHERI in 042 emailed and faxed items from file cabinet on 10/22/2020 10:45:58 AM<br>Partial Loss Not Covered to claims@bellatorclaims.com - | | | | |
| 10/22/2020 10:46:15 AM | SYSTEM - 800 | General | Sensitive Note - Email/Fax - | 000 FILE LEVEL |
| JSICHERI in 042 emailed and faxed items from file cabinet on 10/22/2020 10:46:15 AM<br>ALE or Loss of Use Letter to claims@bellatorclaims.com - | | | | |
| 10/22/2020 10:49:51 AM | JUSTIN SICHERI - 042 | Contact | Initial Contact - Other - | 001 INS - JEFF DIEM |

<table>
<tr><th>Date</th><th>Author</th><th>Topic</th><th>Subject</th><th>Claimant (Level)</th></tr>
<tr><td colspan="5">Received VM from PH PA Taylor Grant at 970-566-5088 ref to the claim and<br>to call back when available..<br><br>Contacted the PH PA Taylor Grant back, identified myself and the claim and<br>the PA stated that he is working on the Jeff Diem claim and wanted more<br>info..rep advised he wanted to re-inspect the claim location and advised<br>we could absolutely do that and the rep advised he had a busy schedule<br>with training and jury duty and advised that it would be next week and<br>would call back to schedule..agreed...rep also requested estimate and docs<br>for the claim..agreed and would email the latest estimate, partial loss<br>not covered, and ALE letters to the PA..PA agreed and thanked for the<br>assistance and no further at this time..</td></tr>
<tr><td>10/22/2020 4:56:22 PM</td><td>SHWETA LNU - 400</td><td>Correspondence</td><td>Review of Correspondence -</td><td>001 INS - JEFF DIEM</td></tr>
<tr><td colspan="5">TO JSICHERI@TRAVELERS.COM<br>CC EFAXQUAL@travelers.com<br><br><br>HI<br>A new document has been received on a closed file in your name. It has<br>been uploaded to the file cabinet. If you are no longer the claim<br>professional, please forward this email to the appropriate person (if<br>known) or handle as you see fit locally.<br>Please DO NOT email us back as we will not respond. Please handle this<br>image locally to completion. Thank you!<br>shweta</td></tr>
<tr><td>10/22/2020 4:56:24 PM</td><td>SYSTEM - 800</td><td>General</td><td>Sensitive Note - Email/Fax -</td><td>001 INS - JEFF DIEM</td></tr>
<tr><td colspan="5">SLNU48 in 400 emailed and faxed items from file cabinet on 10/22/2020<br>4:56:24 PM<br>LETTER,... to jsicheri@travelers.com -<br><br>HI<br>A new document has been received on a closed file in your name. It has<br>been uploaded to the file cabinet. If you are no longer the claim<br>professional, please forward this email to the appropriate person (if<br>known) or handle as you see fit locall</td></tr>
<tr><td>10/26/2020 11:10:28 AM</td><td>JUSTIN SICHERI - 042</td><td>Contact</td><td>Attempted Contact -</td><td>001 INS - JEFF DIEM</td></tr>
<tr><td colspan="5">Received VM from PH PA Taylor Grant ref to the claim and to call back when<br>available...<br><br>left message for the PH PA Taylor Grant at 970-566-5088 ref to the call<br>and claim and to call back when available-1st attempt</td></tr>
<tr><td>10/26/2020 11:33:36 AM</td><td>JUSTIN SICHERI - 042</td><td>Contact</td><td>Supplemental Contact - Other -</td><td>001 INS - JEFF DIEM</td></tr>
<tr><td colspan="5">Contacted back by the PA Taylor Grant and the rep advised that he was<br>reviewing the code requirements for plumbing an electrical that were<br>initially approved and reviewed the loss and the policy conditions and<br>claim facts and handling and explained loss not covered information...PA<br>questioned the letter sent and stated he did not see where the info on the<br>law and ordinance was covered and what this coverage is bound by...advised<br>that the water or steam escape section covered that and then PA questioned<br>why the law and ordinance section was not covered in the letter and<br>questioned if that was sent..advised I would have to review all the<br>letters sent and would send over any additional that were sent...PA<br>advsied once he had that or more info, would determine that he contacts<br>the PH and moving the claim forward..understood and no further at this<br>time..</td></tr>
</table>

TRAVELERS_000214

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 11/16/2020 12:02:09 PM | JUSTIN SICHERI - 042 | Damages/Verification | Building - | 001 INS - JEFF DIEM |

Supp Estimate Payment Note

Received email from PH with final loss of use payment request for October-
saved to file docs
agree with final loss of use payment

Payment Breakdown

COV A RCV: 24594.65
Depreciation: 2067.57
Deductible: 1000
Prior Payment: 21527.08
Net: 0

Cov D Payment: 3646.90 (July/Aug/Sept/Oct)
Prior Payment: 2696.90
Net: 950.00

Water MIT Payment: 5288.87
Rebuild: 11872.53
Asbestos Abatement: 1444.00
HVAC/Water Heater: 5989.25

