Metropolitan Drain Cleaning, LLC
3124 S. Parker Rd A2-K439
Aurora, CO 80014

# Estimate

| Date | Estimate # |
|---|---|
| 7/20/2020 | 9604 |

| Name / Address |
|---|
| Jeff Diem for:<br>4563 Elm Ct<br>Denver, CO<br>80211, USA |

| Project |
|---|
| |

| Description | Qty | Cost | Total |
|---|---|---|---|
| 4563 Elm Ct Denver CO.<br>Code upgrade for work to be performed July and August 2020 | | | |
| Demo - opening concrete, tracing to good, connectable-capable drain line | | 2,800.00 | 2,800.00 |
| Install and bed the new pipe, connections | | 1,200.00 | 1,200.00 |
| Install laundry, kitchen, lavatory, bathtub, toilet DWV Including the main stack | | 3,200.00 | 3,200.00 |
| Install new PEX and some copper (at fixtures) includes connecting the two-tank water heater system | | 3,400.00 | 3,400.00 |
| Install new Main shutoff and Pressure reducer (pressure tested ~90, should be around 57 psi) | | 500.00 | 500.00 |
| Install fixtures and perform final trim | | 3,000.00 | 3,000.00 |
| IMPORTANT<br>The entire plumbing system - both supply and DWV - needs to be replaced. Almost all of both supply and DWV is out of code and /or undersized.<br>Denver uses IPC, see Section 605. The tables include it but galvanized pipe may be used to replace existing only for repair. It is not permissible for replacement and is not suitable for mixed use with copper. PEX and copper are the only two suitable piping materials being used for supply. ABS, PVC, and cast iron for DWV. Denver will simply not permit galvanized nor CPVC for domestic supply.<br><br>Venting is salvageable.<br>Prices include materials | | | |
| | | **Total** | $14,100.00 |

Customer Signature ______________________

TRAVELERS_000244