| | | | |
|---|---|---|---|
| Insured: | Jeff Diem | Home: | (248) 563-3267 |
| Home: | 12180 W. 18th Dr.<br>Lakewood, CO 80211 | E-mail: | jeff.diem@gmail.com |
| Property: | 4565 Elm Ct.<br>Denver, CO 80211 | | |

Estimator: Jeff Diem

**Claim Number:** IHN8570001H **Policy Number:** **Type of Loss:** Sewage

| | | | |
|---|---|---|---|
| Date of Loss: | 7/6/2020 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 7/14/2020 4:20 PM |

Price List: CODE8X_JUL20
Restoration/Service/Remodel
Estimate: DIEM4565ELMCT

DEPOSITION EXHIBIT 12 9/19/22 [stamp: PENGAD 800-631-6989]

**DIEM4565ELMCT**

## General

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Asbestos Testing | 1.00 EA | | 0.00 | 488.00 | 0.00 | 97.60 | 585.60 |
| Additional Asbestos Testing 8/7/20. See invoice. | | | | | | | |
| 2. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | | 376.28 | 0.00 | 0.00 | 75.26 | 451.54 |
| Note, this does not include for any street permitting fees. This may change depending upon actual costs. | | | | | | | |
| 3. Temporary toilet (per month) | 1.00 EA | | 0.00 | 240.00 | 0.00 | 48.00 | 288.00 |
| City of Denver requires all jobsites to have a portable toilet if there is no working toilet on-site. Changed line-item to $240 to account for minimum charges which include delivery and cleaning. | | | | | | | |
| Totals: General | | | | | 0.00 | 220.86 | 1,325.14 |

## M E P

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 4. Plumbing (Bid Item) | 1.00 EA | | 0.00 | 14,100.00 | 0.00 | 2,820.00 | 16,920.00 |
| Plumbing must be brought up to code. See bid. | | | | | | | |
| 5. Electrical (Bid Item) | 1.00 EA | | 0.00 | 4,475.00 | 0.00 | 895.00 | 5,370.00 |
| Electrical must be brought up to code. | | | | | | | |
| 6. Heat, Vent, & Air Conditioning (Bid Item) | 1.00 EA | | 0.00 | 3,628.00 | 0.00 | 725.60 | 4,353.60 |
| Reinstallation of water heaters and furnaces. | | | | | | | |
| Totals: M E P | | | | | 0.00 | 4,440.60 | 26,643.60 |

## Main Level

### Main Level

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 7. Final cleaning - construction - Residential | 478.08 SF | | 0.00 | 0.28 | 0.00 | 26.78 | 160.64 |
| 8. Clean window unit (per side) 10 - 20 SF | 2.00 EA | | 0.00 | 16.12 | 0.00 | 6.44 | 38.68 |
| 1 window in kitchen, one window in family room. Interior only. | | | | | | | |
| Total: Main Level | | | | | 0.00 | 33.22 | 199.32 |




**Family Room** **Height: 8'**

| | |
|---|---|
| 427.39 SF Walls | 168.80 SF Ceiling |
| 596.19 SF Walls & Ceiling | 168.80 SF Floor |
| 18.76 SY Flooring | 53.00 LF Floor Perimeter |
| 55.33 LF Ceil. Perimeter | |




