Gmail

Jeff Diem <jeff.diem@gmail.com>

# RE: [External] 4563 n Elm Ct plumbing permit

9 messages

**Sicheri, Justin E** <JSICHERI@travelers.com> Wed, Sep 2, 2020 at 8:48 AM
To: John Napolitan <drainsgreat@gmail.com>
Cc: "JEFF.DIEM@GMAIL.COM" <JEFF.DIEM@gmail.com>

Hey John,

Again, thank you for the permit copy.

Per our discussion, following up on the needed documentation.

Per our discussion when we completed the onsite inspection, I need the City to inspect and provide documentation to show what is being code enforced to bring the plumbing/other items in the affected areas of the property up to code. This is needed to confirm the items requested are needed and enforced by the City.

Without the documentation, I cannot approve any code upgrade items for the affected areas per the policy language.

Once obtained, I will update my estimate for the enforced code items.

Thank you!

**Justin Sicheri | Claims Professional | Property**
Travelers
PO Box 650293
Dallas, TX 75265-0293
W: 720-610-8758 F: 877-801-9674

TRAVELERS

DEPOSITION EXHIBIT
PENGAD 800-631-6989
17
9/19/22

*Customers can log in or register at MyTravelers.com to access your detailed claim information, upload documents, and communicate with your Claim Professional.*

*Agents or Contractors can upload documents directly to a claim by visiting our Claim Upload Center and entering the 7 digit Claim Number and Date of Loss.*

Should you need additional assistance, please feel free to contact my supervisor:

Tyler Horan– thoran@travelers.com

**From:** John Napolitan <drainsgreat@gmail.com>
**Sent:** Wednesday, September 2, 2020 8:33 AM
**To:** Sicheri, Justin E <JSICHERI@travelers.com>
**Subject:** Re: [External] 4563 n Elm Ct plumbing permit

*****External Sender - Please Exercise Caution*****

What is that?

John Napolitan
Metropolitan Drain Cleaning, LLC
(303) 359-8566
drainsgreat@gmail.com

On Wed, Sep 2, 2020 at 8:27 AM Sicheri, Justin E <JSICHERI@travelers.com> wrote:

> Hey John,
>
> Thanks for the email and permit copy.
>
> Will need the City inspectors red flag sheet to complete the code items on the estimate they list as needed.
>
> Send that once obtained.
>
> Thanks!
>
> **Justin Sicheri | Claims Professional | Property**
> Travelers
> PO Box 650293
> Dallas, TX 75265-0293
> W: 720-610-8758 F: 877-801-9674
>
> TRAVELERS
>
> nyounan@travelers.comnyounan@travelers.com
>
> *Customers can log in or register at MyTravelers.com to access your detailed claim information, upload documents, and communicate with your Claim Professional.*

*Agents or Contractors can upload documents directly to a claim by visiting our Claim Upload Center and entering the 7 digit Claim Number and Date of Loss.*

Should you need additional assistance, please feel free to contact my supervisor:

Tyler Horan– thoran@travelers.com

**From:** John Napolitan <drainsgreat@gmail.com>
**Sent:** Wednesday, September 2, 2020 8:24 AM
**To:** Sicheri, Justin E <JSICHERI@travelers.com>
**Subject:** [External] 4563 n Elm Ct plumbing permit

*****External Sender - Please Exercise Caution*****

Hi Justin,

We have the permit pulled for the plumbing project at 4563 Elm Ct, Jeff Diem. You wanted us to let you know when it was pulled and we were ready to begin. We will get started in the next few days with the demolition.

John Napolitan
Metropolitan Drain Cleaning, LLC
(303) 359-8566
drainsgreat@gmail.com

---

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

TRVDiscDefault::1201

---

**Sicheri, Justin E** <JSICHERI@travelers.com> Wed, Sep 2, 2020 at 2:15 PM
To: John Napolitan <drainsgreat@gmail.com>
Cc: "Horan, Tyler" <THORAN@travelers.com>, "JEFF.DIEM@GMAIL.COM" <JEFF.DIEM@gmail.com>

Hey John,

Thank you for the email and information.

I have attached the insurance policy section below that stipulates the need for the City enforced code information requested for the affected areas. This is not my rule or any internal company policy. This is the insurance policy language and the insurance policy is clear that we have to have the City/County enforced ordinance or law which requires or regulates in order to afford the ordinance and law coverage.

It has to be enforced and required by the City/County. You will have to get the City/County to provide the red flag sheet/documentation to support the enforced code items your requesting.

