TRAVELERS

Travelers Personal Insurance Company
P.O. Box 650293
Dallas, TX 75265-0293

09/09/2020

**Jeff Diem**
**4565 Elm Ct**
**Denver CO 80211**

| | |
|---|---|
| **Insured:** | Jeff Diem |
| **Claim Number:** | IHN8570 |
| **Policy Number:** | 0DLC67-602864992-653-1 |
| **Date of Loss:** | 07/06/2020 |
| **Loss Location:** | 4565 Elm Ct, Denver, CO |

Dear Mr. Diem,

I am following up on our recent conversation about the damage to your property. As we discussed, I am providing a summary of your payment calculation and an explanation about the portion of your claim that is not covered under your policy.

**PAYMENT CALCULATION:**

Please review the estimate provided. Should you or your contractor have questions about any portion of the estimate, please contact me before beginning any repairs or replacing any items.

**Building Damages:**

| | |
|---|---|
| Full Cost of Repair or Replacement: | $19,981.18 |
| Minus Recoverable Depreciation: | - $1,319.23 |
| Minus Non-Recoverable Depreciation: | - $0.00 |
| Actual Cash Value: | $18,661.95 |
| Minus Deductible: | - $1,000.00 |
| Minus Prior Payment(s): | - $17,661.95 |
| Payment: | $0.00 |

DEPOSITION EXHIBIT 16 9/19/22 PENGAD 800-631-6989

**EXPLANATION OF NON-COVERED PORTION**

As we discussed, after researching this claim, Travelers Personal Insurance Company determined that your policy does not cover wear and tear, rot, mechanical breakdown, the plumbing system in which water escaped and faulty workmanship. The reasons for this determination are outlined below.

You presented a claim for plumbing and code items associated with plumbing and electrical. We inspected the damages with you and your plumber on 08/24/2020. Our research found a sewer line cracked due to wear and tear, faulty workmanship or mechanical breakdown which caused rot to a structural wall. Since wear and tear, rot, mechanical breakdown, the plumbing system in which water escaped and faulty workmanship are not covered, your policy does not provide coverage.

As a reference, I have provided the following section of your policy, (0DLC67-602864992-653-1), which explains that this type of loss is not covered:

**PROPERTY – PERILS INSURED AGAINST**

...

**11.** Accidental Discharge or Overflow of Water or Steam.

...

b. This peril does not include loss:
(1) To the system or appliance from which the water or steam escaped;

...

**PROPERTY COVERAGE A – DWELLING (In form HQ-P56)**

1. We insure against direct physical loss to property described in Property Coverages A and B (if applicable).
2. We do not insure for loss:
a. Excluded under Property – Exclusions;

...

(6) Any of the following:
(a) Wear and tear, marring, scratching or deterioration;
(b) Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;
(c) Smog, rot, rust or other corrosion;

...

**PROPERTY – EXCLUSIONS**

The following are added under Property – Exclusions:
We do not insure for loss to property described in Property Coverages A and B (if applicable) caused by any of the following. However, any ensuing loss toproperty described in Property Coverages A and B (if applicable) not excluded by any other provision in this policy is covered.

...

3. Faulty, inadequate or defective:
b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction;
c. Materials used in repair, construction, renovation or remodeling; or
d. Maintenance;
of part or all of any property whether on or off the "residence premises".
This decision is based on the information and documentation we received during our research of this claim. If you are aware of any new or different information or documentation that might lead us to reconsider our decision, please contact me immediately.

Your policy may have other terms, conditions and exclusions that apply to this claim. We do not waive any rights, including our right to deny coverage, for any other valid reason under the policy or at law.

Please review the Suit Against Us condition of your policy as it contains important information about the period of time in which you may bring legal action.

If you have any questions, please contact me at (720)610-8758 or JSICHERI@travelers.com.

Sincerely,

Justin Sicheri
Claim Professional
Direct: (720)610-8758
Office: (800)227-1538 Ext. 610-8758
Fax: (877)801-9674
Email: JSICHERI@travelers.com

CC: Foundations Ins - Fin