**Archived:** Tuesday, September 14, 2021 8:04:04 AM
**From:**
**To:** 'Jeff Diem'
**Cc:** Horan, Tyler
**Subject:** RE: [External] Re: File Cabinet Document Attach - Claim Number IHN8570
**Importance:** Normal
**Sensitivity:** None

---

Mr. Diem,

Thank you for the email and inquiry.

I am confused as to your inquiry as the review for the 8/13/20 items was completed and additional payment was issued on 8/28/20 for $8,453.89. To date, a total of $19,408.85 has been issued for building damages and lost rental income.

If there is additional supplements you would like me to review, please send those and I will complete the additional review.

Thank you!

**Justin Sicheri** | **Claims Professional** | **Property**
Travelers
PO Box 650293
Dallas, TX 75265-0293
W: 720-610-8758 F: 877-801-9674

TRAVELERS

*Customers can log in or register at MyTravelers.com to access your detailed claim information, upload documents, and communicate with your Claim Professional.*

*Agents or Contractors can upload documents directly to a claim by visiting our Claim Upload Center and entering the 7 digit Claim Number and Date of Loss.*

Should you need additional assistance, please feel free to contact my supervisor:
Tyler Horan– thoran@travelers.com

**From:** Jeff Diem <jeff.diem@gmail.com>
**Sent:** Friday, September 11, 2020 2:08 PM
**To:** Sicheri, Justin E <JSICHERI@travelers.com>
**Cc:** Horan, Tyler <THORAN@travelers.com>
**Subject:** [External] Re: File Cabinet Document Attach - Claim Number IHN8570

*****External Sender - Please Exercise Caution*****

Thank you Justin for your reply. I'm noticing you've not reviewed the estimate I submitted for reconstruction to bring the affected areas back to their pre-loss condition. Electrical and plumbing aside, I'm curious why this has not been reviewed?

Thank you and have a great weekend,

Jeff

On Fri, Sep 11, 2020, 1:58 PM Sicheri, Justin E <JSICHERI@travelers.com> wrote:

Mr. Diem,

Thank you for the email and inquiry.

I have attached a copy of the estimate completed on 8/28/20 for your review which included the supplement items sent in on 8/13/20.
Payment was issued in accordance with this estimate for items 1 and 3.
Item 2 was not included in the estimate as it was not directly damaged from the water loss and would not be covered under the law and ordinance coverage.

Your inquiry of my authority I cannot answer due to internal company processes and operations not being disclosed and is not part of the claims process. However, the handling of your claim is within my authority.

Thank you!

**Justin Sicheri | Claims Professional | Property**
Travelers
PO Box 650293
Dallas, TX 75265-0293
W: 720-610-8758 F: 877-801-9674

nyounan@travelers.comnyounan@travelers.com
*Customers can log in or register at MyTravelers.com to access your detailed claim information, upload documents, and communicate with your Claim Professional.*

*Agents or Contractors can upload documents directly to a claim by visiting our Claim Upload Center and entering the 7 digit Claim Number and Date of Loss.*

Should you need additional assistance, please feel free to contact my supervisor:
Tyler Horan– thoran@travelers.com

**From:** Jeff Diem <jeff.diem@gmail.com>
**Sent:** Friday, September 11, 2020 10:19 AM
**To:** Sicheri, Justin E <JSICHERI@travelers.com>
**Subject:** [External] Re: File Cabinet Document Attach - Claim Number IHN8570

*****External Sender - Please Exercise Caution*****

Hi Justin,

Can you please update me on the status approvals for:
1. The updated reconstruction estimate sent 8/13
2. Electrical estimate sent 8/13
3. HVAC reinstallation sent 8/13

Finally, what level of approval authority do you have?

Thank you,

-Jeff

On Wed, Sep 9, 2020 at 1:19 PM <JSICHERI@travelers.com> wrote:

**Title:** Travelers Ins Copy **Attach:** EAAC3563-9A83-4736-88CE-B1DD817AB071.PDF

---

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

--
Jeff Diem
jeff.diem@gmail.com
248-563-3267