**Brian Richardson**

**From:** Jeff Diem <jeff.diem@gmail.com>
**Sent:** Tuesday, September 22, 2020 3:36 PM
**To:** Brian Richardson
**Subject:** Fwd: File Cabinet Document Attach - Claim Number IHN8570
**Attachments:** image010.jpg; ALEorLossofUseLetter.PDF; TravelersInsCopy.PDF

Hi Brian,

My upstairs tenant moved out and I cannot re rent the unit until the furnace is replaced. This is a violation of the Colorado Warranty of Habitability Act. I've sent this documentation to the adjuster and he replied below. The upper unit by proxy is affected by this claim and while it is not damaged, I cannot rent it. His quote from the policy is below. What's not making sense to me is we've always known this property is not a single family unit. Can you please shed some light on what's going on? Also we NEVER had any repair timeline discussed nornagreed upon. His letter is materially incorrect as we did not have an agreement, plus he was out of town last week. Traveler's lack of response to my 8/13 submission and subsequent non-reply is not a reason to hold back loss of use. I've always followed up in a timely manner how've this has been delayed and delayed on their end.

Thanks,

Jeff

---------- Forwarded message ---------
From: **Sicheri, Justin E** <JSICHERI@travelers.com>
Date: Tue, Sep 22, 2020, 3:16 PM
Subject: RE: File Cabinet Document Attach - Claim Number IHN8570
To: Jeff Diem <jeff.diem@gmail.com>
Cc: Horan, Tyler <THORAN@travelers.com>

Mr. Diem,

Thank you for the emails and documentation.

Attached is our updated estimate and an additional payment has been requested to be mailed to you.

Also attached is a loss of use letter outlining the set dates being authorized for the final time frame allowed for the lower unit lost rental income. The time frame is based on the standard time needed to mitigate and make repairs for such a loss, which is 3 months, and I added an additional 1 month.



DEPOSITION EXHIBIT 21 9/19/22 PENGAD 800-631-6989

Regarding the damage supplement items you submitted, all the approved rebuild/repair items have been accounted for on the prior estimate and prior payment was issued and cashed by you. This estimate has added the cleaning of the ductwork. The other items including the electrical, plumbing, and structural framework have already been addressed in our partial loss not covered letter. Please note, any delay you choose to incur in moving forward with the repairs or mitigating of your damages is your decision and Travelers is not responsible or would owe for winterizing the property.

Regarding the loss of rental income request and information for the upstairs unit. We would not reimburse for this unit as it was not affected directly by the water loss. Please refer to your policy conditions regarding lost rental income noted below:

**PROPERTY COVERAGE SECTION**

**PROPERTY COVERAGE D – LOSS OF USE**

**When the dwelling on the "residence premises" shown in the Declarations is a one-family, owner occupied dwelling used as a primary residence and this Special Provisions – Colorado is used with form HQ-P02 or HQ-P03, the introductory paragraph and paragraphs 1. Additional Living Expense and 2. Fair Rental Value under PROPERTY COVERAGE D – LOSS OF USE are replaced by the following:**

...

**2. Fair Rental Value. If a loss covered under the Property Coverage Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the amount of fair rental value of such premises lost, less any expenses that do not continue while it is not fit to live in.**

**Coverage under Fair Rental Value will only apply when that part of the "residence premises" is held for rental or rented to others for a term of 6 consecutive months or more by the same roomer, boarder, tenant or other occupant who provides compensation to an "insured".**

**Payment will be for the shortest time required to repair or replace such premises, but for no more than the time period shown in the Declarations as the Limit under Coverage D – Loss of Use.**

**Written proof that part of the "residence premises" is rented, was held for rental at the time of loss or has been rented within the 12 months prior to the date of loss is required.**

I hope this answers any questions you may have and please submit any further information or documentation for further review as needed.

Thank you!

**Justin Sicheri | Claims Professional | Property**
Travelers
PO Box 650293
Dallas, TX 75265-0293
W: 720-610-8758 F: 877-801-9674

*Customers can log in or register at MyTravelers.com to access your detailed claim information, upload documents, and communicate with your Claim Professional.*

*Agents or Contractors can upload documents directly to a claim by visiting our Claim Upload Center and entering the 7 digit Claim Number and Date of Loss.*

Should you need additional assistance, please feel free to contact my supervisor:

Tyler Horan– thoran@travelers.com

**From:** Jeff Diem <jeff.diem@gmail.com>
**Sent:** Monday, September 21, 2020 7:58 AM
**To:** Sicheri, Justin E <JSICHERI@travelers.com>
**Cc:** Horan, Tyler <THORAN@travelers.com>
**Subject:** [External] Re: File Cabinet Document Attach - Claim Number IHN8570

*****External Sender - Please Exercise Caution*****

Good morning Justin,

I hope you had a nice weekend.

On 9/11 I sent over the files initially sent 8/13 for review. When is a good day to discuss the scope of work I provided? Plumbing aside, the scope of work provided by Traveler's is insufficient and lacking line items necessary to return the property to its pre-loss condition.

Also, my upstairs tenant moved out 9/20. The property is now fully vacant. The previous Lease which I submitted several months back is at $1,795/mth. It is currently listed for Lease at $1,895/mth. https://www.zillow.com/homedetails/4565-Elm-Ct-Denver-CO-80211/13296748_zpid/ Please be aware that it is *illegal* for me to rent either unit at the property right, and the property is deemed "uninhabitable" as it violates the Colorado Warranty of Habitability Act Statute 38-12-505 requiring heat. As we've discussed before, I cannot reinstall the furnaces until we get the wall reframed, replumbed, and re-drywalled. There was drywall on both sides of the wall that was removed. I cannot begin any of the repairs until we agree on a scope of work and cost. Given that the heating season is approaching, I will be winterizing the property to prevent freeze damage and will submit the invoice for reimbursement. I have attached a copy of the statute for your files. The document is large, and the applicable statute is on page 94.

I look forward to speaking with you regarding the scope of work soon.

Thank you,

-Jeff

On Fri, Sep 11, 2020 at 4:29 PM Jeff Diem <jeff.diem@gmail.com> wrote:

Hi Justin,

Please see attached that I'd sent over to Jason back on 8/13. Let me know after you've reviewed so we can discuss the differences between our two reconstruction estimates. Photos are attached with notes too.

Have a very nice weekend,

-Jeff

On Fri, Sep 11, 2020 at 4:17 PM Sicheri, Justin E <JSICHERI@travelers.com> wrote:

Mr. Diem,