TRAVELERS

Travelers Personal Insurance Company
P.O. Box 650293
Dallas, TX 75265-0293

09/22/2020

**Jeff Diem**
**4565 Elm Ct**
**Denver CO 80211**

| | |
|---|---|
| **Insured:** | Jeff Diem |
| **Claim Number:** | IHN8570 |
| **Policy Number:** | 0DLC67-602864992-653-1 |
| **Date of Loss:** | 07/06/2020 |
| **Loss Location:** | 4565 Elm Ct, Denver, CO |

Dear Mr. Diem,

I am following up on our recent conversation about your claim for loss of use arising from your interior water loss claim on 07/06/2020.

Your coverage for loss of use applies when a covered loss causes your building to be uninhabitable. In such an event, we cover the loss of use incurred by you so that you can maintain your normal standard of living. Based on the scope of repairs, we estimated and agreed with you that the reasonable time frame to repair the damages will be 4 months, meaning you should be able to make use of your property on 11/06/2020. If there should be anything that changes this time period, contact me immediately.

We have calculated your loss of use based on the documentation you submitted.

If you have any questions, please contact me at (720)610-8758 or JSICHERI@travelers.com.

Sincerely,

Justin Sicheri
Claim Professional
Direct: (720)610-8758
Office: (800)227-1538 Ext. 610-8758
Fax: (877)801-9674
Email: JSICHERI@travelers.com

CC: Foundations Ins - Fin

DEPOSITION EXHIBIT
23
9/19/22 a
PENGAD 800-631-6989

P2308