Customer: JEFF DIEM
Property: 4565 ELM CT
DENVER, CO 80211
Home: 12180 W 18TH DR
LAKEWOOD, CO 80215

Claim Rep.: Brian Head
Company: TRAVELERS PERSONAL INSURANCE COMPANY
Business: P.O. Box 650293
Dallas, TX 75265
E-mail: BMHEAD@travelers.com

**Claim Number:** IHN8570001H **Policy Number:** 0DLC67602864992653 1 **Type of Loss:** Water Damage - Sewer/Sump Backup

**Date of Loss:** 7/6/2020 **Date Completed:** 9/25/2020 3:02 PM **Price List:** CODE8X_SEP20

| Coverage | | Deductible | Policy Limit | Sublimit |
|---|---|---|---|---|
| Dwelling | | $1,000.00 | $197,000.00 | |
| *Water Mitigation | [S 1:1] | | | $0.00/$0.00 |
| *Repair | [S 1:2] | | | $0.00/$0.00 |
| *Asbestos | [S 1:3] | | | $0.00/$0.00 |
| *HVAC | [S 1:4] | | | $0.00/$0.00 |
| Other Structures | | $0.00 | $19,700.00 | |

**Sublimits do not represent additional coverage amounts* *(Single/Aggregate)*

***For more information about how the claim process works and where to find services to help you recover, visit travelers.com/claim.***

PENGAD 800-631-6989
DEPOSITION EXHIBIT
24
9/19

Diem_000895

**JEFF_DIEM**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 1. Water Extraction & Remediation (Bid Item) | | | | | | | | | |
| 1.00 EA | 5,288.87 | 0.00 | 0.00 | 5,288.87 | 0/NA | Avg. | 0% | (0.00) | 5,288.87 |
| 2. Heat, Vent, & Air Conditioning (Bid Item) | | | | | | | | | |
| 1.00 EA | 4,621.00 | 0.00 | 0.00 | 4,621.00 | 0/NA | Avg. | 0% | (0.00) | 4,621.00 |
| 3. Hazardous Material Remediation (Bid Item) | | | | | | | | | |
| 1.00 EA | 1,444.00 | 0.00 | 0.00 | 1,444.00 | 0/NA | Avg. | 0% | (0.00) | 1,444.00 |
| 4. Temporary toilet (per month) | | | | | | | | | |
| 1.00 MO | 177.11 | 0.00 | 35.42 | 212.53 | 0/NA | Avg. | 0% | (0.00) | 212.53 |
| 5. Final cleaning - construction - Residential | | | | | | | | | |
| 479.00 SF | 0.28 | 0.00 | 26.82 | 160.94 | 0/NA | Avg. | 0% | (0.00) | 160.94 |
| **Total: JEFF_DIEM** | | **0.00** | **62.24** | **11,727.34** | | | | **0.00** | **11,727.34** |

**SKETCH1**

**Main Level**

**Main Level**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Water Mitigation | | | | | | | | | |
| 6. Denver Flood and Fire (Bid Item)* | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 0% | | SEE BID ITEM |
| 7. Equipment setup, take down, and monitoring (hourly charge) | | | | | | | | | |
| 4.00 HR | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 8. Haul debris - per pickup truck load - including dump fees | | | | | | | | | |
| 2.00 EA | | | | | NA | NA | NA | | VALIDATION |
| 9. Add for personal protective equipment (hazardous cleanup) | | | | | | | | | |
| 6.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 10. Add for HEPA filter (for negative air exhaust fan) | | | | | | | | | |
| 2.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 11. Add for HEPA filter (for canister/backpack vacuums) | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| Asbestos | | | | | | | | | |
| 12. SMP Holdings LLC (Bid Item)* | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 13. Asbestos test fee - full service survey - base fee | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 0% | | SEE BID ITEM |
| 14. Asbestos test fee - full service survey - per sample | | | | | | | | | |
| 16.00 EA | | | | | 0/NA | Avg. | 0% | | SEE BID ITEM |

