# Diem update

Jeff Diem <jeff.diem@gmail.com>

Tue 10/20/2020 10:46 AM

To: Bellator Claims <claims@bellatorclaims.com>;

Hi Taylor,

Just after we spoke I met with the electrician after he'd done his assessment. The existing electrical will need to be redone and due to the house being a duplex it gets even worse that circuits are shared and tied together. The electrician took photos and will be submitting recommendations on how to bring it up to Denver code which is very strict. Between this and plumbing I'll max the code upgrade easily.

What's really going to piss off Traveler's is that it will require a 100% gut of upstairs and downstairs to access the wiring. There are insufficient outlets, wrong placement, incorrect wiring, incorrecr panels etc. Since they're all tied together it has to be done as one.

The electrician is happy to meet us for an inspection when it's time.

On the plus side, the claim got bigger for you/us!

Talk to you later,

Jeff

PENGAD 800-631-6989 DEPOSITION EXHIBIT 40 9/19/22 a



BELLATOR_001401