Gmail

**Jeff Diem <jeff.diem@gmail.com>**

# Claim IHN8570/Jeff Diem

4 messages

**Sicheri, Justin E** <JSICHERI@travelers.com> Mon, Oct 26, 2020 at 10:21 AM
To: Jeff Diem <jeff.diem@gmail.com>, "Claims@BellatorClaims.com" <Claims@bellatorclaims.com>
Cc: "Horan, Tyler" <THORAN@travelers.com>

Mr. Grant,

Following up on our conversation this morning.

This is the applicable coverage section that is being discussed and concerns the plumbing and electrical code items in question that the insured was discussed prior via phone and email.

## PROPERTY – ADDITIONAL COVERAGES

Unless otherwise stated, the following coverages are additional insurance and are subject to the applicable policy deductible.

…

**9. Ordinance or Law.**

**a.** You may use up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

…

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

Let me know of any questions or further assistance needed.

Thank you!

**Justin Sicheri** | **Claims Professional** | **Property**
Travelers
PO Box 650293
Dallas, TX 75265-0293
W: 720-610-8758 F: 877-801-9674

TRAVELERS