# Estimate

1387 Conifer Trail
Elizabeth, CO 80107

| Date | Invoice # |
|---|---|
| 12/4/2020 | 890 |

| Name / Address |
|---|
| Investor/Owner<br>Jeff Diem |

| Terms | Due Date | Project |
|---|---|---|
| | 12/4/2020 | 4665 Elm |

| Description | Total |
|---|---|
| Electrical scope of work:<br>Complete rewire of house which will include:<br>BASEMENT:<br>Living Room -<br>Ceiling drywall must be removed in its entirety.<br>Drywall on all walls must be removed.<br>(6) 6" can lights.<br>(5-6) receptacles.<br>(2 - 3) surface mount receptacles on exterior concrete walls.<br>(1) Smoke/Carbon detector.<br>(1) ded. 15amp ckt.<br>(2) switches.<br><br>Hall -<br>Ceiling drywall must be removed in its entirety.<br>Drywall on all walls must be removed.<br>(1) 6" can light.<br>(1) receptacle.<br>(1) switch.<br><br>Bedroom -<br>Ceiling drywall must be removed in its entirety.<br>Drywall on all walls must be removed.<br>(1) center ceiling light.<br>(4) receptacles.<br>(2) surface mount receptacles on exterior concrete walls.<br>(1) GFCI receptacle in water closet for heat tape.<br>(1) ded. 15amp ckt.<br>(1) smoke detector.<br>(1) switch.<br><br>Kitchen - | 23,000.00 |

**Total**

Signature

DEPOSITION EXHIBIT 28 9/19/22 a
PENGAD 800-631-6989

Date



Diem_000148

# Estimate

1387 Conifer Trail
Elizabeth, CO 80107

| Date | Invoice # |
|---|---|
| 12/4/2020 | 890 |

| Name / Address |
|---|
| Investor/Owner<br>Jeff Diem |

| Terms | Due Date | Project |
|---|---|---|
| | 12/4/2020 | 4665 Elm |

| Description | Total |
|---|---|
| Ceiling drywall must be removed in its entirety.<br>Drywall on all walls must be removed.<br>Saw cut exterior walls to make counter receptacle flush mounted.<br>(6) 4" can lights.<br>(6-8) receptacles.<br>(6-8) ded. ckts.<br>(2-4) switches<br><br>Bathroom -<br>Ceiling drywall must be removed in its entirety.<br>Drywall on all walls must be removed.<br>(1) vanity light.<br>(1) 4" can light.<br>(1) ded. GFCI ckt.<br>(2) switches.<br><br>Hall from upper stairwell -<br>Ceiling drywall must be removed in its entirety.<br>Drywall on all walls must be removed.<br>(1) 6" can light.<br>(2) switches.<br><br>Mechanical room -<br>Ceiling drywall must be removed around existing duct work.<br>Drywall on all walls must be removed.<br>(2) ceiling light fixtures.<br>(3-5) ded. ckts.<br>(1) switch.<br>Tie in all mechanical equipment.<br>Subpanel.<br><br>Crawl space - | |

| **Total** | |
|---|---|

Signature

Date ____________________

# Estimate

1387 Conifer Trail
Elizabeth, CO 80107

| Date | Invoice # |
|---|---|
| 12/4/2020 | 890 |

| Name / Address |
|---|
| Investor/Owner<br>Jeff Diem |

| Terms | Due Date | Project |
|---|---|---|
| | 12/4/2020 | 4665 Elm |

| Description | Total |
|---|---|
| (2) ceiling light fixtures.<br>(2) GFCI receptacles.<br>(2) switches.<br><br>MAIN FLOOR:<br>Stairwell -<br>Drywall will need to be removed in certain places (done by others)<br>(1) light.<br>(2) switches.<br><br>Kitchen -<br>Remove all drywall on walls.<br>(6-10) ded. ckts.<br>(6) 4" can lights.<br><br>Dining -<br>Remove drywall around switches.<br>(5) floor boxes.<br>(1) ceiling light.<br>(4) 6" can lights.<br>(1) ded. ckt.<br><br>Living Room -<br>Remove drywall around switches.<br>(6) floor boxes.<br>(6) 6" can lights.<br>(1) ded. ckt.<br>(1) smoke/carbon detector.<br>Use existing switch location.<br><br>Hall -<br>(1) light. | |

**Total**

Signature

Date ______________________



Diem_000150

# Estimate

1387 Conifer Trail
Elizabeth, CO 80107

| Date | Invoice # |
|---|---|
| 12/4/2020 | 890 |

| Name / Address |
|---|
| Investor/Owner<br>Jeff Diem |

| Terms | Due Date | Project |
|---|---|---|
| | 12/4/2020 | 4665 Elm |

| Description | Total |
|---|---|
| (1) recept.<br>(1) carbon/smoke<br><br>Bath-<br>(1) dedicated GFCI ckt<br>(1) vanity light.<br>(1) 4" can light.<br><br>Bed 1 & 2 -<br>(10) floor boxes.<br>(2) ceiling lights.<br>(2) smoke dedectors.<br><br>Back room off bedroom -<br>Drywall needs to be removed in its entirety.<br>(5) receptacles<br>(1) ceiling light.<br>(1) smoke det.<br><br>Exterior.<br>(2) New service meters.<br>(2) subpanels.<br><br>Exclusions:<br>- Light fixtures.<br>- Light bulbs<br>- Dimmer switches.<br>- Lathe and plaster work.<br>- Undercabinet lighting fixtures<br><br>Terms and conditions:<br>- Start up payment: Ten thousand dollars and no cents. (10,000.00) | |

**Total**

Signature

Date ______________________

# Estimate

1387 Conifer Trail
Elizabeth, CO 80107

| Date | Invoice # |
|---|---|
| 12/4/2020 | 890 |

| Name / Address |
|---|
| Investor/Owner<br>Jeff Diem |

| Terms | Due Date | Project |
|---|---|---|
| | 12/4/2020 | 4665 Elm |

| Description | Total |
|---|---|
| - After rough:Five thousand dollars and no cents. ($8,000.00)<br>- Remaing Payment After Trim: : Five thousand dollars and no cents. ($5,000.00)<br>- All switches will be the decora type.<br>- All receptacles will be the standard type, not decora.<br>- Estimate is priced at (1) furnace, A/C, W.H., W/D. any extra units will be additional cost.<br>- Estimate does not include specialty lighting: Step lts, low volt lighting etc.<br>- Every place drywall needs to be removed is for correct strapping of wire.<br>- Drywall and insulation that is removed must be done Before any work starts.<br>- ALL insulation from attic must be removed. (before work starts). | |

| **Total** | |
|---|---|

Signature

Date ______________________

# Estimate

1387 Conifer Trail
Elizabeth, CO 80107

| Date | Invoice # |
|---|---|
| 12/4/2020 | 890 |

| Name / Address |
|---|
| Investor/Owner<br>Jeff Diem |

| Terms | Due Date | Project |
|---|---|---|
| | 12/4/2020 | 4665 Elm |

| Description | Total |
|---|---|
| | |

I agree to all of the above conditions and terms of this estimate. Any changes will be in writing. All work is considered accepted unless reported to Marcus Guerra within 30 days of inspection. Warranty of work is covered for up to one year from date of final inspection.

**Total** $23,000.00

Signature ______________________ Date ______________________



Diem_000153