# Diem code references

Jeff Diem <jeff.diem@gmail.com>

Fri 2/12/2021 5:39 PM

To: Bellator Claims <claims@bellatorclaims.com>;

2 attachments (914 KB)

Code summary.docx; Denver 2018 IRC screenshot.jpg;

This should get you started.

Please read my notes in red and don't copy/paste those into your document unless you're sure you want it in there as some of it is a note to you.

Let me know if you have any questions. Happy to walk you through anything you like.

--
Jeff Diem
jeff.diem@gmail.com
248-563-3267

PENGAD 800-631-6989
DEPOSITION EXHIBIT
46
9/19/22 an

Hi Taylor,

As we talked about, Denver does not send inspectors to a house to say what is or what is not up to code. They rely on licensed professionals to build to the code, and then they inspect based upon the work done. As a reminder, Justin asked for me to get an inspection done AFTER he approved pulling permits. As a courtesy, I was able to get a verbal from the chief plumbing inspector that he would send a guy out to verbally walk through violations, but nothing would be put in writing. I asked Justin to make an appointment with the inspector and was then sent a denial of payment. This is in my previous emails to you.

Also to know, the plumber was also on-site when Justin and his boss said to go ahead and pull permits and that everything made sense. If he needs to be deposed that's fine. He's fine with it. It's a bit more than a he said she said.

Some other points.

- Denver uses the 2018 IRC. Screenshot attached for verification. Denver 2018 IRC Screenshot

- From the 2018 IRC

**P2502.2Additions, alterations or repairs.**

Additions, *alterations*, renovations or repairs to any plumbing system shall conform to that required for a new plumbing system without requiring the existing plumbing system to comply with the requirements of this code. Additions, *alterations* or repairs shall not cause an existing system to become unsafe, insanitary or overloaded.

Minor additions, *alterations*, renovations and repairs to existing plumbing systems shall be permitted in the same manner and arrangement as in the existing system, provided that such repairs or replacement are not hazardous and are *approved*. From what I have been told, I had enough wrong with my existing system that I would be required to upgrade everything. Justin asked me to have Denver red flag everything, which is not something Denver does. They will come in for inspections however since the extend of the damage was large, they would have required more. You'll note that when we make repairs it must conform to new plumbing. Working with existing would not be approved.

**P2903.3.2Maximum pressure.**

The static water pressure shall be not greater than 80 psi (551 kPa). Where the main pressure exceeds 80 psi (551 kPa), an *approved* pressure-reducing valve conforming to ASSE 1003 or CSA B356 shall be installed on the domestic water branch main or riser at the connection to the water service pipe. Plumber tested prior to loss something unrelated and it is higher than 80psi.

**P2906.5 Water distribution pipe.**

Water distribution piping within *dwelling units* shall conform to NSF 61 and shall conform to one of the standards indicated in Table P2906.5. Water distribution pipe and tubing shall have a pressure rating of not less than 100 psi at 180°F (689 kPa at 82°C). Galvanized pipe is approved when new, however would not be able to reuse what was removed as it would not be approved. Plastic pex pipe is used in replacement as it is much cheaper. No idea if it conforms to ASTME A53

apps

**TABLE P2906.5**
**WATER DISTRIBUTION PIPE**

| MATERIAL |
| --- |

| |
|---|
| Chlorinated polyvinyl chloride (CPVC) plastic pipe and tubing |
| Chlorinated polyvinyl chloride/aluminum/chlorinated polyvinyl chloride (CPVC/AL/CPVC) plastic pipe |
| Copper or copper-alloy pipe |
| Copper or copper-alloy tubing (Type K, WK, L, WL, M or WM) |
| Cross-linked polyethylene (PEX) plastic tubing |
| Cross-linked polyethylene/aluminum/cross-linked polyethylene (PEX-AL-PEX) pipe |
| Cross-linked polyethylene/aluminum/high-density polyethylene (PEX-AL-HDPE) pipe |
| Galvanized steel pipe |
| Polyethylene/aluminum/polyethylene (PE-AL-PE) composite pipe |
| Polyethylene of raised temperature (PE-RT) plastic tubing |
| Polypropylene (PP) plastic pipe or tubing |
| Stainless steel (Type 304/304L) pipe |

**P2906.8 Joint and connection tightness.**

Joints and connections in the plumbing system shall be gastight and watertight for the intended use or required test pressure. Joints in the system had signs of leakage and would need to be repaired and up to code prior to putting the wall back in place.

