**Taylor Grant**

**From:** Duarte, Gabriel E <GDUARTE@travelers.com>
**Sent:** Tuesday, February 23, 2021 9:00 AM
**To:** Claims@BellatorClaims.com
**Subject:** RE: [External] Claim # IHN8570 - Diem - 4565 Elm Court, Denver, CO, 80211

Good Morning,

We have received your demand and while we are not in agreement with either the demand or provided estimate, we are reviewing the coverage and loss to determine if any revisions are warranted to our most recent estimate. We anticipate that review to be completed by the end of this week and will follow up at that time with the results of our review.

With that, has the buildings department provided any documentation to support the code upgrades are required based on the covered repairs? If so, can you please forward that for review.

Thank you ---

**Gabriel Duarte | Claim Professional | Property**
Travelers
Mountain West Claim Center – Colorado
Mailing Address:
P.O. Box 650293
Dallas, TX 75265
W: 720.481.0606 F: 877.801.9674

TRAVELERS

*Customers can log in or register at MyTravelers.com to access your detailed claim information, upload documents, and communicate with your Claim Professional.*

*Agents or Contractors can upload documents directly to a claim by visiting our Claim Upload Center and entering the 7 digit Claim Number and Date of Loss.*

Should you have additional questions/comments, please contact my supervisor:
Adrian Fryxell – afryxell@travelers.com

**From:** Claims@BellatorClaims.com <Claims@BellatorClaims.com>
**Sent:** Thursday, February 18, 2021 9:58 AM
**To:** First Report <first.report@travelers.com>; Duarte, Gabriel E <GDUARTE@travelers.com>
**Subject:** [External] Claim # IHN8570 - Diem - 4565 Elm Court, Denver, CO, 80211

*****External Sender - Please Exercise Caution*****

Gabe,

Please see the attached Final Demand Letter for the above referenced claim.

Thank you,

Kim Hardy
Claims Manager
970-691-9951 Cell

BELLATOR
CLAIMS RESOLUTION

---

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.