JS | HELD

August 09, 2022

Mr. Edward Denby
Clyde & Co.
999 18th St, Unit 1765N
Denver, CO 80202

| | |
|---|---|
| Re: | **Water Intrusion Damage Repair Analysis Report** |
| File Name: | Jeff Diem v Travelers Insurance Company |
| Address: | 4565 Elm Court, Denver, CO 80211 |
| Cause of Loss: | Pipe Rupture |
| Date Discovered: | July 6, 2020 |
| J.S. Held No.: | 22061720 |

Dear Mr. Denby:

At your request, J.S. Held LLC (J.S. Held) performed an analysis of the documentation provided in the case of Jeff Diem v Travelers Insurance Company. Reportedly, on July 6, 2020, a pipe ruptured in the basement mechanical room of the Diem property at 4565 Elm Court in Denver, Colorado. Mr. Jeff Diem (plaintiff) claimed that the building codes required the plumbing and electrical systems to be upgraded to current codes.

SCOPE

J.S. Held was retained to analyze the sanitary drain pipe repairs and building code requirements to bring the residence back to pre-loss conditions. This report will document the results of our analysis.

EXECUTIVE SUMMARY

The property at 4565 Elm Court in Denver, Colorado is a dual unit residence with a unit in the basement and one unit on the main floor. The residence experienced a sanitary drain pipe rupture incident in the lower (basement) level on July 6, 2020. The rupture led to water intrusion damages in the adjacent areas and exposed long term deterioration of the pipe and wall framing. The plaintiff stated that plumbing and electrical system upgrades were required to make the residence comply with current local Denver code requirements. Based on our analysis, the applicable building codes allow for the drain pipe and associated water damage repairs to be made without requiring the system code upgrades claimed. The plaintiff did not provide correspondences, violations, or citations from code officials, stating that plumbing and electrical system upgrades were required. Therefore, we find the plumbing and electrical system code upgrades claimed by plaintiff to be unsubstantiated.

J.S. Held assessed the Travelers' repair scope and costs and find that the replacement cost value of $24,594.95 is reasonable to repair the water intrusion damage and return the property to pre-loss conditions.

BACKGROUND

The claim involved a ruptured sanitary drain pipe in the lower (basement) level of the property that caused water intrusion damage in the basement. The property is listed as a residential accessory

dwelling unit (ADU) *(Refer to Image 1 below)*. Per the denvergov.org website, "An ADU is a second dwelling unit located on the same zone lot as a primary residential use, such as a single unit house". This property has a unit on the main (ground floor) level and a unit on the lower level (basement). The building mechanical (utility) room, where the water heaters and furnaces for both levels are located, is in the basement. The Traveler's claims document lists that the home was built in 1949 *(Bates TRAVELERS_00186)*.




**Image 1**: Denver Zoning Map from https://denvergov.org/Maps/map/accessorydwellings

DOCUMENTS REVIEWED

- Plaintiff's Rule 26(a)(1) Disclosure Documents
- TRAVELERS_000183-002072_CLAIM FILE (REDACTED)
- [TRAVELERS_000001-000182] POLICY
- [TRAVELERS_002073-0020115] PHOTOS
- 2021 1116 Defendant's Initial Disclosures
- 2021 1116 Privilege Log to Defendant's Initial 26(a)(1) Disclosures
- 2022 0426 Plaintiff's First Set of Written Discovery Requests
- 2022 0602 Travelers' Responses to First Set of Written Discovery
- 2022 0120 Initial Discovery to Plaintiff
- 2022 0224 Pltfs Responses to First Set of Written Discovery
- 2022 0224 Verification re Rogs (Diem) - signed
- 2022 0225 Plaintiff's Document Production 1439-1748
- Diem - IHN8570 - Estimates & Invoices
- International Residential Code (IRC 2018) Multiple Chapters
- International Plumbing Code (IPC 2018) Multiple Sections
- International Existing Building Code (IEBC 2018) Chapter 4 Repairs
- Denver Building and Fire Code (2019) Section 130.3.3 Plumbing
- Diem v Travelers - 1st Supplemental Disclosures
- 2022 0801 Defendant's 2nd Supplemental Disclosures
- [BELLATOR_000001-BELLATOR_001609] Bellator File_Redacted