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 11/16/2020 12:03:07 PM | SYST - 042 | Financial | - QUEUED FINANCIAL RECORD - | 001 INS - JEFF DIEM |

ESTIMATE QUEUED TO SUPERVISOR: TH IN OFFICE: 042 FOR CLAIM: IHN8570
CLAIMANT: 001

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 11/16/2020 12:03:08 PM | SYST - 042 | Financial | - QUEUED FINANCIAL RECORD - | 001 INS - JEFF DIEM |

PAYMENT IN THE AMOUNT OF $950.00 QUEUED TO SUPERVISOR: TH
IN OFFICE: 042 FOR CLAIM: IHN8570 CLAIMANT: 001

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 11/16/2020 12:06:07 PM | TYLER HORAN - 042 | Management Review | Incurred/Payment Authority - | 001 INS - JEFF DIEM |

Approve LOR for Oct for $950.00

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 11/16/2020 12:10:42 PM | SYS - 042 | General | - ISO CLAIMSEARCH SUBMISSION - | 001 INS - JEFF DIEM |

CLAIM INFORMATION SENT TO ISO FOR: REPLACEMENT WITH RESEARCH CLAIMSEARCH RE
PORT

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 11/16/2020 12:11:10 PM | SYS - 042 | General | - ISO NO MATCH REPORT - | 001 INS - JEFF DIEM |

NO ISO CLAIM SEARCH MATCHES WERE FOUND

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 1/15/2021 5:36:39 PM | JUSTIN SICHERI - 042 | Damages/Verification | Building - | 001 INS - JEFF DIEM |

**Supp Estimate/Demand Received**

Received email from PH PA Bellator claims with estimate, demand, bid
items, pics, etc-saved to file docs
PA estimate and demand amount is for $163,624.88

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 1/19/2021 5:05:29 PM | SYS - | General | - XACTIMATE REQUEST ACCEPTED - | 001 INS - JEFF DIEM |

XACTIMATE REQUEST SENT TO GDUARTE ON 01/19/2021 WAS ACCEPTED.

TRAVELERS_000215

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 1/19/2021 5:05:39 PM | SYS - | General | - XACTIMATE REQUEST - | 001 INS - JEFF DIEM |
| XACTIMATE REQUEST SENT TO GDUARTE ON 01/19/2021 | | | | |
| 1/21/2021 5:12:05 AM | SYS - 800 | ISO | Request Sent - | 001 INS - JEFF DIEM |
| ISO Initial Report | | | | |
| 1/21/2021 5:12:36 AM | SYS - 800 | ISO | Response Received - | 000 FILE LEVEL |
| ISO No Match Found | | | | |
| 1/21/2021 5:13:55 AM | SYS - 800 | ISO | Response Received - | 000 FILE LEVEL |
| ISO No Alert Found | | | | |
| 1/22/2021 7:07:37 PM | GABE DUARTE - 042 | Assignment | File Transfer/Reassign - | 001 INS - JEFF DIEM |
| claim reassignment rcvd for handling:<br><br>- water loss to insrd owned dwelling<br>- initial inspection/estimate/payment completed<br>- insrd has PA, submitted estimate for approx $160k which includes rewiring and plumbing due to code upgrades (approx $40k for both)<br>- potential for re-inspect, will work w/ PA if needed<br>- review of file shows partial for rot, will review coverage/prior partial and update coverage as appropriate if needed | | | | |
| 2/18/2021 3:22:41 PM | SYSTEM - 800 | General | Sensitive Note - Email/Fax - | 001 INS - JEFF DIEM |
| VGANGAVA in 400 emailed and faxed items from file cabinet on 2/18/2021 3:22:41 PM<br>LETTER OF DEMAND to gduarte@travelers.com - Attached is a demand package/settlement.Please DO NOT email this image back to us. Please handle this image locally to completion. Thank you! | | | | |
| 2/23/2021 10:54:59 AM | GABE DUARTE - 042 | Correspondence | - | 001 INS - JEFF DIEM |
| demand rcvd from PA, responding email sent advising that while we are not in agreement w/ either demand or provided estimate, we are currently reviewing loss/coverage to determine if any add'l revisions are warranted to our most recent estimate. | | | | |
| 6/17/2021 10:05:40 AM | GABE DUARTE - 042 | Administrative | File Resolution Plan - | 001 INS - JEFF DIEM |
| - complete final review of estimate for sups<br>- review coverage as/if warranted based on review<br>- AE review (if warranted) to confirm current | | | | |
| 7/21/2021 10:35:49 AM | GABE DUARTE - 042 | Administrative | - | 001 INS - JEFF DIEM |
| - review continues w/ regards to code items<br>- upon finalization, f/u w/ PA<br>- monitor sups as needed | | | | |
| 7/22/2021 12:17:34 AM | SYS - 800 | ISO | Request Sent - | 000 FILE LEVEL |
| ISO Research Report | | | | |

TRAVELERS_000216

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 7/22/2021 12:18:59 AM | SYS - 800 | ISO | Response Received - | 000 FILE LEVEL |
| ISO update received | | | | |

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately and delete from your system or destroy, as appropriate, the original and all copies of the communication, along with any attachments or links.