**Subroom: Hallway (1)** **Height: 8'**

| | |
|---|---|
| 108.73 SF Walls | 18.00 SF Ceiling |
| 126.73 SF Walls & Ceiling | 18.00 SF Floor |
| 2.00 SY Flooring | 12.67 LF Floor Perimeter |
| 18.00 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **2' 4" X 6' 8"** | **Opens into FAMILY_ROOM** |
| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | **Opens into KITCHEN** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 9. Mask and prep for paint - paper and tape (per LF) | 73.33 LF | | 0.00 | 0.61 | 0.30 | 9.00 | 54.03 |
| 10. Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 722.92 SF | | 0.00 | 1.23 | 15.62 | 180.96 | 1,085.77 |
| 3 coats necessary to prevent flashing where new paint meets old. | | | | | | | |
| 11. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | | 0.00 | 28.60 | 0.42 | 5.80 | 34.82 |
| Paint interior of front entry door. | | | | | | | |
| 12. Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 29.31 | 0.59 | 5.98 | 35.88 |
| Paint interior of front entry door. | | | | | | | |
| 13. 1/2" drywall - hung, taped, floated, ready for paint | 15.00 SF | | 0.00 | 2.57 | 0.71 | 7.86 | 47.12 |
| Repairs to hall closet area next to bathroom. | | | | | | | |
| 14. Clean and deodorize carpet | 186.80 SF | | 0.00 | 0.52 | 0.16 | 19.46 | 116.76 |
| Clean carpet. HVAC units and water heaters were placed on carpet for storage. Carpet was also walked on during mitigation phase. | | | | | | | |
| Totals: Family Room | | | | | 17.80 | 229.06 | 1,374.38 |




**Mechanical** **Height: 8'**

| | |
|---|---|
| 446.67 SF Walls | 173.44 SF Ceiling |
| 620.11 SF Walls & Ceiling | 173.44 SF Floor |
| 19.27 SY Flooring | 55.83 LF Floor Perimeter |
| 55.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 15. Duct Cleaning | 1.00 EA | | 0.00 | 1,100.00 | 0.00 | 220.00 | 1,320.00 |
| 2 units-see bid from Duct Works | | | | | | | |
| 16. Ductwork - flexible - non-insulated - 4" round | 15.00 LF | | 0.00 | 6.77 | 1.45 | 20.62 | 123.62 |
| For bathroom exhaust fan. | | | | | | | |
| 17. 1/2" drywall - hung, taped, ready for texture | 72.00 SF | | 0.00 | 2.25 | 3.35 | 33.08 | 198.43 |
| 18. Seal/prime then paint the surface area (2 coats) | 72.00 SF | | 0.00 | 0.75 | 0.96 | 11.00 | 65.96 |
| Totals: Mechanical | | | | | 5.76 | 284.70 | 1,708.01 |




**Bathroom** **Height: 8'**

| | |
|---|---|
| 192.00 SF Walls | 35.00 SF Ceiling |
| 227.00 SF Walls & Ceiling | 35.00 SF Floor |
| 3.89 SY Flooring | 24.00 LF Floor Perimeter |
| 24.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 19. Carpenter - General Framer - per hour | 1.00 HR | | 0.00 | 70.06 | 0.00 | 14.02 | 84.08 |
| Additional labor to remove existing 2x6 bottom plate that was left in-place during mitigation. It was let because it needs to be removed and replaced after the existing plumbing is removed. Due to the integrity of the plumbing, MIT company preferred to leave in-place. | | | | | | | |
| 20. Labor to frame 2" x 6" non-bearing wall - 16" oc | 192.00 SF | | 0.00 | 2.02 | 0.32 | 77.62 | 465.78 |
| 21. Stud wall - 2" x 6" x 8' - 16" oc | 9.00 LF | | 0.00 | 25.58 | 6.64 | 47.36 | 284.22 |
| 22. Add. charge - treated plate in framed wall, 2"x6" No drill | 9.00 LF | | 0.00 | 0.37 | 0.28 | 0.72 | 4.33 |
| 23. Firesafing - draft stop | 24.00 LF | | 0.00 | 1.40 | 0.46 | 6.82 | 40.88 |
| Penetrations required to be filled by code. | | | | | | | |
| 24. Remove Ceramic/porcelain tile | 1.00 SF | | 1.74 | 0.00 | 0.00 | 0.34 | 2.08 |
| Remove remaining 1st of ceramic wall tile in bathroom left by MIT company. | | | | | | | |
| 25. 5/8" drywall - hung, taped, heavy texture, ready for paint | 35.00 SF | | 0.00 | 3.14 | 2.27 | 22.44 | 134.61 |