My manager and I were clear on this during our inspection and without that, cannot approve the coverage our insured is requesting.

9. Ordinance or Law. a. You may use up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for the increased costs you incur due to the **enforcement** of any ordinance or law which **requires or regulates**:

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

Please supply the requested City/County inspection documentation so we can move the claim forward to completion.

Thank you!

**Justin Sicheri | Claims Professional | Property**
Travelers
PO Box 650293
Dallas, TX 75265-0293
W: 720-610-8758 F: 877-801-9674

TRAVELERS

*Customers can log in or register at MyTravelers.com to access your detailed claim information, upload documents, and communicate with your Claim Professional.*

*Agents or Contractors can upload documents directly to a claim by visiting our Claim Upload Center and entering the 7 digit Claim Number and Date of Loss.*

Should you need additional assistance, please feel free to contact my supervisor:

Tyler Horan– thoran@travelers.com

**From:** John Napolitan <drainsgreat@gmail.com>
**Sent:** Wednesday, September 2, 2020 12:51 PM
**To:** Sicheri, Justin E <JSICHERI@travelers.com>
**Subject:** Re: [External] 4563 n Elm Ct plumbing permit

*****External Sender - Please Exercise Caution*****

This kind of inspection is not offered by City of Denver. If so, please provide the automated code. There are only four- underground, rough, final, and water service.

[Quoted text hidden]

---

**Jeff Diem** <jeff.diem@gmail.com> Wed, Sep 2, 2020 at 2:55 PM
To: Brian Richardson <brian@foundationsifs.com>

Hi Brian,

Just a heads up the adjuster has back tracked his approval. I also am disappointed that he is choosing to ignore the section of my policy that covers upgrades 9a.3. I'll get in touch with him when I return however he approved the work in front of my plumber. He never asked for a "red tag" inspection which does not exist anyway.

Short of hiring a PA, any suggestions?

Thanks,

Jeff
[Quoted text hidden]

---

**7 attachments**

**image003.png**
2K

**image004.png**
2K

**image005.png**
2K

**image006.png**
2K

**image007.png**
2K

**image008.png**
3K

TRAVELERS **image001.jpg**
3K

---

**Brian Richardson** <brian@foundationsifs.com> Wed, Sep 2, 2020 at 3:59 PM
To: Jeff Diem <jeff.diem@gmail.com>

Jeff,

Seems pretty straightforward, to get that coverage to pay out it needs to be specifically required by the City which is what the coverage is for obviously. If it is then it should be very easy to get from the City, if it isn't then they aren't paying for it. He didn't deny the claim so there is nothing to appeal at this point which would be the first step. The work done requires a permit right? Seems like that is the place where you would get the info you need to give to them.

Happy to help guide you through this quickly but they are not in the wrong here. I don't ever tell anyone anything material in person but the policy language supersedes anything he may have said verbally.

Let me know what the City says about this and if there is some flexibility on Travelers part that needs to happen I can help with that.

Brian

**Brian C. Richardson**

Founder / Client Advocate

***Foundations Insurance & Financial Services, Inc.***

200 Union Blvd #200

Lakewood, CO 80228

Office: (303) 974-6983

Fax: (303) 835-7975

Brian@FoundationsIFS.com

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
>
> nyounan@travelers.comnyounan@travelers.com
>
> [Quoted text hidden]
> [Quoted text hidden]
>
> > [Quoted text hidden]
> >
> > nyounan@travelers.comnyounan@travelers.com
> >
> > [Quoted text hidden]

---

**John Napolitan** <drainsgreat@gmail.com> Wed, Sep 2, 2020 at 4:34 PM
To: Jeff Diem <jeff.diem@gmail.com>

John Napolitan
Metropolitan Drain Cleaning, LLC
(303) 359-8566
drainsgreat@gmail.com

---------- Forwarded message ---------
From: **Sicheri, Justin E** <JSICHERI@travelers.com>
Date: Wed, Sep 2, 2020 at 2:15 PM
Subject: RE: [External] 4563 n Elm Ct plumbing permit
To: John Napolitan <drainsgreat@gmail.com>
Cc: Horan, Tyler <THORAN@travelers.com>, JEFF.DIEM@GMAIL.COM <JEFF.DIEM@gmail.com>

[Quoted text hidden]

---

**Jeff Diem** <jeff.diem@gmail.com> Thu, Sep 3, 2020 at 1:24 PM
Draft To: Brian Richardson <brian@foundationsifs.com>

[Quoted text hidden]

---