**CONTINUED - Main Level**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Repairs | | | | | | | | | |
| 15. Haul debris - per pickup truck load - including dump fees | | | | | | | | | |
| 2.00 EA | 150.00 | 0.00 | 60.00 | 360.00 | NA | NA | NA [%] | (0.00) | 360.00 |
| Supplemental | | | | | | | | | |
| 16. Power distribution box (per week) | | | | | | | | | |
| 1.00 WK | | | | | 0/NA | Avg. | 0% | | SEE BID ITEM |
| 17. Equipment decontamination charge - per piece of equipment | | | | | | | | | |
| 9.00 EA | | | | | 0/NA | Avg. | 0% | | SEE BID ITEM |
| 18. Peel & seal zipper - heavy duty | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 0% | | SEE BID ITEM |
| 19. Containment Barrier - tension post - per day | | | | | | | | | |
| 9.00 DA | | | | | 0/NA | Avg. | 0% | | SEE BID ITEM |
| 20. Containment Barrier/Airlock/Decon. Chamber | | | | | | | | | |
| 100.00 SF | | | | | 0/NA | Avg. | 0% | | SEE BID ITEM |
| Second Supplement | | | | | | | | | |
| 21. Asbestos test fee - full service survey - base fee | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 22. Asbestos test fee - full service survey - per sample | | | | | | | | | |
| 5.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| **Total: Main Level** | | **0.00** | **60.00** | **360.00** | | | | **0.00** | **360.00** |




**Bathroom** **Height: 8'**

| | |
|---|---|
| 191.46 SF Walls | 34.76 SF Ceiling |
| 226.23 SF Walls & Ceiling | 34.76 SF Floor |
| 3.86 SY Flooring | 23.93 LF Floor Perimeter |
| 23.93 LF Ceil. Perimeter | |

**Door** **2' 6" X 6' 8"** **Opens into Exterior**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Water Mitigation | | | | | | | | | |
| 23. Contents - move out then reset | | | | | | | | | |
| 0.50 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 24. Toilet - Detach & reset | | | | | | | | | |
| 0.50 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 25. Remove Vanity | | | | | | | | | |
| 4.00 LF | | | | | NA | NA | NA | | VALIDATION |

**CONTINUED - Bathroom**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 26. Remove Re-skin toe kick | | | | | | | | | |
| 4.00 LF | | | | | NA | NA | NA | | VALIDATION |
| 27. Remove Waterproof panel tub surround w/trim - up to 65 SF | | | | | | | | | |
| 1.00 EA | | | | | NA | NA | NA | | VALIDATION |
| 28. Detach & Reset Bathtub | | | | | | | | | |
| 0.50 EA | | | | | 0/50 yrs | Avg. | 0% | | VALIDATION |
| 29. Detach & Reset Tub/shower faucet | | | | | | | | | |
| 0.50 EA | | | | | 0/20 yrs | Avg. | 0% | | VALIDATION |
| 30. Detach & Reset Sink - single | | | | | | | | | |
| 0.50 EA | | | | | 0/50 yrs | Avg. | 0% | | VALIDATION |
| 31. Remove Angle stop valve | | | | | | | | | |
| 1.00 EA | | | | | NA | NA | NA | | VALIDATION |
| 32. Light fixture - Detach & reset | | | | | | | | | |
| 0.50 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 33. Detach & Reset Medicine cabinet | | | | | | | | | |
| 0.50 EA | | | | | 0/20 yrs | Avg. | 0% | | VALIDATION |
| 34. Tear out baseboard and bag for disposal - up to Cat 3 | | | | | | | | | |
| 5.00 LF | | | | | NA | NA | NA | | VALIDATION |
| 35. 1/2" Cement board | | | | | | | | | |
| 13.76 SF | | | | | 0/100 yrs | Avg. | 0% | | VALIDATION |
| 36. Tear out non-salvageable tile floor & bag - Cat 3 water | | | | | | | | | |
| 13.76 SF | | | | | NA | NA | NA | | VALIDATION |
| 37. Tear out wet drywall, cleanup, bag - Cat 3 | | | | | | | | | |
| 90.76 SF | | | | | NA | NA | NA | | VALIDATION |
| 38. Tear out wet drywall, cleanup, bag - Cat 3 | | | | | | | | | |
| 34.76 SF | | | | | NA | NA | NA | | VALIDATION |
| Please note that consideration is not a duplicate as two layers of drywall material are present within the ceiling | | | | | | | | | |
| 39. HEPA Vacuuming - Detailed - (PER SF) | | | | | | | | | |
| 226.23 SF | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 40. Apply anti-microbial agent to more than the floor | | | | | | | | | |
| 90.76 SF | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 41. Dehumidifier (per 24 hour period) - No monitoring | | | | | | | | | |
| 3.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 42. Negative air fan/Air scrubber (24 hr period) - No monit. | | | | | | | | | |
| 3.00 DA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 43. Air mover (per 24 hour period) - No monitoring | | | | | | | | | |
| 12.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| Repairs | | | | | | | | | |
| 44. Contents - move out then reset | | | | | | | | | |
| 0.50 EA | 58.71 | 0.00 | 5.88 | 35.24 | 5/NA | Avg. | 25% [%] | (8.82) | 26.42 |