**P3002.1Piping within buildings.**

Drain, waste and vent (DWV) piping in buildings shall be as indicated in Tables P3002.1(1) and P3002.1(2) except that galvanized wrought-iron or galvanized steel pipe shall not be used underground and shall be maintained not less than 6 inches (152 mm) above ground. Allowance shall be made for the thermal expansion and contraction of plastic piping.

Apps Violation-lead drain and waste pipes are not approved. Those were present.

**TABLE P3002.1(1)**
**ABOVE-GROUND DRAINAGE AND VENT PIPE**

| MATERIAL |
|---|
| Acrylonitrile butadiene styrene (ABS) plastic pipe in IPS diameters, including Schedule 40, DR 22 (PS 200) and DR 24 (PS ' composite wall |
| Cast-iron pipe |
| Copper or copper-alloy pipe |
| Copper or copper-alloy tubing (Type K, L, M or DWV) |
| Galvanized steel pipe |
| Polyolefin pipe |
| Polyvinyl chloride (PVC) plastic pipe in IPS diameters, including Schedule 40, DR 22 (PS 200) and DR 24 (PS 140); with a s |
| Polyvinyl chloride (PVC) plastic pipe with a 3.25-inch O.D. and a solid, cellular core or composite wall |
| Stainless steel drainage systems, Types 304 and 316L |

For SI: 1 inch = 25.4 mm.

**P3005.2.10Cleanout access.**
Required cleanouts shall not be installed in concealed locations. For the purposes of this section, concealed locations include, but are not limited to, the inside of plenums, within walls, within floor/ceiling assemblies, below grade and in crawl spaces where the height from the *crawl space* floor to the nearest obstruction along the path from the *crawl space* opening to the cleanout location is less than 24 inches (610 mm). Cleanouts with openings at a finished wall shall have the face of the opening located within 1$^1/_2$ inches (38 mm) of the finished wall surface. Cleanouts located below grade shall be extended to grade level so that the top of the cleanout plug is at or above grade. A cleanout installed in a floor or walkway that will not have a trim cover installed shall have a counter-sunk plug installed so the top surface of the plug is flush with the finished surface of the floor or walkway. No accessible cleanouts

**P3005.4Drain pipe sizing. Incorrect drain sizing in the kitchen**
Drain pipes shall be sized according to drainage fixture unit (d.f.u.) loads. The size of the drainage piping shall not be reduced in size in the direction of flow. The following general procedure is permitted to be used:

1. 1.Draw an isometric layout or riser diagram denoting fixtures on the layout.
2. 2.Assign d.f.u. values to each fixture group plus individual fixtures using Table P3004.1.
3. 3.Starting with the top floor or most remote fixtures, work downstream toward the *building drain* accumulating d.f.u. values for fixture groups plus individual fixtures for each branch. Where multiple bath groups are being added, use the reduced d.f.u. values in Table P3004.1, which take into account probability factors of simultaneous use.
4. 4.Size branches and stacks by equating the assigned d.f.u. values to pipe sizes shown in Table P3005.4.1.

5. 5.Determine the pipe diameter and slope of the *building drain* and *building sewer* based on the accumulated d.f.u. values, using Table P3005.4.2.

apps

**P3005.4.1Branch and stack sizing.**
Branches and stacks shall be sized in accordance with Table P3005.4.1. Below grade drain pipes shall be not less than $1^1/_2$ inches (38 mm) in diameter. Drain stacks shall be not smaller than the largest horizontal branch connected.
**Exceptions:**

1. 1.A 4-inch by 3-inch (102 mm by 76 mm) closet bend or flange.
2. 2.A 4-inch (102 mm) closet bend connected to a 3-inch (76 mm) stack tee shall not be prohibited.

apps

**TABLE P3005.4.1**
**MAXIMUM FIXTURE UNITS ALLOWED TO BE CONNECTED TO BRANCHES AND STACKS**

| NOMINAL PIPE SIZE (inches) | ANY HORIZONTAL FIXTURE BRANCH |
|---|---|
| $1^1/_4$[a, b] | — |
| $1^1/_2$[b] | 3 |
| 2[b] | 6 |
| $2^1/_2$[b] | 12 |
| 3 | 20 |
| 4 | 160 |

For SI: 1 inch = 25.4 mm.