Case No. 1:21-cv- Document 34- filed 11/14/22 USDC Colorado pg 3 of 13

ANALYSIS

The claimed pipe rupture occurred in the sanitary drain line from the main (ground floor) level that was installed in the basement wall between the utility room and bathroom *(Refer to Photos 1 & 2 in Appendix A)*. Travelers reported that the sewer line cracked due to wear & tear, faulty workmanship, or mechanical breakdown which caused rot to the structural wall *(Bates TRAVELERS_000235)*. To repair the sewer line (sanitary drain pipe) and water intrusion damaged building materials, contractors had to remove drywall, both water heaters, and both furnaces. The ruptured cast iron sanitary drain pipe (*Bates Diem_000956*) was replaced with a piece of polyvinylchloride (PVC) pipe *(Refer to Photo 3 in Appendix A)*. City and County of Denver Plumbing Permit # 2020-PLUMB-0007912 was issued for the plumbing repair though the scope of work was listed as remodel *(Bates Diem_000093 - Diem_000095)*. The permit was issued to KINGS PLUMBING INC, but records indicate that the work was performed by Metropolitan Drain Cleaning, LLC *(Bates Diem_000955 - Diem_000961)*. The relationship of the two companies is not known.

We reviewed the correspondence to Mr. Taylor Grant (*Bates BELLATOR_000731 - BELLATOR_000738*) in which several code sections of the 2018 International Residential Code (IRC 2018) were listed. The sections include evaluations of the plumbing and electrical systems throughout the 73-year old building for compliance with the building codes enforced on the date of loss.

The correspondence includes a copy of paragraph **P2502.2 Additions, alterations or repairs** from the IRC plumbing section (*Bates BELLATOR_000731*) where it lists that "Minor additions, *alterations*, renovations and repairs to existing plumbing systems shall be permitted in the same manner and arrangement as in the existing system, provided that such repairs or replacement are not hazardous and are *approved*." A note added to the paragraph by the author lists that "I had enough wrong with my existing system that I would be required to upgrade everything." There were no details on items that are wrong nor is it know if the issues were the result of previous work that was not completed per code requirements at the time of construction.

The correspondence references paragraph **P2903.3.2 Maximum pressure** from the IRC plumbing section (*Bates BELLATOR_000731*) noting that "The static water pressure shall be not greater than 80 psi (551 kPa). Where the main pressure exceeds 80 psi (551 kPa), an *approved* pressure-reducing valve conforming to ASSE 1003 or CSA B356 shall be installed on the domestic water branch main or riser at the connection to the water service pipe" The author's note states that "Plumber tested prior to loss something unrelated and it is higher than 80psi." The water system discussed here is the water service to the house which was not affected by the sanitary drain system loss and therefore is outside the scope of repair for the claim.



The loss occurred in the basement and did not affect the main (ground floor) level or exterior of the home. Materials affected by the pipe rupture loss included the pipe section that split which was replaced, the water heaters and furnaces that had to be removed / relocated to replace the pipe section then reinstalled, the adjacent drywall and wall studs, that were rotted from long term exposure to water, electrical components that had to be disconnected to support wall stud replacement then reinstalled *(Refer to Photo 4 in Appendix A)*. Basement bathroom and kitchen repairs were also included in the claim.

The plaintiff writes, in an email to Bellator Claims, that replacing the electrical in the new basement wall would require a permit and "trigger a lot of new electrical work being require throughout the home". *(Bates DIEM_001103)*. Photographs attached to the email show that the electrical in the affected basement wall was not part of the original home construction in 1949 since the PVC junction boxes were not available at that time. Singletrack Electric & Heating emailed the plaintiff noting electrical violations away from the area affected by the sanitary drain line loss including the two panels on the main (ground floor) level and wiring on the exterior of the building *(Bates SINGLETRACK_000007 - SINGLETRACK_000014)*. IEBC 2018 Section 406 Electrical 406.1 Material lists that "Existing electrical wiring and equipment undergoing repair shall be allowed to be repaired or replaced with like material."