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 26. 1/2" drywall - hung, taped, heavy texture, ready for paint | 132.00 SF | | 0.00 | 3.00 | 7.90 | 80.78 | 484.68 |
| Walls less bath tub surround. | | | | | | | |
| 27. 1/2" water rock (greenboard) hung, taped ready for texture | 60.00 SF | | 0.00 | 2.37 | 3.24 | 29.08 | 174.52 |
| Bath tub. | | | | | | | |
| 28. Fiberglass tub surround only | 1.00 EA | | 0.00 | 444.76 | 15.65 | 92.10 | 552.51 |
| 29. Fiberglass reinforced plastic (FRP) paneling | 15.00 SF | | 0.00 | 5.74 | 1.94 | 17.60 | 105.64 |
| There was originally fiberglass over the top of the drywall above the bathtub. See photos. | | | | | | | |
| 30. 1/2" Cement board | 35.00 SF | | 0.00 | 4.36 | 4.13 | 31.34 | 188.07 |
| 31. Tile floor covering - Standard grade | 35.00 SF | | 0.00 | 9.22 | 7.88 | 66.12 | 396.70 |
| 32. Toilet - Detach & reset | 0.50 EA | | 0.00 | 249.48 | 0.26 | 25.00 | 150.00 |
| 33. Vanity | 2.00 LF | | 0.00 | 194.34 | 26.43 | 83.02 | 498.13 |
| Previous vanity sustained mold damage and was non-salvegable. | | | | | | | |
| 34. Countertop - flat laid plastic laminate | 2.00 LF | | 0.00 | 38.20 | 4.32 | 16.14 | 96.86 |
| 35. Sink - single - Detach & reset | 0.50 EA | | 0.00 | 152.91 | 0.00 | 15.30 | 91.76 |
| reset vanity sink | | | | | | | |
| 36. Sink faucet - Detach & reset | 0.50 EA | | 0.00 | 123.08 | 0.00 | 12.30 | 73.84 |
| Reset bathroom faucet. | | | | | | | |
| 37. Plumbing fixture supply line | 3.00 EA | | 0.00 | 19.87 | 1.49 | 12.22 | 73.32 |
| Hot, cold, and toilet | | | | | | | |
| 38. Add-on for tile backsplash installation | 4.00 SF | | 0.00 | 14.86 | 0.00 | 11.88 | 71.32 |
| Backsplash behind bathroom sink. | | | | | | | |
| 39. Ceramic/porcelain tile | 4.00 SF | | 0.00 | 12.63 | 1.54 | 10.40 | 62.46 |
| Backsplash behind bathroom sink. | | | | | | | |
| 40. Medicine cabinet - Standard grade | 2.00 EA | | 0.00 | 106.30 | 12.80 | 45.08 | 270.48 |
| two medicine cabinets-see photos. They were non salvegable. | | | | | | | |
| 41. Vinyl cove - 6" wrap | 9.00 LF | | 0.00 | 8.22 | 1.79 | 15.16 | 90.93 |
| 42. Detach & Reset Light bar - 3 lights | 0.50 EA | 46.77 | 0.00 | 0.00 | 0.00 | 4.68 | 28.07 |
| Reset only. | | | | | | | |
| 43. Mask and cover light fixture | 1.00 EA | | 0.00 | 10.86 | 0.05 | 2.20 | 13.11 |
| 44. Mask and prep for paint - paper and tape (per LF) | 24.00 LF | | 0.00 | 0.61 | 0.10 | 2.94 | 17.68 |
| 45. Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 227.00 SF | | 0.00 | 1.23 | 4.90 | 56.82 | 340.93 |

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 46. Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | | 0.00 | 28.60 | 0.83 | 11.60 | 69.63 |
| 47. Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 29.31 | 1.17 | 11.96 | 71.75 |
| 48. Towel bar - Detach & reset | 0.50 EA | | 0.00 | 17.40 | 0.00 | 1.74 | 10.44 |
| 49. Toilet paper holder - Detach & reset | 0.50 EA | | 0.00 | 18.36 | 0.00 | 1.84 | 11.02 |
| Totals: Bathroom | | | | | 106.39 | 826.62 | 4,959.83 |