**CONTINUED - Bathroom**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 45. Toilet - Detach & reset | | | | | | | | | |
| 0.50 EA | 249.73 | 0.26 | 25.04 | 150.17 | 5/NA | Avg. | 25% [%] | (37.55) | 112.62 |
| 46. Detach & Reset Bathtub | | | | | | | | | |
| 0.50 EA | 585.40 | 0.00 | 58.54 | 351.24 | 0/50 yrs | Avg. | 0% | (0.00) | 351.24 |
| 47. Detach & Reset Tub/shower faucet | | | | | | | | | |
| 0.50 EA | 94.21 | 0.00 | 9.42 | 56.53 | 0/20 yrs | Avg. | 0% | (0.00) | 56.53 |
| 48. Detach & Reset Sink - single | | | | | | | | | |
| 0.50 EA | 153.07 | 0.00 | 15.30 | 91.84 | 0/50 yrs | Avg. | 0% | (0.00) | 91.84 |
| 49. Angle stop valve | | | | | | | | | |
| 1.00 EA | 35.00 | 0.60 | 7.12 | 42.72 | 5/100 yrs | Avg. | 25% [%] | (10.68) | 32.04 |
| 50. Light fixture - Detach & reset | | | | | | | | | |
| 0.50 EA | 46.77 | 0.00 | 4.68 | 28.07 | 5/NA | Avg. | 25% [%] | (7.03) | 21.04 |
| 51. Detach & Reset Medicine cabinet | | | | | | | | | |
| 0.50 EA | 45.20 | 0.00 | 4.52 | 27.12 | 0/20 yrs | Avg. | 0% | (0.00) | 27.12 |
| 52. Vanity | | | | | | | | | |
| 4.00 LF | 194.56 | 52.85 | 166.22 | 997.31 | 5/50 yrs | Avg. | 25% [%] | (249.33) | 747.98 |
| 53. Re-skin toe kick | | | | | | | | | |
| 4.00 LF | 7.98 | 1.18 | 6.62 | 39.72 | 5/50 yrs | Avg. | 25% [%] | (9.94) | 29.78 |
| 54. 1/2" drywall - hung, taped, floated, ready for paint | | | | | | | | | |
| 90.76 SF | 2.57 | 4.30 | 47.52 | 285.07 | 5/150 yrs | Avg. | 25% [%] | (71.26) | 213.81 |
| 55. Tape joint for new to existing drywall - per LF | | | | | | | | | |
| 27.00 LF | 9.18 | 0.58 | 49.70 | 298.14 | 5/150 yrs | Avg. | 25% [%] | (74.54) | 223.60 |
| 56. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | |
| 34.76 LF | 1.10 | 0.75 | 7.80 | 46.79 | 5/15 yrs | Avg. | 25% [%] | (11.71) | 35.08 |
| 57. Seal/prime then paint the walls and ceiling twice (3 coats) - 2 colors | | | | | | | | | |
| 226.23 SF | 1.24 | 4.89 | 57.08 | 342.50 | 5/15 yrs | Avg. | 25% [%] | (85.61) | 256.89 |
| 58. Vinyl cove - 6" wrap | | | | | | | | | |
| 5.00 LF | 8.21 | 0.99 | 8.42 | 50.46 | 5/50 yrs | Avg. | 25% [%] | (12.61) | 37.85 |
| 59. Remove 1/2" Cement board | | | | | | | | | |
| 23.76 SF | 0.80 | 0.00 | 3.80 | 22.81 | NA | NA | NA [%] | (0.00) | 22.81 |
| 60. Tile floor covering | | | | | | | | | |
| 44.76 SF | 10.86 | 16.22 | 100.46 | 602.77 | 5/100 yrs | Avg. | 25% [%] | (150.69) | 452.08 |
| 61. Add-on for tile backsplash installation | | | | | | | | | |
| 10.00 SF | 14.85 | 0.00 | 29.70 | 178.20 | 5/150 yrs | Avg. | 25% [%] | (44.55) | 133.65 |
| 62. Final cleaning - construction - Residential | | | | | | | | | |
| 34.76 SF | 0.28 | 0.00 | 1.94 | 11.67 | 5/NA | Avg. | 25% [%] | (2.91) | 8.76 |
| 63. 1/2" water rock (greenboard) hung, taped ready for texture | | | | | | | | | |
| 60.00 SF | 2.37 | 3.24 | 29.08 | 174.52 | 5/150 yrs | Avg. | 3.33% | (5.81) | 168.71 |
| 64. Fiberglass tub surround only | | | | | | | | | |
| 1.00 EA | 445.02 | 15.65 | 92.14 | 552.81 | 5/50 yrs | Avg. | 10% | (55.28) | 497.53 |