1. a.$1^1/_4$-inch pipe size limited to a single-fixture drain. See Table P3201.7.
2. b.Water closets prohibited.

**E3401.4Additions and alterations.** **This is for electric. Where any alteration or addition will require meeting these chapters. It is also important to note that the electricians identified the system as hazardous.**
Any addition or *alteration* to an existing electrical system shall be made in conformity to the provisions of Chapters 34 through 43. Where additions subject portions of existing systems to loads exceeding those permitted herein, such portions shall be made to comply with Chapters 34 through 43.

**E3405.1Working space and clearances.** **Both panels are located of the steps of a stairway. They would not pass an inspection.**
Access and working space shall be provided and maintained around all electrical equipment to permit ready and safe operation and maintenance of such equipment in accordance with this section and Figure E3405.1. (110.26)




apps

For SI: 1 inch = 25.4 mm, 1 foot = 304.8 mm.

1. a.Equipment, piping and ducts foreign to the electrical installation shall not be placed in the shaded areas extending from the floor to a height of 6 feet above the panelboard enclosure or to the structural ceiling, whichever is lower.
2. b.The working space shall be clear and unobstructed from the floor to a height of 6.5 feet or the height of the equipment, whichever is greater.
3. c.The working space shall not be designated for storage.
4. d.Panelboards, service equipment and similar enclosures shall not be located in bathrooms, toilet rooms, clothes closets or over the steps of a stairway.

5. e.Such work spaces shall be provided with artificial lighting where located indoors and shall not be controlled by automatic means only.

**Electrician told me there are too many runs on different circuits and the panels are backfeeding. Some have reverse polarity.**

**E3402.2Penetrations of fire-resistance-rated assemblies. No fire or draft stopping for any penetrations**
Electrical installations in hollow spaces, vertical shafts and *ventilation* or air-handling ducts shall be made so that the possible spread of fire or products of combustion will not be substantially increased. Electrical penetrations into or through fire-resistance-rated walls, partitions, floors or ceilings shall be protected by *approved* methods to maintain the fire-resistance rating of the element penetrated. Penetrations of fire-resistance-rated walls shall be limited as specified in Section R302.4. (300.21)

**E3403.2Inspection required. Any new work must be inspected. Current items will not pass.**
New electrical work and parts of existing systems affected by new work or *alterations* shall be inspected by the building official to ensure compliance with the requirements of Chapters 34 through 43.

apps

**E3605.6Locations exposed to direct sunlight. There's a wire outside the back door that is incorrect for this use.**
Insulated conductors and cables used where exposed to direct rays of the sun shall comply with one of the following:

1. 1.The conductors and cables shall be *listed*, or *listed* and marked, as being sunlight resistant.
2. 2.The conductors and cables are covered with insulating material, such as tape or sleeving, that is *listed*, or *listed* and marked, as being sunlight resistant. [310.10(D)]

**3608.1Grounding electrode system. Electrician couldn't find correct grounding system. Likely incorrectly grounded.**
All electrodes specified in Sections E3608.1.1, E3608.1.2, E3608.1.3, E3608.1.4 E3608.1.5 and E3608.1.6 that are present at each building or structure served shall be bonded together to form the grounding electrode system. Where none of these electrodes are present, one or more of the electrodes specified in Sections E3608.1.3, E3608.1.4, E3608.1.5 and E3608.1.6 shall be installed and used. (250.50)
**Exception:** Concrete-encased electrodes of existing buildings or structures shall not be required to be part of the grounding electrode system where the steel reinforcing bars or rods are not accessible for use without disturbing the concrete. (250.50 Exception)

**E3702.3Fifteen- and 20-ampere branch circuits. Some circuits do exceed due to insufficient number of branch circuits in basement.**
A 15- or 20-ampere branch circuit shall be permitted to supply lighting units, or other utilization equipment, or a combination of both. The rating of any one cord-and-plug-connected utilization equipment not fastened in place shall not exceed 80 percent of the branch-circuit ampere rating. The total rating of utilization equipment fastened in place, other than luminaires, shall not exceed 50 percent of the branch-circuit ampere rating where lighting units, cord-and-plug-connected utilization equipment not fastened in place, or both, are also supplied. [210.23(A)(1) and (2)]