Local Denver Building and Fire Code (2019) section 130.3.3 lists that no plumbing permit shall be required for "General repairs in one and two-family dwellings and townhouses that do not alter existing systems, including replacement of like units such as bathroom / kitchen sinks, disposals, and water closets." A permit is required when replacing concealed soil and waste pipe. The plumbing permit, which doesn't include work scope details, is listed as a remodel which indicates an alteration to the system rather than a repair. However, the Class of Work listed on the permit is repair/replace *(Bates Diem_000093 - Diem_000095)*.

IEBC 2018 Chapter 4 Repairs paragraph 401.2 Compliance lists that "The work shall not make the building less complying than it was before the repair was undertaken." IRC 2018 paragraph "**P2502.2 Additions, alterations or repairs**" also lists that "repairs to any plumbing system shall conform to that required for a new plumbing system without requiring the existing system to comply with the requirements of this code" (*Bates BELLATOR_000731*). Therefore, The IRC does not require upsizing or repairs to the other areas of the plumbing system listed in the correspondence to Mr. Taylor Grant (*Bates BELLATOR_000731 - BELLATOR_000738*) to meet code when replacing the ruptured sanitary drain line. No correspondences, violations, or citations from code officials, stating that plumbing and electrical system upgrades were required, have been provided by the plaintiff.

Denver applies the International Plumbing Code (IPC) for sanitary drain system requirements. IPC 2018 Chapter 7 Sanitary Drainage Section 702 Materials lists that PVC can be utilized for repairs. PVC was used to repair the ruptured sanitary drain line. IEBC 2018 Chapter 4 Repairs lists that "The work shall not make the building less complying than it was before the repair was undertaken". Further, it defines a repair as "The reconstruction, replacement or renewal of any part of an existing building for the purpose of its maintenance or to correct damage".

Case No. 1:21-cv-02504-DDD-KAS Document 94-14 filed 11/14/25 USDC Colorado pg 4 of 13

In addition to the plumbing upgrade claim, the plaintiff has stated that the electrical system needed full replacement to meet code. There is no known damage to the electrical system that would support this system upgrade. The drywall and wall studs needed to be removed to repair the recent and long term water damage which included replacing the ruptured pipe section and rotten wall studs *(Refer to Photo 5 in Appendix A)*. It is not known if the electrical system met the current code at the time of installation though photographs indicate that some of the materials were not original to the property and possibly added when the basement was converted to a living space. Nonetheless, the IRC does not require upgrading existing systems when completing repairs.

Our code analysis did not find evidence that the plumbing and electrical systems in the 73-year old building needed to be brought up to current building codes enforced on the date of loss when repairing / replacing the fractured sanitary drain pipe. Therefore, J.S. Held does not agree that the level of the

plumbing and electrical system repairs claimed. Plaintiff has not provided any proof or support that the code upgrades were required to repair the ruptured sanitary drain pipe nor do we find requirements in the current codes. Only the plumbing and electrical systems in the affected areas need to be repaired and/or restored to put the building back to pre-loss conditions.

We conducted a review of the Travelers repair scope and $24,594.55 building damaged settlement *(Bates TRAVELERS_000629 – TRAVELERS_000654)* to restore the property to pre-loss conditions, finding it reasonable and consistent with damages noted in documentation provided. The scope included water extraction & remediation, HVAC, hazardous material remediation, ductwork cleaning, cabinetry replacement, and other building items. The additional code upgrade work, claimed by the plaintiff, was performed to bring the property up to current codes but was not driven by replacement of the ruptured sanitary drain pipe.

[END OF REPORT]

Case No. 1:21-cv-02664-DDD-KAS Document 54-24 filed 11/14/22 USDC Colorado pg 5 of 13

CLOSING

Thank you for the opportunity to provide professional services. The opinions and conclusions in this report have been formulated within a reasonable degree of professional certainty. Please note that J.S. Held opinions are based on the information provided and/or obtained as well as our training, knowledge, and experience. To the extent that hidden conditions exist, and/or additional information is made available, J.S. Held reserves the right to revise or update any of the observations, assessments, and/or opinions as conditions change or additional information is provided for our review.