**Kitchen** **Height: 8'**

| | | | |
|---|---|---|---|
| 297.33 | SF Walls | 82.83 | SF Ceiling |
| 380.17 | SF Walls & Ceiling | 82.83 | SF Floor |
| 9.20 | SY Flooring | 36.67 | LF Floor Perimeter |
| 39.67 | LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor** **3' X 6' 8"** **Opens into HALLWAY**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 50. Cabinetry - lower (base) units | 7.00 LF | | 0.00 | 188.51 | 89.10 | 281.74 | 1,690.41 |
| 51. Cabinetry - upper (wall) units | 7.00 LF | | 0.00 | 130.57 | 55.40 | 193.88 | 1,163.27 |
| 52. Countertop - flat laid plastic laminate | 7.00 LF | | 0.00 | 38.20 | 15.13 | 56.50 | 339.03 |
| Original countertop fell apart during mitigation. | | | | | | | |
| 53. Backsplash - plastic laminate | 2.10 SF | | 0.00 | 6.58 | 0.50 | 2.86 | 17.18 |
| 7'x4" | | | | | | | |
| 54. Sink - single - Detach & reset | 0.50 EA | | 0.00 | 152.91 | 0.00 | 15.30 | 91.76 |
| reset vanity sink | | | | | | | |
| 55. Sink faucet - Detach & reset | 0.50 EA | | 0.00 | 123.08 | 0.00 | 12.30 | 73.84 |
| Reset bathroom faucet. | | | | | | | |
| 56. Plumbing fixture supply line | 2.00 EA | | 0.00 | 19.87 | 0.99 | 8.14 | 48.87 |
| Hot & cold | | | | | | | |
| 57. Drywall tape joint/repair - per LF | 8.00 LF | | 0.00 | 8.50 | 0.19 | 13.64 | 81.83 |
| 58. 1/2" drywall - hung, taped, with smooth wall finish | 58.67 SF | | 0.00 | 3.48 | 2.78 | 41.40 | 248.35 |
| No texture exists in kitchen. | | | | | | | |
| 59. Mask and cover light fixture | 1.00 EA | | 0.00 | 10.86 | 0.05 | 2.20 | 13.11 |
| 60. Mask and prep for paint - paper and tape (per LF) | 79.33 LF | | 0.00 | 0.61 | 0.33 | 9.74 | 58.46 |

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Mask ceiling and mask wainscotting. 2x PC. | | | | | | | |
| 61. Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | 380.17 SF | | 0.00 | 1.23 | 8.21 | 95.16 | 570.98 |
| 62. Apply paint deglosser to trim | 8.00 LF | | 0.00 | 0.41 | 0.03 | 0.66 | 3.97 |
| Degloss spice rack shelf prior to painting for proper adhesion. | | | | | | | |
| 63. Seal & paint closet shelving - single shelf - Small closet | 1.00 EA | | 0.00 | 28.51 | 0.26 | 5.76 | 34.53 |
| This is for the shelf inset near the kitchen counter. | | | | | | | |
| Totals: Kitchen | | | | | 172.97 | 739.28 | 4,435.59 |
| Total: Main Level | | | | | **302.92** | **2,112.88** | **12,677.13** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 67. Finish hardware labor minimum | 1.00 EA | | 0.00 | 143.50 | 0.00 | 28.70 | 172.20 |
| 69. Floor cleaning labor minimum | 1.00 EA | | 0.00 | 77.01 | 0.00 | 15.40 | 92.41 |
| 70. Tile / marble labor minimum | 1.00 EA | | 0.00 | 205.25 | 0.00 | 41.06 | 246.31 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 85.16 | 510.92 |
| **Line Item Totals: DIEM4565ELMCT** | | | | | **302.92** | **6,859.50** | **41,156.79** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,472.12 | SF Walls | 478.08 | SF Ceiling | 1,950.20 | SF Walls and Ceiling |
| 478.08 | SF Floor | 53.12 | SY Flooring | 182.17 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 192.83 | LF Ceil. Perimeter |
| 478.08 | Floor Area | 527.77 | Total Area | 1,472.12 | Interior Wall Area |
| 924.00 | Exterior Wall Area | 102.67 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 33,994.37 |
| Material Sales Tax | 302.92 |
| Subtotal | 34,297.29 |
| Overhead | 3,429.75 |
| Profit | 3,429.75 |
| **Replacement Cost Value** | **$41,156.79** |
| Less Deductible | (1,000.00) |
| **Net Claim** | **$40,156.79** |