**CONTINUED - Bathroom**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 65. Fiberglass reinforced plastic (FRP) paneling | | | | | | | | | |
| 15.00 SF | 5.76 | 1.94 | 17.66 | 106.00 | 5/150 yrs | Avg. | 3.33% | (3.52) | 102.48 |
| 66. Medicine cabinet - Detach & reset | | | | | | | | | |
| 2.00 EA | 45.20 | 0.00 | 18.08 | 108.48 | 5/NA | Avg. | 0% | (0.00) | 108.48 |
| 67. Detach & Reset Light bar - 3 lights | | | | | | | | | |
| 0.50 EA | 46.77 | 0.00 | 4.68 | 28.07 | 0/20 yrs | Avg. | 0% | (0.00) | 28.07 |
| 68. Towel bar - Detach & reset | | | | | | | | | |
| 0.50 EA | 17.49 | 0.00 | 1.76 | 10.51 | 5/NA | Avg. | 0% | (0.00) | 10.51 |
| 69. Toilet paper holder - Detach & reset | | | | | | | | | |
| 0.50 EA | 18.46 | 0.00 | 1.84 | 11.07 | 5/NA | Avg. | 0% | (0.00) | 11.07 |
| 70. Ductwork - flexible - non-insulated - 4" round | | | | | | | | | |
| 15.00 LF | 6.77 | 1.45 | 20.62 | 123.62 | 5/30 yrs | Avg. | 16.67% | (20.61) | 103.01 |
| **Totals: Bathroom** | | **104.90** | **795.62** | **4,773.45** | | | | **862.45** | **3,911.00** |




**HVAC/Water Heaters** **Height: 8'**

| | |
|---|---|
| 317.98 SF Walls | 98.74 SF Ceiling |
| 416.72 SF Walls & Ceiling | 98.74 SF Floor |
| 10.97 SY Flooring | 39.75 LF Floor Perimeter |
| 39.75 LF Ceil. Perimeter | |

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| Water Mitigation | | | | | | | | | |
| 71. Contents - move out then reset | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 72. Air mover (per 24 hour period) - No monitoring | | | | | | | | | |
| 12.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 73. Dehumidifier (per 24 hour period) - XLarge - No monitoring | | | | | | | | | |
| 3.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 74. Apply anti-microbial agent to the floor | | | | | | | | | |
| 98.74 SF | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 75. Negative air fan/Air scrubber (24 hr period) - No monit. | | | | | | | | | |
| 3.00 DA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 76. Water extraction from hard surface floor | | | | | | | | | |
| 98.74 SF | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 77. HEPA Vacuuming - Detailed - (PER SF) | | | | | | | | | |
| 416.72 SF | | | | | 0/NA | Avg. | 0% | | VALIDATION |