**E3703.2Kitchen and dining area receptacles. Insufficient circuits to at least the basement kitchen**
A minimum of two 20-ampere-rated branch circuits shall be provided for all receptacle outlets specified by Section E3901.3. [210.11(C)(1) ]
**Exception:** Additional receptacle outlets for specific appliances shall be permitted to be supplied from an individual branch circuit rated 15 amperes or greater. [210.52(B)(1) Exception No. 2]

**E3703.4Bathroom branch circuits. Tied to other circuits. Not dedicated.**
A minimum of one 20-ampere branch circuit shall be provided to supply bathroom receptacle outlet(s) required by Section E3901.6 and any countertop or similar work surface receptacle outlets. Such circuits shall have no other outlets. [210.11(C)(3)]
**Exception:** Where the 20-ampere circuit supplies a single bathroom, outlets for other equipment within the same bathroom shall be permitted to be supplied in accordance with Section E3702. [210.11(C)(3) Exception]

**E3703.6Number of branch circuits. Basement has circuits overloaded**
The minimum number of branch circuits shall be determined from the total calculated load and the size or rating of the circuits used. The number of circuits shall be sufficient to supply the load served. In no case shall the load on any circuit exceed the maximum specified by Section E3702. [210.11(A)]

Unsure of the code however there's an exposed 220v cable in basement that is partially run inside PVC pipe which is not an approved conduit.

**E3901.2.1Spacing. Incorrect spacing and insufficient number of outlets in house**
Receptacles shall be installed so that no point measured horizontally along the floor line of any wall space is more than 6 feet (1829 mm), from a receptacle outlet. [210.52(A)(1)]

**E3901.4.1Wall spaces. I believe upstairs kitchen violates this. Would need to double check.**
A receptacle outlet shall be installed at each wall countertop and work surface that is 12 inches (305 mm) or wider. Receptacle outlets shall be installed so that no point along the wall line is more than 24 inches (610 mm), measured horizontally, from a receptacle outlet in that space. [210.52(C)(1)]

**Exception:** Receptacle outlets shall not be required on a wall directly behind a range, counter-mounted cooking unit or sink in the installation described in Figure E3901.4.1. [210.52(C)(1) Exception]

**E3901.7Outdoor outlets. Don't have any outlets outdoors**
Not less than one receptacle outlet that is readily accessible from grade level and located not more than 6 feet 6 inches (1981 mm) above grade, shall be installed outdoors at the front and back of each dwelling unit having direct access to grade level. Balconies, decks and porches that are accessible from inside of the dwelling unit shall have at least one receptacle outlet accessible from the balcony, deck or porch. The receptacle shall be located not more than 6 feet 6 inches (1981 mm) above the balcony, deck, or porch surface. [210.52(E)]

**E3902.5Basement receptacles. No GFCI protection**
125-volt through 250-volt receptacles installed in basements and supplied by single-phase branch circuits rated 150 volts or less to ground shall have ground-fault circuit-interrupter protection for personnel. [210.8(A)(5)]

**E3902.9Laundry areas. No GFCI protection**
125-volt through 250-volt receptacles installed in laundry areas and supplied by single-phase branch circuits rated 150 volts or less to ground shall have ground-fault circuit-interrupter protection for personnel. [210.8(A)(10)]

**E3902.11Kitchen dishwasher branch circuit. No GFCI protection**
Ground-fault circuit-interrupter protection shall be provided for outlets supplied by branch circuits rated 150 volts or less to ground that supply dishwashers in dwelling unit locations. [422.5 (A)]

**E3902.17Arc-fault circuit-interrupter protection. No Arc Fault present.**
Branch circuits that supply 120-volt, single-phase, 15- and 20-ampere outlets installed in kitchens, family rooms, dining rooms, living rooms, parlors, libraries, dens, bedrooms, *sunrooms*, recreations rooms, closets, hallways, laundry areas and similar rooms or areas shall be protected by any of the following: [210.12(A)]