This document is to inure to the benefit of the addressee only and may not be relied upon, used by, or referenced by any third party without the written consent of J.S. Held. If clarification or additional information is required, please do not hesitate to contact us.

Respectfully,
**J.S. Held LLC**




Paul R. Vaulman, P.E.
Senior Engineer IV
CO PE License No. PE.0049654 (Expires 10/31/2023)

Appendixes: A – Captioned Photographs

Cc: Mr. Kyle Smith, P.E. - J.S. Held
File (22061270)

JS | HELD

# APPENDIX A

Captioned Photographs



**Photo 1:** Pipe rupture in wall (Bates BELLATOR_001533)



BELLATOR_001566

**Photo 2:** Existing condition of mechanical room with ruptured pipe removed (Circled)
(Bates BELLATOR_001566)



**Photo 3:** Pipe repaired in wall (Bates BELLATOR_001530). One water heater (left) and two furnaces (right) were removed.

Case No. 1:21-cv-02994-DDD-KAS Document 54-24 filed 11/14/22 USDC Colorado pg 9 of 13



**Photo 4:** Repaired pipe in place with drywall removed (Bates BELLATOR_001548)



**Photo 5:** Wall studs after removal (Bates Diem_000764 Photo 58)

Case No. 1:21-cv-02664-DDD-KAS Document 54-24 filed 11/14/22 USDC Colorado pg 10 of 13

← CODES

Residential Code for One and Two-Family ...

ADOPTS WITH AMENDMENTS:
International Residential Code 2018 (IRC 2018)

▾ Chapter 25 Plumbing Administration
- P2501 General
- P2502 Existing Plumbing Systems
- P2503 Inspection and Tests

Chapter 26 General Plumbing Requirements
Chapter 27 Plumbing Fixtures
Chapter 28 Water Heaters
Chapter 29 Water Supply and Distribution
Chapter 30 Sanitary Drainage
Chapter 31 Vents
Chapter 32 Traps
Chapter 33 Storm Drainage

PART VIII — ELECTRICAL

Chapter 34 General Requirements
Chapter 35 Electrical Definitions
Chapter 36 Services
Chapter 37 Branch Circuit and Feeder Requirements
Chapter 38 Wiring Methods
Chapter 39 Power and Lighting Distribution

*About this chapter: Chapter 25 covers regulations for existing plumbing installations and testing of new or repaired systems. These general requirements can be superseded by more specific requirements for certain applications in Chapters 26 through 33.*

***Code development reminder:** Code change proposals to this chapter will be considered by the IRC—Mechanical/Plumbing Code Development Committee during the 2018 (Group A) Code Development Cycle. See explanation on page iv.*

## Section P2501 General

### P2501.1 Scope

The provisions of this chapter shall establish the general administrative requirements applicable to plumbing systems and inspection requirements of this code.

### P2501.2 Application

In addition to the general administration requirements of Chapter 1, the administrative provisions of this chapter shall apply to the plumbing requirements of Chapters 25 through 33.

## Section P2502 Existing Plumbing Systems

### P2502.1 Existing Building Sewers and Building Drains

Where the entire sanitary drainage system of an existing building is replaced, existing *building drains* under concrete slabs and existing *building sewers* that will serve the new system shall be internally examined to verify that the piping is sloping in the correct direction, is not broken, is not obstructed and is sized for the drainage load of the new plumbing drainage system to be installed.

### P2502.2 Additions, Alterations or Repairs

Additions, *alterations*, renovations or repairs to any plumbing system shall conform to that required for a new plumbing system without requiring the existing plumbing system to comply with the requirements of this code. Additions, *alterations* or repairs shall not cause an existing system to become unsafe, insanitary or overloaded.

Minor additions, *alterations*, renovations and repairs to existing plumbing systems shall be permitted in the same manner and arrangement as in the existing system, provided that such repairs or replacement are not hazardous and are *approved*.