Jeff Diem

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.31%) | Manuf. Home Tax (8.31%) | Storage Rental Tax (8.31%) | Local Food Tax (5.41%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 3,429.75 | 3,429.75 | 302.92 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **3,429.75** | **3,429.75** | **302.92** | **0.00** | **0.00** | **0.00** |

1 

2 

3 

4 

5 

6 
Honest, Reliable, and Always Professional
HIGH WATER LLC
ECO FRIENDLY
PLUMBING & HEATING
Highwaterplumbingandheating.com
303-923-5110
Date: 7-14-20
Technician: Michael Ikyle
Invoice: 004111
Name: JEFF DIEM
Address: 4565 ELM CT.
City, State, Zip: DENVER
Item #
Job Description/Recommendations
Initial
Amount
1
PULLED 2 FURNACES & 2 WATER HEATERS
RESET UP 1 WATER HEATER AWAY FROM THE
WALL, TAPED UP OPEN FLUE VENT AS
TEMPORARY FIX TILL IT ALL GET PUT BACK
968.00
TRIP CHARGE $25.00
Subtotal $968.00
Discount $
TOTAL: 968.00
Amount Due $993.00
PAYMENT
Cash
Account (NET 10)
Check#
CREDIT:
Visa
MC
Discover
Amex
Approval#
Guarantee
Yes
No
CUSTOMER AGREEMENT:
30 Day
90 Day
365 Day
Highwater Plumbing & Heating 6752 Wright Court, Arvada, Colorado 80004.
Thank You For Your Business !

7 

8 

9

10

11

12

13

14

15

16


17


18


19


20


21


22


23


24


| Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 1 | Main Level/Family Room - 11-DSC01809 | 3/16/2015 | |
| 2 | Main Level/Family Room - 12-DSC01810 | 3/16/2015 | |
| 3 | Main Level/Family Room - 23-DSC01811 | 3/16/2015 | |
| 4 | Main Level/Mechanical - 1-107263 | | |
| 5 | Main Level/Mechanical - 2-107265 | | |
| 6 | Main Level/Mechanical - 3-107267 | | |
| 7 | Main Level/Mechanical - 13-107263 | | |
| 8 | Main Level/Mechanical - 14-107265 | | |
| 9 | Main Level/Bathroom - 4-DSC01782 | 2/16/2015 | |
| 10 | Main Level/Bathroom - 5-DSC01783 | 2/16/2015 | |
| 11 | Main Level/Bathroom - 6-DSC01784 | 2/16/2015 | |
| 12 | Main Level/Bathroom - 7-DSC01785 | 2/16/2015 | |
| 13 | Main Level/Bathroom - 8-DSC01786 | 2/16/2015 | |
| 14 | Main Level/Bathroom - 9-DSC01787<br>Note fiberglass surround and over top of tub. | 2/16/2015 | |
| 15 | Main Level/Bathroom - 10-DSC01788 | 2/16/2015 | |
| 16 | Main Level/Bathroom - 15-DSC01814 | 3/16/2015 | |
| 17 | Main Level/Bathroom - 16-DSC01815 | 3/16/2015 | |
| 18 | Main Level/Bathroom - 17-DSC01816 | 3/16/2015 | |

**Continued - Image Detail**

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 19 | Main Level/Bathroom - 24-DSC01808<br>Vanity mold-non salvegable. | 3/16/2015 | |
| 20 | Main Level/Kitchen - 18-DSC01800 | 2/22/2015 | |
| 21 | Main Level/Kitchen - 19-DSC01801 | 2/22/2015 | |
| 22 | Main Level/Kitchen - 20-DSC01802 | 2/22/2015 | |
| 23 | Main Level/Kitchen - 21-DSC01812 | 3/16/2015 | |
| 24 | Main Level/Kitchen - 22-DSC01813 | 3/16/2015 | |

Main Level




Main Level

DIEM4565ELMCT

8/13/2020 Page: 15

Diem_001312