**CONTINUED - HVAC/Water Heaters**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 78. Tear out wet drywall, cleanup, bag - Cat 3 | | | | | | | | | |
| 110.00 SF | | | | | NA | NA | NA | | VALIDATION |
| 79. Water heater - Detach & reset | | | | | | | | | |
| 0.50 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| Please note that these are not duplicative line items as two units exist | | | | | | | | | |
| 80. Water heater - Detach & reset | | | | | | | | | |
| 0.50 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| Please note that these are not duplicative line items as two units exist | | | | | | | | | |
| 81. Furnace - floor - Detach & reset | | | | | | | | | |
| 0.50 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| Please note that these are not duplicative line items as two units exist | | | | | | | | | |
| 82. Furnace - floor - Detach & reset | | | | | | | | | |
| 0.50 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| Please note that these are not duplicative line items as two units exist | | | | | | | | | |
| Repairs | | | | | | | | | |
| 83. Water heater - Detach & reset | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 25% [%] | | VALIDATION |
| Please note that these are not duplicative line items as two units exist | | | | | | | | | |
| 84. Water heater - Detach & reset | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 25% [%] | | VALIDATION |
| Please note that these are not duplicative line items as two units exist | | | | | | | | | |
| 85. Water heater overflow drain pan | | | | | | | | | |
| 2.00 EA | | | | | 0/20 yrs | Avg. | 0% | | VALIDATION |
| 86. Thermal expansion tank - 2 gallon | | | | | | | | | |
| 2.00 EA | | | | | 0/10 yrs | Avg. | 0% | | VALIDATION |
| 87. Plumber - General Laborer - per hour | | | | | | | | | |
| 8.00 HR | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 88. Furnace - floor - Detach & reset | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 25% [%] | | VALIDATION |
| Please note that these are not duplicative line items as two units exist | | | | | | | | | |
| 89. Furnace - floor - Detach & reset | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 25% [%] | | VALIDATION |
| Please note that these are not duplicative line items as two units exist | | | | | | | | | |
| 90. HVAC - General Laborer - per hour | | | | | | | | | |
| 8.00 HR | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 91. Clean ductwork - Exterior (per LF) | | | | | | | | | |
| 250.00 LF | 4.56 | 0.21 | 228.04 | 1,368.25 | 0/NA | Avg. | 0% | (0.00) | 1,368.25 |
| 92. 1/2" drywall - hung, taped, floated, ready for paint | | | | | | | | | |
| 110.00 SF | 2.57 | 5.21 | 57.58 | 345.49 | 0/150 yrs | Avg. | 25% [%] | (86.38) | 259.11 |
| 93. Tape joint for new to existing drywall - per LF | | | | | | | | | |
| 8.00 LF | 9.18 | 0.17 | 14.72 | 88.33 | 0/150 yrs | Avg. | 25% [%] | (22.08) | 66.25 |

**CONTINUED - HVAC/Water Heaters**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 94. Mask the floor per square foot - plastic and tape - 4 mil | | | | | | | | | |
| 98.74 SF | 0.20 | 0.41 | 4.04 | 24.20 | 0/15 yrs | Avg. | 25% [%] | (6.06) | 18.14 |
| 95. Seal the surface area w/latex based stain blocker - one coat | | | | | | | | | |
| 110.00 SF | 0.48 | 0.64 | 10.68 | 64.12 | 0/15 yrs | Avg. | 25% [%] | (16.04) | 48.08 |
| 96. Final cleaning - construction - Residential | | | | | | | | | |
| 98.74 SF | 0.28 | 0.00 | 5.54 | 33.19 | 0/NA | Avg. | 25% [%] | (8.29) | 24.90 |
| **Totals: HVAC/Water Heaters** | | **6.64** | **320.60** | **1,923.58** | | | | **138.85** | **1,784.73** |
| **Total: Main Level** | | **111.54** | **1,176.22** | **7,057.03** | | | | **1,001.30** | **6,055.73** |
| **Total: SKETCH1** | | **111.54** | **1,176.22** | **7,057.03** | | | | **1,001.30** | **6,055.73** |