1. 1.A *listed* combination-type arc-fault circuit interrupter, installed to provide protection of the entire branch circuit. [210.12(A)(1)]

2. 2.A *listed* branch/feeder-type AFCI installed at the origin of the branch-circuit in combination with a *listed* outlet branch-circuit-type arc-fault circuit interrupter installed at the first outlet box on the branch circuit. The first outlet box in the branch circuit shall be marked to indicate that it is the first outlet of the circuit. [210.12(A)(2)]
3. 3.A *listed* supplemental arc-protection circuit breaker installed at the origin of the branch circuit in combination with a *listed* outlet branch-circuit-type arc-fault circuit interrupter installed at the first outlet box on the branch circuit where all of the following conditions are met:
    1. 3.1.The branch-circuit wiring shall be continuous from the branch-circuit overcurrent device to the outlet branch-circuit arc-fault circuit interrupter.
    2. 3.2.The maximum length of the branch-circuit wiring from the branch-circuit overcurrent device to the first outlet shall not exceed 50 feet (15.2 m) for 14 AWG conductors and 70 feet (21.3 m) for 12 AWG conductors.
    3. 3.3.The first outlet box on the branch circuit shall be marked to indicate that it is the first outlet on the circuit. [210.12(A)(3)]
4. 4.A *listed* outlet branch-circuit-type arc-fault circuit interrupter installed at the first outlet on the branch circuit in combination with a *listed* branch-circuit overcurrent protective device where all of the following conditions are met:
    1. 4.1.The branch-circuit wiring shall be continuous from the branch-circuit overcurrent device to the outlet branch-circuit arc-fault circuit interrupter.
    2. 4.2.The maximum length of the branch-circuit wiring from the branch-circuit overcurrent device to the first outlet shall not exceed 50 feet (15.2 m) for 14 AWG conductors and 70 feet (21.3 m) for 12 AWG conductors.
    3. 4.3.The first outlet box on the branch circuit shall be marked to indicate that it is the first outlet on the circuit.
    4. 4.4.The combination of the branch-circuit overcurrent device and outlet branch-circuit AFCI shall be identified as meeting the requirements for a system combination-type AFCI and shall be *listed* as such. [210.12(A)(4)]
5. 5.Where metal raceways, metal wireways, metal auxiliary gutters or Type MC or Type AC cable meeting the applicable requirements of Section E3908.9 with metal boxes, metal conduit bodies and metal enclosures are installed for the portion of the branch circuit between the branch-circuit overcurrent device and the first outlet, a *listed* outlet branch-circuit type AFCI installed at the first outlet shall be considered as providing protection for the remaining portion of the branch circuit. [210.12(A)(5)]
6. 6.Where a *listed* metal or nonmetallic conduit or tubing or Type MC cable is encased in not less than 2 inches (50.8 mm) of concrete for the portion of the branch circuit between the branch-circuit overcurrent device and the first outlet, a *listed* outlet branch-circuit-type AFCI installed at the first outlet shall be considered as providing protection for the remaining portion of the branch circuit. [210.12(A)(6)]

**Exception:** AFCI protection shall not be required for an individual branch circuit supplying a fire alarm system where the branch circuit is installed in a metal raceway, metal auxiliary gutter, steel-armored cable, Type MC or Type AC, meeting the requirements of Section E3908.9, with metal boxes, conduit bodies and enclosures.

apps

**E3902.18Arc-fault circuit-interrupter protection for branch circuit extensions or modifications. Requirements for Arc Fault to be added any time there's a modification.**

Where branch-circuit wiring is modified, replaced, or extended in any of the areas specified in Section E3902.17, the branch circuit shall be protected by one of the following:

1. 1.A combination-type AFCI located at the origin of the branch circuit.
2. 2.An outlet branch-circuit type AFCI located at the first receptacle outlet of the existing branch circuit. [210.12(B)]

**Exception:** AFCI protection shall not be required where the extension of the existing branch circuit conductors is not more than 6 feet (1.8 m) in length and does not include any additional outlets or devices other than splicing devices. This measurement shall not include the conductors inside an enclosure, cabinet, or junction box. [210.12(B) Exception]

apps

## SECTIONE3903