ADOPTS WITH AMENDMENTS:
International Residential Code 2018 (IRC 2018)

Chapter 29 Water Supply and Distribution
- P2901 General
- P2902 Protection of Potable Water Supply
- P2903 Water Supply System
- P2904 Dwelling Unit Fire Sprinkler Systems
- P2905 Heated Water Distribution Systems
- P2906 Materials, Joints and Connections
- P2907 Changes in Direction
- P2908 Support
- P2909 Drinking Water Treatment Units
- P2910 Nonpotable Water Systems
- P2911 On-Site Nonpotable Water Reuse Systems
- P2912 Nonpotable Rainwater Collection and Distribution Systems
- P2913 Reclaimed Water Systems

Chapter 30 Sanitary Drainage
Chapter 31 Vents
Chapter 32 Traps
Chapter 33 Storm Drainage

PART VIII — ELECTRICAL

Chapter 34 General Requirements
Chapter 35 Electrical Definitions

### P2903.2 Maximum Flow and Water Consumption

The maximum water consumption flow rates and quantities for plumbing fixtures and fixture fittings shall be in accordance with Table P2903.2.

TABLE P2903.2

MAXIMUM FLOW RATES AND CONSUMPTION FOR PLUMBING FIXTURES AND FIXTURE FITTINGS[b]

| PLUMBING FIXTURE OR FIXTURE FITTING | MAXIMUM FLOW RATE OR QUANTITY |
|---|---|
| Lavatory faucet | 2.2 gpm at 60 psi |
| Shower head[a] | 2.5 gpm at 80 psi |
| Sink faucet | 2.2 gpm at 60 psi |
| Water closet | 1.6 gallons per flushing cycle |

For SI: 1 gallon per minute = 3.785 L/m, 1 pound per square inch = 6.895 kPa.

a. A handheld shower spray shall be considered to be a shower head.

b. Consumption tolerances shall be determined from referenced standards.

### P2903.3 Minimum Pressure

Where the water pressure supplied by the public water main or an individual water supply system is insufficient to provide for the minimum pressures and quantities for the plumbing fixtures in the building, the pressure shall be increased by means of an elevated water tank, a hydropnuematic pressure booster system or a water pressure booster pump.

### P2903.3.1 Maximum Pressure

The static water pressure shall be not greater than 80 psi (551 kPa). Where the main pressure exceeds 80 psi (551 kPa), an *approved* pressure-reducing valve conforming to ASSE 1003 or CSA B356 shall be installed on the domestic water branch main or riser at the connection to the water service pipe.

EXHIBIT G

### Section 406 Electrical

#### 406.1 Material

Existing electrical wiring and equipment undergoing *repair* shall be allowed to be repaired or replaced with like material.



~~Chapter 1 Scope and Administration~~

- Chapter 2 Definitions
- Chapter 3 Provisions for All Compliance Methods
- Chapter 4 Repairs
  - 401 General
  - 402 Building Elements and Materials
    - 402.1 Glazing in Hazardous Locations
  - 403 Fire Protection

# Chapter 4 Repairs

**User note:**

***About this chapter:*** *Chapter 4 provides requirements for repairs of existing buildings. The provisions define conditions under which repairs may be made using materials and methods like those of the original construction or the extent to which repairs must comply with requirements for new buildings.*

### Section 401 General

#### 401.1 Scope

*Repairs* shall comply with the requirements of this chapter. *Repairs* to *historic buildings* need only comply with Chapter 12.

#### 401.2 Compliance

The work shall not make the building less complying than it was before the *repair* was undertaken.

SECTION 702
MATERIALS

**702.1 Above-ground sanitary drainage and vent pipe.**

Above-ground soil, waste and vent pipe shall conform to one of the standards listed in Table 702.1.