**SKETCH2**

**Main Level**




**Kitchen** **Height: 8'**

| | |
|---|---|
| 400.00 SF Walls | 150.00 SF Ceiling |
| 550.00 SF Walls & Ceiling | 150.00 SF Floor |
| 16.67 SY Flooring | 50.00 LF Floor Perimeter |
| 50.00 LF Ceil. Perimeter | |

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 97. Content Manipulation charge - per hour | | | | | | | | | |
| 2.00 HR | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 98. Tear out cabinetry - upper (wall) units | | | | | | | | | |
| 7.00 LF | | | | | NA | NA | NA | | VALIDATION |
| 99. Tear out cabinetry - lower (base) units | | | | | | | | | |
| 7.00 LF | | | | | NA | NA | NA | | VALIDATION |
| 100. Tear out countertop - flat laid plastic laminate | | | | | | | | | |
| 7.00 LF | | | | | NA | NA | NA | | VALIDATION |
| 101. Air mover (per 24 hour period) - No monitoring | | | | | | | | | |
| 3.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 102. Apply anti-microbial agent to the surface area | | | | | | | | | |
| 56.00 SF | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 103. Tear out wet drywall, cleanup, bag - Cat 3 | | | | | | | | | |
| 56.00 SF | | | | | NA | NA | NA | | VALIDATION |

**CONTINUED - Kitchen**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 104. HEPA Vacuuming - Detailed - (PER SF) | | | | | | | | | |
| 150.00 SF | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 105. Sink - double bowl - Detach | | | | | | | | | |
| 1.00 EA | | | | | 0/NA | Avg. | 0% | | VALIDATION |
| 106. Cabinetry - laminate lower (base) units | | | | | | | | | |
| 7.00 LF | 214.13 | 103.87 | 320.56 | 1,923.34 | 5/50 yrs | Avg. | 10% | (192.34) | 1,731.00 |
| 107. Cabinetry - upper (wall) units | | | | | | | | | |
| 7.00 LF | 130.79 | 55.40 | 194.18 | 1,165.11 | 5/50 yrs | Avg. | 10% | (116.51) | 1,048.60 |
| 108. Countertop - flat laid plastic laminate | | | | | | | | | |
| 7.00 LF | 38.27 | 15.13 | 56.60 | 339.62 | 5/15 yrs | Avg. | 33.33% | (113.20) | 226.42 |
| 109. 1/2" drywall - hung, taped, floated, ready for paint | | | | | | | | | |
| 56.00 SF | 2.57 | 2.65 | 29.32 | 175.89 | 5/150 yrs | Avg. | 3.33% | (5.87) | 170.02 |
| 110. Sink - double - Reset | | | | | | | | | |
| 1.00 EA | 98.09 | 0.00 | 19.62 | 117.71 | 5/NA | Avg. | 0% | (0.00) | 117.71 |
| 111. Seal/prime then paint the walls twice (3 coats) - 2 colors | | | | | | | | | |
| 400.00 SF | 1.24 | 8.64 | 100.92 | 605.56 | 5/15 yrs | Avg. | 33.33% | (201.85) | 403.71 |
| 112. Clean window unit (per side) 10 - 20 SF | | | | | | | | | |
| 2.00 EA | 16.27 | 0.00 | 6.50 | 39.04 | 5/NA | Avg. | 0% | (0.00) | 39.04 |
| 113. Apply paint deglosser to trim | | | | | | | | | |
| 8.00 LF | 0.41 | 0.03 | 0.66 | 3.97 | 5/15 yrs | Avg. | 33.33% | (1.32) | 2.65 |
| 114. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | |
| 80.00 LF | 1.10 | 1.73 | 17.94 | 107.67 | 5/15 yrs | Avg. | 33.33% | (35.89) | 71.78 |
| **Totals: Kitchen** | | **187.45** | **746.30** | **4,477.91** | | | | **666.98** | **3,810.93** |
| **Total: Main Level** | | **187.45** | **746.30** | **4,477.91** | | | | **666.98** | **3,810.93** |
| **Total: SKETCH2** | | **187.45** | **746.30** | **4,477.91** | | | | **666.98** | **3,810.93** |