TABLE 702.1 ABOVE-GROUND DRAINAGE AND VENT PIPE

| MATERIAL | STANDARD |
|---|---|
| Acrylonitrile butadiene styrene (ABS) plastic pipe in IPS diameters, including Schedule 40, DR 22 (PS 200) and DR 24 (PS 140); with a solid, cellular core or composite wall | ASTM D2661; ASTM F628; ASTM F1488; CSA B181.1 |
| Cast-iron pipe | ASTM A74; ASTM A888; CISPI 301 |
| Copper or copper-alloy pipe | ASTM B42; ASTM B43; ASTM B302 |
| Copper or copper-alloy tubing (Type K, L, M or DWV) | ASTM B75; ASTM B88; ASTM B251; ASTM B306 |
| Galvanized steel pipe | ASTM A53 |
| Glass pipe | ASTM C1053 |
| Polyolefin pipe | ASTM F1412; CSA B181.3 |
| Polyvinyl chloride (PVC) plastic pipe in IPS diameters, incluing Schedule 40, DR 22 (PS 200), and DR 24 (PS 140); with a solid, cellular core or composite wall | ASTM D2665; ASTM F891; ASTM F1488; CSA B181.2 |
| Polyvinyl chloride (PVC) plastic pipe with a 3.25-inch O.D. and a solid, cellular core or composite wall | ASTM D2949, ASTM F1488 |
| Polyvinylidene fluoride (PVDF) plastic pipe | ASTM F1673; CSA B181.3 |
| Stainless steel drainage systems, Types 304 and 316L | ASME A112.3.1 |



- Chapter 2 Definitions
  - 201 General

documents and phased submittal documents.

**REHABILITATION.** Any work, as described by the categories of work defined herein, undertaken in an *existing building*.

**RELOCATABLE BUILDING.** A partially or completely assembled building constructed and designed to be reused multiple times and transported to different building sites.

**[A] REPAIR.** The reconstruction, replacement or renewal of any part of an *existing building* for the purpose of its maintenance or to correct damage.

24. Swings, playsets, slides, treehouses, and other playground equipment intended for children's use whether premanufactured or custom-built.

**130.3.1 Mechanical.** No mechanical permit shall be required for bath fan installation in existing one- and two-family dwellings and townhouses, however, electrical and construction permits shall be required. No mechanical permit shall be required for all general repairs and replacements of like units unless the work involves disconnection and reconnection of any of the following:

1. Natural gas line (except replacement of gas valve with like unit).
2. Flue vent from fuel-fired appliance.
3. Refrigerant line.
4. Steam line or hot water line.
5. Safety controls on high pressure boilers.

**130.3.2 Electrical.** No electrical permit shall be required for work that is exempt from permit requirements in the current National Electrical Code, as adopted by the State of Colorado, or for work that is exempt from permit requirements under the provisions of Title 12, Article 23, Section 111, Colorado Revised Statutes, as amended. The current version of Title 12, Article 23, Section 111, C.R.S. is reproduced in Appendix A of this Code's Administrative Section for reference only.

**130.3.3 Plumbing.** No plumbing permit shall be required for:

1. General repairs in one and two-family dwellings and townhouses that do not alter existing systems, including replacement of like units such as bathroom/kitchen sinks, garbage disposals and water closets.
2. Replacement of sinks, garbage disposals and water closets with like units; faucet and trap replacement or repair in commercial buildings. Permit shall be required for all other plumbing work in commercial buildings.

**SECTION 131**
**PERMIT APPLICATION AND ISSUANCE**

**131.1 Application.** The owner or the owner's agent shall apply for a permit on forms furnished by the Agency. The applicant should exercise care in completing the necessary information, especially addresses, as permits are nontransferable, unless the address change is approved by the *building official*.

**Exception:** The Agency may correct minor errors in the address if the change can be made on all copies of the permit and initialed by the inspector.

**131.2 Expiration of Application.** If no permit is issued within 180 days following the most recent jurisdictional review activity on the submittal, the application shall expire, and plans and other data submitted for review may thereafter be returned to the applicant or destroyed by the *building official*. The *building official* may extend the time for action by the applicant for a period not exceeding 180 days upon approval of written request showing that circumstances beyond the applicant's control have prevented action from being taken. Additional extensions may be granted by the *building official* upon written request. In order to renew action