**SKETCH3**

**Main Level**




**Family Room** **Height: 8'**

| | |
|---|---|
| 469.33 SF Walls | 194.10 SF Ceiling |
| 663.44 SF Walls & Ceiling | 194.10 SF Floor |
| 21.57 SY Flooring | 58.67 LF Floor Perimeter |
| 58.67 LF Ceil. Perimeter | |

**Subroom: Hallway (1)** **Height: 8'**




| | | | |
|---|---|---|---|
| 150.67 | SF Walls | 20.28 | SF Ceiling |
| 170.94 | SF Walls & Ceiling | 20.28 | SF Floor |
| 2.25 | SY Flooring | 18.83 | LF Floor Perimeter |
| 18.83 | LF Ceil. Perimeter | | |

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 115. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | |
| 73.33 LF | 1.10 | 1.58 | 16.46 | 98.70 | 5/15 yrs | Avg. | 33.33% | (32.90) | 65.80 |
| 116. Seal/prime then paint the surface area twice (3 coats) - 2 colors | | | | | | | | | |
| 722.92 SF | 1.24 | 15.62 | 182.40 | 1,094.44 | 5/15 yrs | Avg. | 33.33% | (364.82) | 729.62 |
| 117. 1/2" drywall - hung, taped, floated, ready for paint | | | | | | | | | |
| 15.00 SF | 2.57 | 0.71 | 7.86 | 47.12 | 5/150 yrs | Avg. | 3.33% | (1.57) | 45.55 |
| 118. Clean and deodorize carpet - Light | | | | | | | | | |
| 186.80 SF | 0.41 | 0.16 | 15.36 | 92.11 | 5/NA | Avg. | 0% | (0.00) | 92.11 |
| **Totals: Family Room** | | **18.07** | **222.08** | **1,332.37** | | | | **399.29** | **933.08** |
| **Total: Main Level** | | **18.07** | **222.08** | **1,332.37** | | | | **399.29** | **933.08** |
| **Total: SKETCH3** | | **18.07** | **222.08** | **1,332.37** | | | | **399.29** | **933.08** |
| **Line Item Totals: JEFF_DIEM** | | **317.06** | **2,206.84** | **24,594.65** | | | | **2,067.57** | **22,527.08** |

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,529.45 | SF Walls | 497.89 | SF Ceiling | 2,027.33 | SF Walls and Ceiling |
| 497.89 | SF Floor | 55.32 | SY Flooring | 191.18 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 191.18 | LF Ceil. Perimeter |
| 497.89 | Floor Area | 561.28 | Total Area | 1,529.45 | Interior Wall Area |
| 1,696.63 | Exterior Wall Area | 188.51 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Summary for Dwelling

### Summary for All Items

| | |
|---|---|
| Line Item Total | 22,070.75 |
| Material Sales Tax | 317.06 |
| Overhead | 1,103.42 |
| Profit | 1,103.42 |
| **Replacement Cost Value** | **$24,594.65** |
| Less Depreciation | (2,067.57) |
| **Actual Cash Value** | **$22,527.08** |
| Less Deductible | (1,000.00) |
| Less Prior Payment(s) | (19,030.20) |
| **Net Claim Remaining** | **$2,496.88** |
| Total Depreciation | 2,067.57 |
| Total Recoverable Depreciation | 2,067.57 |
| **Net Claim Remaining if Depreciation is Recovered** | **$4,564.45** |

### Sublimit Recap

| Description | Single Item Limit | Aggregate Limit | ACV | RCV | Overage |
|---|---|---|---|---|---|
| Water Mitigation | $0.00 | $0.00 | $5,288.87 | $5,288.87 | $0.00 |
| Repair | $0.00 | $0.00 | $9,804.96 | $11,872.53 | $0.00 |
| Asbestos | $0.00 | $0.00 | $1,444.00 | $1,444.00 | $0.00 |
| HVAC | $0.00 | $0.00 | $5,989.25 | $5,989.25 | $0.00 |
| | | | $22,527.08 | $24,594.65 | $0.00 |

Brian Head

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.31%) | Manuf. Home Tax (8.31%) | Storage Rental Tax (8.31%) | Local Food Tax (5.41%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 1,103.42 | 1,103.42 | 317.06 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **1,103.42** | **1,103.42** | **317.06** | **0.00** | **0.00** | **0.00** |

## Recap by Room

| | | |
|---|---|---|
| **Estimate: JEFF_DIEM** | **11,665.10** | **52.85%** |
| **Area: SKETCH1** | | |
| **Area: Main Level** | **300.00** | **1.36%** |
| **Bathroom** | **3,872.93** | **17.55%** |
| **HVAC/Water Heaters** | **1,596.34** | **7.23%** |
| **Area Subtotal: Main Level** | **5,769.27** | **26.14%** |
| **Area Subtotal: SKETCH1** | **5,769.27** | **26.14%** |
| **Area: SKETCH2** | | |
| **Area: Main Level** | | |
| **Kitchen** | **3,544.16** | **16.06%** |
| **Area Subtotal: Main Level** | **3,544.16** | **16.06%** |
| **Area Subtotal: SKETCH2** | **3,544.16** | **16.06%** |
| **Area: SKETCH3** | | |
| **Area: Main Level** | | |
| **Family Room** | **1,092.22** | **4.95%** |
| **Area Subtotal: Main Level** | **1,092.22** | **4.95%** |
| **Area Subtotal: SKETCH3** | **1,092.22** | **4.95%** |
| **Subtotal of Areas** | **22,070.75** | **100.00%** |
| **Total** | **22,070.75** | **100.00%** |

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CABINETRY | 3,605.49 | 533.28 | 3,072.21 |
| CLEANING | 1,420.63 | 9.34 | 1,411.29 |
| CONTENT MANIPULATION | 29.36 | 7.34 | 22.02 |
| GENERAL DEMOLITION | 319.01 | | 319.01 |
| DRYWALL | 1,161.92 | 220.15 | 941.77 |
| FLOOR COVERING - CERAMIC TILE | 486.09 | 121.52 | 364.57 |
| FLOOR COVERING - VINYL | 41.05 | 10.26 | 30.79 |
| FINISH HARDWARE | 17.98 | | 17.98 |
| HEAT, VENT & AIR CONDITIONING | 101.55 | 16.93 | 84.62 |
| LIGHT FIXTURES | 46.78 | 5.85 | 40.93 |
| PLUMBING | 1,119.33 | 84.47 | 1,034.86 |
| PANELING & WOOD WALL FINISHES | 86.40 | 2.88 | 83.52 |
| PAINTING | 1,955.68 | 619.28 | 1,336.40 |
| TILE | 148.50 | 37.13 | 111.37 |
| TEMPORARY REPAIRS | 177.11 | | 177.11 |
| **O&P Items Subtotal** | 10,716.88 | 1,668.43 | 9,048.45 |

| Non-O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| HAZARDOUS MATERIAL REMEDIATION | 1,444.00 | | 1,444.00 |
| HEAT, VENT & AIR CONDITIONING | 4,621.00 | | 4,621.00 |
| WATER EXTRACTION & REMEDIATION | 5,288.87 | | 5,288.87 |
| **Non-O&P Items Subtotal** | 11,353.87 | 0.00 | 11,353.87 |
| **O&P Items Subtotal** | 10,716.88 | 1,668.43 | 9,048.45 |
| **Material Sales Tax** | 317.06 | 54.52 | 262.54 |
| **Overhead** | 1,103.42 | 172.31 | 931.11 |
| **Profit** | 1,103.42 | 172.31 | 931.11 |
| **Total** | 24,594.65 | 2,067.57 | 22,527.08 |

SKETCH1 - Main Level




N

Main Level

9/25/2020 Page: 15

SKETCH2 - Main Level



SKETCH3 - Main Level










Main Level